# EXHIBIT 2

| US9338171B2 | Netgear Access point (including but not limited to WAC505, WAC510, WAC720, WAC730) (the accused products) |
|---|---|
| **Claim 1** | |
| **1Pre.**  A method comprising facilitating a processing of and/or processing (1) data and/or (2) information and/or (3) at least one signal, the (1) data and/or (2) information and/or (3) at least one signal based, at least in part, on the following: | The accused products practice a method comprising facilitating a processing of and/or processing (1) data and/or (2) information and/or (3) at least one signal, the (1) data and/or (2) information and/or (3) at least one signal based, at least in part, on the following.<br><br>Netgear provides multiple devices supporting the Facebook WiFi feature which helps in getting more attention to a user's business.  See FIG. 1.<br><br>**Citation 1:  Netgear devices supporting Facebook WiFi**<br><br>Netgear devices supporting Facebook WiFi<br><br>WAC505   WAC510   WAC720   WAC730<br>Buy Now   Buy Now   Buy Now   Buy Now<br><br>FIG. 1 |

| | |
|---|---|
| | Source: https://www.netgear.com/landing/facebookwifi/, Page 2-3, Last accessed on June 21, 2021, Exhibit B<br><br>As an example, Netgear's Insight Managed Wireless Access Point WAC510 delivers high-performance WiFi in high client density environments for enterprises requiring ubiquitous and reliable wireless connectivity for all business applications.  The WAC510 is managed by the Netgear Insight app, for more intuitive and innovative support, with no need for extra management hardware.  The WAC510 features Multi-User MIMO (MU-MIMO) to achieve aggregate speeds up to 1.2 Gbps.  See FIG. 2 and FIG. 3. |



FIG. 2

Source: https://www.netgear.com/business/wifi/access-points/wac510/, Page 1, Last accessed on June 22, 2021, Exhibit A

**Citation 3:  Netgear WAC505 and WAC510 Access points**



## Introducing one-touch wireless visibility & management

## Business Features for higher speed, greater coverage and higher density WiFi

- Business class WiFi with superior Wave 2 802.11ac performance and range
- 2x2 with 2 streams of data (2.4Ghz and 5Ghz) for an aggregate throughput of up to 1.3Gbps
- Multi-User Multiple In Multiple Out (MU-MIMO) avoids congestion and ensures performance in high client density deployments like public WiFi hotspots

- One PoE port (WAN port) on both models for ease of deployment.
- One-touch network visibility. Anywhere. Remote management and monitoring from NETGEAR Insight app or Cloud Portal for unrivaled management experience of your wireless network.

- App managed. Faster installation through NETGEAR Insight app or Cloud Portal. No additional hardware needed.
- Market leading 5-year warranty with 24x7 chat support for peace of mind

PAGE 1 of 6

FIG. 3

Source: https://www.netgear.com/media/WAC505_WAC510_tcm148-60714.pdf, Page 1, Last accessed on June 22, 2021, Exhibit F

| | The accused products support configuring the Facebook WiFi which allows the customers of a business to leverage their Facebook credentials to interact with a business' Facebook page to get access to free WiFi on the business' premises.  A user owning a business, set up Facebook WiFi using the accused products, can get the demographics of the customers availing the Facebook WiFi services.  The accused products process the information provided by the user in order to configure Facebook WiFi functionality.  Further, the accused products process the information provided by customers for accessing the Business WiFi (e.g., via the Facebook WiFi functionality).  See FIG. 4 - FIG. 6. |
| --- | --- |

**Citation 4:  Configure Facebook WiFi**

5. Click **Configure** button to associate router with a Facebook page.

6. Login by typing in your **Email address** and **Password** for your Facebook page.

FIG. 4

Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 2, Last accessed on June 22, 2021, Exhibit C

**Citation 5:  Insights about customers**



FIG. 5

Source: https://www.netgear.com/landing/Facebookwifi/, Page 1, Last accessed on June 22, 2021, Exhibit B

| | |
|---|---|
| | **Citation 6:  Facebook Credentials for Checking In to WiFi Network**<br><br><br><br>FIG. 6<br><br>Source: https://www.netgear.com/landing/facebookwifi/, Page 1, Last accessed on June 21, 2021, Exhibit B |
| **1a.** one or more resources associated with at least one user, at least one device associated with the at least one user, or a combination thereof; | The method practiced by the accused products comprise one or more resources associated with at least one user, at least one device associated with the at least one user, or a combination thereof;<br><br>The accused products (e.g., WAC510 Access point) (i.e., resources) associated with a user owning a business, enables their customers to gain access to the internet via various methods (e.g., including Facebook WiFi feature).  See FIG. 7 and FIG. 8. |

**Citation 7: Facebook WiFi feature**



FIG. 7

Source: https://www.netgear.com/landing/facebookwifi/, Page 1, Last accessed on June 21, 2021, Exhibit B

**Citation 8:  Netgear devices supporting Facebook WiFi**

Netgear devices supporting Facebook WiFi

WAC505
Buy Now

WAC510
Buy Now

WAC720
Buy Now

WAC730
Buy Now

FIG. 8

| | Source: https://www.netgear.com/landing/facebookwifi/, Page 2-3, Last accessed on June 21, 2021, Exhibit B |
|---|---|
| **1b.** a processing of social networking information associated with the at least one user, the at least one device, or a combination thereof to determine one or more social networking groups; and | The method practiced by the accused products comprise a processing of social networking information associated with the at least one user, the at least one device, or a combination thereof to determine one or more social networking groups; and<br><br>The accused products support configuring the Facebook WiFi feature which allows the customers of a business to leverage their Facebook credentials to interact with a business's Facebook page to get access to free WiFi on the business's premises.  See FIG. 9. |

**Citation 9:  Netgear Router and Facebook**



FIG. 9

Source: https://www.netgear.com/landing/Facebookwifi/, Page 1, Last accessed on June 22,

2021, Exhibit B

The accused products provide a configuration page to configure the Facebook WiFi feature.  As an example, a user who owns a cafe can enable Facebook WiFi and configure it such that the customers visiting the cafe can access the internet by checking in on the Facebook page of the cafe.

For enabling and configuring the Facebook WiFi on the accused products, the user (owner of the cafe) would initially provide his/her Facebook account credentials as shown in FIG. 10.  Further, the credentials (e.g., social networking information) are processed to determine the available

| | Facebook pages (e.g., to determine one or more social networking groups) associated with the Facebook account and are presented for selection as a drop-down menu as shown in FIG. 11.  The user selects a specific Facebook page via which the Facebook WiFi access needs to be provided to the customers of the business (e.g., Facebook page – Jake Cafe in this scenario). The configuration including few more settings is saved.  See FIG. 10 and FIG. 11. |
| --- | --- |

**Citation 10:  Configure Facebook WiFi**

5. Click **Configure** button to associate router with a Facebook page.

6. Login by typing in your **Email address** and **Password** for your Facebook page.

FIG. 10

Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 2, Last accessed on June 22, 2021, Exhibit C

**Citation 11:  Displaying the Facebook pages associated with the account**

Below is an example of how you might want to configure your FB WiFi settings.

8. After hitting **Save Settings** button, you are finished with the setup.  Your users can now start connecting to the Guest network name (SSID) you've setup.

FIG. 11

Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 2-3, Last accessed on June 22, 2021, Exhibit C

Once the configuration of Facebook WiFi is completed, a customer can be given access to the WiFi.  Whenever a customer connects to the network with Facebook WiFi-enabled, the customer will be redirected to the merchant's/user's Facebook page (social networking page/group). Customers can check-in to the merchant's/user's Facebook page with their respective Facebook credentials, and start browsing the internet.  As shown in FIG. 12 and FIG. 13.

**Citation 12:  Facebook Check-In Page**

FIG. 12

| | |
|---|---|
| | Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 3, Last accessed on June 22, 2021, Exhibit C<br><br>**Citation 13:  Facebook Check-In Page**<br><br><br><br>FIG. 13<br><br>Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 3, Last accessed on June 22, 2021, Exhibit C |
| **1c.** a controlling of access to the one or more resources for one or | The method practiced by the accused products comprise a controlling of access to the one or more resources for one or more other users, one or more other devices associated with the one or more |

| | |
|---|---|
| more other users, one or more other devices associated with the one or more other users, or a combination thereof based, at least in part, on (a) membership in the one or more social networking groups, and (b) one or more characteristics associated with the one or more resources, | other users, or a combination thereof based, at least, in part, on (a) membership in the one or more social networking groups, and (b) one or more characteristics associated with the one or more resources, <br><br> *Refer to supporting evidence for claim limitation 1b.* <br><br> The accused products provide a feature for a user to enable Facebook WiFi and configure it such that the customers (e.g., customers for a business of the user) can access the internet by checking in on the Facebook page set by the user.  Once the configuration of Facebook WiFi is completed, a user (e.g., owner of a business) can be given access to the WiFi/Internet via the accused products (e.g., access to resource).  Whenever a customer connects to the network with the Facebook WiFi feature enabled, the customer will be redirected to the merchant's/user's Facebook check-in page (social networking page/group).   As an example, customers then check in using the option provided on the merchant's/user's Facebook page with their respective Facebook credentials (e.g., the customers would like and follow the business page/becomes a member of the business page), and start browsing the internet.  See FIG. 14. <br><br> *Further, the claim limitation "(b) one or more characteristics associated with the one or more resources," is explained in the supporting evidence for claim limitation 1d.* |

| | |
|---|---|
| | **Citation 14: Check-In Page** <br><br> 3. After the user selects **Check In** or **Skip Check In** link, the page will be forwarded to merchant's Facebook page. <br><br>  <br><br> FIG. 14 <br><br> Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 3, Last accessed on June 22, 2021, Exhibit C |
| **1d.** wherein the one or more resources include one or more wireless access points, and the one or more characteristics include a | The method practiced by the accused products comprise wherein the one or more resources include one or more wireless access points, and the one or more characteristics include a number of users accessing the one or more wireless access points, a traffic load associated with the one or more wireless access points, or a combination thereof. |

| number of users accessing the one or more wireless access points, a traffic load associated with the one or more wireless access points, or a combination thereof. | The accused products (e.g., Insight Managed Smart Cloud Wireless Access Point WAC510) (i.e., resources) can be configured as Access Points/Access Point modes.  See FIG. 15. |
| --- | --- |

**Citation 15:  Netgear WAC505 and WAC510 Access points**





FIG. 15

Source: https://www.netgear.com/media/WAC505_WAC510_tcm148-60714.pdf, Page 1, Last accessed on June 22, 2021, Exhibit F

The accused products provide a capability to customize the number of users that are allowed to associate with the WIFi connection.  The characteristics include the number of users accessing the wireless access points, a traffic load associated with wireless access points.  See FIG. 16.

**Citation 16:  Number of Users**

## Manage the maximum number of clients for a radio

The number of clients that are allowed to associate with a radio affects the reliability and throughput of the WiFi connection. A smaller number can increase the reliability and throughput and a large number can decrease the reliability and throughput.

By default, one radio allows up to 64 client associations. You can specify a lower or higher number of clients, up to 200 clients for one radio. If the number of associated clients exceeds the maximum number that you specify, the radio rejects new client associations until the number drops below that maximum number.

FIG. 16

Source:https://www.downloads.netgear.com/files/GDC/WAC510/WAC510_UM_EN.pdf?_ga=2 .121491336.10606088.1624254047-942891002.1624254047, Page 97, Last accessed on June 22, 2021, Exhibit D

Netgear's accused product also provides the capability to customize the broadcast rate and configure the radio threshold utilization to maintain the efficiency of the network.  See FIG. 17.

<table>
<tr><td></td><td>

**Citation 17:  Manage Load Balance**

## Manage load balancing for the radios

You can configure the radio utilization thresholds to enable each radio to maintain the speed and performance of the WiFi network as clients associate with and disassociate from the WiFi network.

If you enable load balancing, client associations depend on the maximum number of clients per radio, the channel load per radio, and each client's Received Signal Strength Indicator (RSSI). New client associations are allowed if a radio's utilization remains within the defined load balancing settings. If a radio's utilization exceeds the defined load balancing settings, new client associations are temporary halted until the radio's utilization falls within the defined load balancing settings.

FIG. 17

Source:https://www.downloads.netgear.com/files/GDC/WAC510/WAC510_UM_EN.pdf?_ga=2
.121491336.10606088.1624254047-942891002.1624254047, Page 101, Last accessed on June

22, 2021, Exhibit D

</td></tr>
</table>

| Claim 7 | |
|---|---|
| **7Pre.** A method of claim 1, wherein the (1) data and/or (2) information and/or (3) at least one signal are further based, at least in part, on the following: | The method practiced by the accused products further comprises wherein the (1) data and/or (2) information and/or (3) at least one signal are further based, at least in part, on the following:  a monitoring of a number of access times at least one other user, at least one other device, or a combination thereof accesses the one or more resources; and an elimination of access rights to the one or more resources for the at least one other user, the at least one other device, or a combination thereof based, at least in part, on the number of access times. |

| | |
|---|---|
| **7a.** a monitoring of a number of access times at least one other user, at least one other device, or a combination thereof accesses the one or more resources; and<br><br>**7b.** an elimination of access rights to the one or more resources for the at least one other user, the at least one other device, or a combination thereof based, at least in part, on the number of access times. | The accused products monitor the number of times a customer has tried to access the WAP and blocks the access for a pre-determined time depending on the number of times the customer has tried to access the WAP.  For example, if the number of access attempts is more than three, the access is blocked for 5 minutes, and the time of blocking the access increases as the number of attempts increase.  See FIG. 18. |

**Citation 18:  Blocking based on number of attempts**

# You enter the wrong password and can no longer log in to the access point

If you enter the wrong admin password three or more times, access to the access point's local browser interface is blocked for a period. For example, if you enter the wrong password three times, access to the access point is blocked for five minutes.

The blockage period depends on the number of failed login attempts. During the blockage period, any attempts to log in to the access point are ignored, even if you enter the correct password. You must wait until the blockage is lifted, and then you get *a single opportunity* to enter the correct password. If you enter the wrong password again, the blockage period is extended as described in the following table.

Table 2. Login blockage periods

| Number of failed attempts | Blockage period in minutes |
|---|---|
| 3 | 5 |
| 4 | 10 |
| 5 | 20 |
| 6 | 40 |
| And so on | And so on |

In addition, the following rules apply to the number of failed login attempts:

- If the number of failed login attempts is smaller than the number of allowed retry attempts, the counter for failed login attempts is reset after 30 minutes. For example,

FIG. 18

Source:https://www.downloads.netgear.com/files/GDC/WAC510/WAC510_UM_EN.pdf?_ga=2 .121491336.10606088.1624254047-942891002.1624254047, Page 232, Last accessed on June 22, 2021, Exhibit D

| Claim 8 | |
|---|---|
| **8.** A method of claim 1, wherein the one or more social networking groups include at least one of a family group, a friends group, a friends of friends group, and an others group. | The method practiced by the accused products further comprises wherein the one or more social networking groups include at least one of a family group, a friends group, a friends of friends group, and an others group.<br><br>The accused products provide a feature to enable Facebook WiFi and configure it for internet access to the customers via respective business Facebook Page/Group.  See FIG. 19 and FIG. 20. |

**Citation 19: Configure Facebook WiFi**



FIG. 19

| | Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 2, Last accessed on June 22, 2021, Exhibit C |
|---|---|

**Citation 20: Check-In functionality**



FIG. 20

Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 2-3, Last accessed on June 22, 2021, Exhibit C

As an example, Facebook groups are a place where people (e.g., fans/customers/readers/friends/family) can discuss and learn more about the business.  See FIG. 21 and FIG. 22.

**Citation 21: Facebook Group**

**Facebook groups**, on the other hand, are a place for your fans/customers/readers to come bond around how much they love you. This is a place for discussion, weird memes, rallying around common causes, learning about your product, getting access to exclusive knowledge, or falling in love with someone else who loves a company as much as you do.

FIG. 21

Source: https://blog.hootsuite.com/facebook-groups-business/#benefits, Page 2, Last accessed on June 22, 2021, Exhibit E

| | |
|---|---|
| | **Citation 22: People in Facebook Group** |
| | **Benefits of Facebook groups for business** |
| | **It's a direct line to customers** |
| | The people in your Facebook group are likely your most loyal customers or fans. They're spending their free time thinking and talking about your business *on purpose*. No one is making them participate (we hope). |
| | You've got an opportunity here to tap into some real insights from the people who know your business best. Watch, learn, ask for feedback, and then actually use it. |
| | FIG. 22 |
| | Source: https://blog.hootsuite.com/facebook-groups-business/#benefits, Page 2-3, Last accessed on June 22, 2021, Exhibit E |
| **Claim 9** | |
| **9.** A method of claim 1, wherein the controlling of access to the one or more resources is independent from controlling of configuration | The method practiced by the accused products further comprises wherein the controlling of access to the one or more resources is independent from controlling of configuration settings associated with the one or more resources. *Refer to supporting evidence for claim limitations 1b and 1c.* |

| settings associated with the one or more resources. | Whenever a customer connects to the network with Facebook WiFi enabled, the customer will be redirected to the merchant's/user's Facebook check-in page (social networking page/group).  As an example, customers then check in using the option provided on the merchant's/user's Facebook page with their respective Facebook credentials (e.g., the customers would like and follow the business page/becomes a member of the business page), and start browsing the internet.  The customers are only provided access to browse the internet via the accused products but cannot control any configuration settings associated with the accused products (i.e., resources).  See FIG. 23. |

| | |
|---|---|
| | **Citation 23:  Facebook Check-In Page**<br><br><br><br>FIG. 23<br><br>Source: https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router, Page 3, Last accessed on June 22, 2021, Exhibit C |
| **Claim 10** | |
| **10Pre.** An apparatus comprising:<br><br>**10a.** at least one processor; and | The accused products comprise at least one processor; and at least one memory including computer program code for one or more programs, the at least one memory and the computer program code configured to, with the at least one processor, cause the apparatus to perform at least the following, |

| | |
|---|---|
| **10b.** at least one memory including computer program code for one or more programs,<br><br>**10c.** the at least one memory and the computer program code configured to, with the at least one processor, cause the apparatus to perform at least the following, | It can be inferred from FIG. 24, that the explicit operation of managing the firmware by loading the firmware from the server and upgrading the firmware of the access point suggests that the access point (accused products) consists of a processor and memory to perform the operations.<br><br>**Citation 24: Firmware of the access point**<br><br>Manage the firmware of the access point<br><br>The access point firmware is stored in flash memory.<br><br>You can check to see if new firmware is available and upgrade the access point to the new firmware. You can also visit the NETGEAR support website, download the firmware manually to a local computer, and update the access point to the new firmware. If someone (usually the network administrator) places new firmware on a secure FTP (SFTP) server in the network, you can load the firmware from the server and upgrade the firmware of the access point.<br><br>FIG. 24<br><br>Source:https://www.downloads.netgear.com/files/GDC/WAC510/WAC510_UM_EN.pdf?_ga=2.121491336.10606088.1624254047-942891002.1624254047, Page 232, Last accessed on June 22, 2021, Exhibit D |
| **10d.** determine one or more resources associated with at least one user, at least one device | The accused products determine one or more resources associated with at least one user, at least one device associated with the at least one user, or a combination thereof.<br><br>*Refer to supporting evidence for claim limitation 1a.* |

| | |
|---|---|
| associated with the at least one user, or a combination thereof; | |
| **10e.** process and/or facilitate a processing of social networking information associated with the at least one user, the at least one device, or a combination thereof to determine one or more social networking groups; and | The accused products process and/or facilitates a processing of social networking information associated with the at least one user, the at least one device, or a combination thereof to determine one or more social networking groups.<br><br>*Refer to supporting evidence for claim limitation 1b.* |
| **10f.** cause, at least in part, a controlling of access to the one or more resources for one or more other users, one or more other devices associated with the one or more other users, or a combination thereof based, at least in part, on (a) membership in the one or more social networking groups, and (b) one or more characteristics | The accused products cause, at least in part, a controlling of access to the one or more resources for one or more other users, one or more other devices associated with the one or more other users, or a combination thereof based, at least in part, on (a) membership in the one or more social networking groups, and (b) one or more characteristics associated with the one or more resources.<br><br>*Refer to supporting evidence for claim limitation 1c.* |

| | |
|---|---|
| associated with the one or more resources, | |
| **10g.** wherein the one or more resources include one or more wireless access points, and the one or more characteristics include a number of users accessing the one or more wireless access points, a traffic load associated with the one or more wireless access points, or a combination thereof. | The accused products wherein the one or more resources include one or more wireless access points, and the one or more characteristics include a number of users accessing the one or more wireless access points, a traffic load associated with the one or more wireless access points, or a combination thereof.<br><br>*Refer to supporting evidence for claim limitation 1d.* |
| **Claim 16** | |
| **16Pre.** An apparatus of claim 10, wherein the apparatus is further caused to:<br><br>**16a.** cause, at least in part, a monitoring of a number of access times at least one other user, at least one other device, or a | The accused products further comprises wherein the apparatus is further caused to:  cause, at least in part, a monitoring of a number of access times at least one other user, at least one other device, or a combination thereof accesses the one or more resources; and cause, at least in part, an elimination of access rights to the one or more resources for the at least one other user, the at least one other device, or a combination thereof based, at least in part, on the number of access times.<br><br>*Refer to supporting evidence for claim 7.* |

| | |
|---|---|
| combination thereof accesses the one or more resources; and<br><br>**16b.** cause, at least in part, an elimination of access rights to the one or more resources for the at least one other user, the at least one other device, or a combination thereof based, at least in part, on the number of access times. | |
| **Claim 17** | |
| **17.** An apparatus of claim 10, wherein the one or more social networking groups include at least one of a family group, a friends group, a friends of friends group, and an others group. | The accused products further comprises wherein the one or more social networking groups include at least one of a family group, a friends group, a friends of friends group, and an others group.<br><br>*Refer to supporting evidence for claim 8.* |

## References Cited

| Exhibit(s) | Description | Link |
|---|---|---|
| Exhibit A | Netgear WAC510 AP | https://www.netgear.com/business/wifi/access-points/wac510/ |
| Exhibit B | Facebook WiFi | https://www.netgear.com/landing/facebookwifi/ |
| Exhibit C | Configuration of Facebook WiFi | https://kb.netgear.com/24279/How-To-Configure-Facebook-Wi-Fi-On-Your-NETGEAR-Router |
| Exhibit D | User Manual WAC510 | https://www.downloads.netgear.com/files/GDC/WAC510/WAC510_UM_EN.pdf?_ga=2.1 21491336.10606088.1624254047-942891002.1624254047 |
| Exhibit E | Blog: How to Use Facebook Groups to Grow Your Business and Engage Customers | https://blog.hootsuite.com/facebook-groups-business/#benefits |
| Exhibit F | Datasheet WAC505 & WAC510 | https://www.netgear.com/media/WAC505_WAC510_tcm148-60714.pdf |