# EXHIBIT A









I tried several extenders to have good wifi coverage in our 3000 sq ft house and up to this point had mediocre success. Until I came across this Netgear access point device. What a difference! Almost a dozen devices get uninterrupted full strength signal all day. Thank you Netgear.

Originally posted on AC WiFi Business Access Point (WAC510)

Helpful?  Yes · 0   No · 0   Report

1–10 of 42 Reviews

## We're Always Here to Help



Track and manage orders & register your products

**VISIT MY.NETGEAR.COM**



Search through FAQs in our community forums

**NETGEAR COMMUNITY**



Check out self-help tool or contact support

**NETGEAR SUPPORT**



Sign up for news, tips and offers, and receive 10% off* your next order

Your Email

Sign up

*10% offer valid for one-time use on a single item only. May be applied to all NETGEAR products, excluding services. May not be combined with other offers. Limit one promo code per customer. You can unsubscribe from our mailing list at any time. Please see our Privacy Policy for more information.

| MyNETGEAR | CUSTOMER CARE | COMPANY |
|---|---|---|
| Manage Profile | Shipping and Returns | About Us |
| My Orders | Shopping FAQs | Careers |
| Track Orders | Warranty Info | Social Responsibility |
| Returns | Download Center | Investor Relations |
| Register Product | Community | Press Room |
| My Support | Support | Blog |
|  | Contact Us | Where To Buy |

**NETGEAR**

Email Updates

Email Address    Submit