# EXHIBIT B

**NETGEAR BUSINESS**

BUY NOW     CONTACT US



## Connect with your customers with Facebook WiFi

Facebook WiFi allows your customers to leverage their Facebook credentials to check into your business or interact with your Facebook page to get access to free WiFi on your premises. It's secure and easy to setup.




## Easy check-in to your business

Facebook WiFi's easy and simplistic setup coupled with a NETGEAR Wireless Access Point enables your customers to gain access to a guest portal via Facebook and get free WiFi in a snap.

## Gain insight on your clients and business



Everyone uses WiFi. Get to know the demographics of who uses your business' WiFi. From peak hours to knowing what age group, you'll be able to access key information that'll help grow your business.



## Get more attention to your business

With your customers using Facebook WiFi to get connected, they'll be able to engage with your business, check your ongoing promotions, and like your Facebook page, helping spotlight your business for other nearby customers or your customers' Facebook friends to find.

## Instant set-up

NETGEAR and Facebook have worked together to bring you the best-in-class technology that brings faster and seamless WiFi for you and your customers. Whether you run a small tea shop or a busy boutique, you know having reliable, quick, and easy WiFi is essential. Learn more about how to setup Facebook WiFi **here!**



## Netgear devices supporting Facebook WiFi






WAC505
Buy Now

WAC510
Buy Now

WAC720
Buy Now

WAC730
Buy Now

