# EXHIBIT C

NETGEAR    SUPPORT   |   COMMUNITY                       Search          |  SIGN IN  |  United States (English) 

**NETGEAR Support**

# How To Configure Facebook Wi-Fi On Your NETGEAR Router?

Was this article helpful? 👍 Yes   👎 No   |   17 people found this helpful in last 30 days

**Overview:**

This article will guide you on setting up Facebook Wi-Fi on your NETGEAR router.

**Prerequisite:**

- Make sure to have the latest firmware on your router. Download the firmware on this link: http://support.netgear.com/product/r6300v2
- You must create a Facebook page prior to setting up Facebook Wi-Fi feature.  Please visit www.facebook.com to create a page.
  **Note:** Feature is currently supported on R6300v2 only at this point. Feature is not supported when router is set in AP mode.

**Symptoms:**

- Unable to setup Facebook feature on my router.
- Facebook WiFi not working properly

**Resolution/Steps:**

1. Login to router GUI.
2. Go to the **Guest Network** menu and enable guest network by putting a check mark on **Enable Guest Network** box.
   You can also change the:

   a. Guest Wireless Network name
   b. Security Options  (and Passphrase)



3. Go to **Advanced Setup** menu and select **Facebook Wi-Fi**.



4. Put a check mark to **Enable Facebook Wi-Fi** box and hit **Apply** button.



**This article applies to:**

➜ Wireless AC Router (1)
    R6300v2

How to Find Your Model Number ›

**Recently Viewed Articles**

- How do I set up and enable Facebook Wi-Fi on my wireless access point?
- How do I configure and enable Facebook Wi-Fi on my WAC720 or WAC730 access point?
- How do I configure Facebook Wi-Fi in Business Central?

**Looking for more about your product?**

Get information, documentation, videos and more for your specific product.

[ Start typing your model number here ]

5. Click **Configure** button to associate router with a Facebook page.



6. Login by typing in your **Email address** and **Password** for your Facebook page.



7. Configure the **Facebook Wi-Fi Configuration** with your preference.



Below is an example of how you might want to configure your FB WiFi settings.



8. After hitting **Save Settings** button, you are finished with the setup. Your users can now start connecting to the Guest network name (SSID) you've setup.



Below are the steps after the customers have connected to the Facebook WiFi network:

1. Open an Internet browser and go to a webpage (i.e. www.mlb.com).



2. The user will be redirected to the Facebook check-in page.



3. After the user selects **Check In** or **Skip Check In** link, the page will be forwarded to merchant's Facebook page.



4. After the user clicks the **Continue Browsing** button, the page will now direct to www.mlb.com page.





Last Updated:11/28/2016 | Article ID: 24279

Was this article helpful?   👍 Yes   👎 No

## Can't find what you're looking for?
Quick and easy solutions are available for you in the NETGEAR community.

Ask the Community

## Need to Contact Support?
With NETGEAR's round-the-clock premium support, help is just a phone call away.

See Support Options

**NETGEAR**
© 1996-2021 • Terms and Conditions   Privacy Policy

Feedback   United States (English)