# EXHIBIT D

# NETGEAR®
# User Manual

Insight Managed Smart Cloud
Wireless Access Point

Model WAC510

August 2020
202-11840-07

**NETGEAR, Inc.**
350 E. Plumeria Drive
San Jose, CA 95134, USA

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

**Support and Community**

Visit netgear.com/support to get your questions answered and access the latest downloads.

You can also check out our NETGEAR Community for helpful advice at community.netgear.com.

**Regulatory and Legal**

Si ce produit est vendu au Canada, vous pouvez accéder à ce document en français canadien à https://www.netgear.com/support/download/.

(If this product is sold in Canada, you can access this document in Canadian French at https://www.netgear.com/support/download/.)

For regulatory compliance information including the EU Declaration of Conformity, visit https://www.netgear.com/about/regulatory/.

See the regulatory compliance document before connecting the power supply.

For NETGEAR's Privacy Policy, visit https://www.netgear.com/about/privacy-policy.

By using this device, you are agreeing to NETGEAR's Terms and Conditions at https://www.netgear.com/about/terms-and-conditions. If you do not agree, return the device to your place of purchase within your return period.

Do not use this device outdoors. The PoE port is intended for intra building connection only.

**Trademarks**

© NETGEAR, Inc., NETGEAR, and the NETGEAR Logo are trademarks of NETGEAR, Inc. Any non-NETGEAR trademarks are used for reference purposes only.

## Revision History

| Publication Part Number | Publish Date | Comments |
| --- | --- | --- |
| 202-11840-07 | August 2020 | We added the following sections:<br>Change the format of the DHCP offer messages in a WiFi network on page 63<br>Manage sticky clients on page 100<br>Manage the ARP proxy on page 104<br>Manage the amount of broadcast traffic on page 105<br>We made major changes to the following sections:<br>Set up an open or secure WiFi network on page 45<br>Enable or disable client isolation for a WiFi network on page 56<br>Enable or disable PMF for a WiFi network on page 61<br>Manage the basic settings for the radios on page 79<br>Manage the advanced WiFi settings for the radios on page 94<br>Manage the broadcast and multicast settings for a radio on page 98<br>Manage load balancing for the radios on page 101<br>View WiFi and WAN traffic, traffic and ARP statistics, and channel utilization on page 209<br>We made minor changes to other sections.<br>We removed the "Change the MCS index and data rate for a radio" section. |
| 202-11840-06 | August 2019 | We added the following sections:<br>AP mode only: Specify an existing domain name on page 150<br>Set up and manage captive portals for WiFi networks on page 67 and Set up an external captive portal for a WiFi network on page 70<br>You enter the wrong password and can no longer log in to the access point on page 232<br>We made major changes to the following sections:<br>Log in to the access point after initial setup on page 41 (To log in to the access point, you now must use an HTTPS browser connection.)<br>Manage user accounts on page 125<br>Change the admin user account password on page 172<br>Back up the access point configuration on page 184 and Restore the access point configuration on page 186<br>In other sections, we made minor changes in relation to the new features.<br>We removed the section about enabling and disabling Telnet. A Telnet connection to the access point is no longer supported. |

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

(Continued)

| Publication Part Number | Publish Date | Comments |
|---|---|---|
| 202-11840-05 | February 2019 | We published the manual in a new style and added About NETGEAR Insight on page 13.<br>We made major changes to the following sections:<br>Connect over WiFi using a WiFi-enabled computer or mobile device on page 29<br>Connect over Ethernet using a computer connected to the same network on page 33<br>Connect over Ethernet using a directly connected computer on page 37<br>Set up an open or secure WiFi network on page 45<br>Enable or disable band steering with 802.11k RRM and 802.11v WiFi network management on page 58<br>Change the channel width for a radio on page 86<br>Manage load balancing for the radios on page 101<br>Manage the maximum number of clients for a radio on page 97<br>Change the management mode to NETGEAR Insight or Web-browser on page 168<br>View the access point Internet, IP, and system settings on page 197<br>View the WiFi radio settings on page 200<br>Factory default settings on page 236<br>We made other minor changes and corrections throughout the manual.<br>We removed Set up a WiFi on/off schedule for the radios, which is replaced by Disable or enable a WiFi network or set up a WiFi activity schedule on page 54.<br>We removed information about the Power LED alternating green and amber, which is not an option for the Power LED. |
| 202-11840-04 | July 2018 | We added the following sections:<br>Safety instructions and warnings for an indoor access point on page 17<br>Enable or disable URL tracking for a WiFi network on page 62<br>Set a data volume limit for the access point on page 106<br>Router mode: Specify WAN Point-to-Point Protocol over Ethernet settings on page 140<br>Schedule the access point to reboot on page 188<br>View or download tracked URLs on page 211<br>View the data volume consumption on page 216<br>Check the Internet speed on page 224<br>We made major changes to the following sections:<br>Set up an open or secure WiFi network on page 45<br>Disable or enable a WiFi network or set up a WiFi activity schedule on page 54<br>Register and configure Facebook Wi-Fi for the access point on page 74<br>Manage the advanced WiFi settings for the radios on page 94<br>Add a user account on page 125<br>Disable the DHCP client and configure a LAN or WAN IP address on page 137<br>Router mode: Disable the DHCP client and specify a fixed WAN IP address on page 139<br>Router mode: Enable the DHCP client and let the access point obtain a WAN IP address on page 144<br>Perform a ping test on page 222<br>We made other minor changes and corrections throughout the manual. |

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

(Continued)

| Publication Part Number | Publish Date | Comments |
|---|---|---|
| 202-11840-03 | February 2018 | We added Connect over the Internet using the NETGEAR Insight Cloud portal on page 27, and, throughout the manual, information about the NETGEAR Insight Cloud portal.<br>We made major changes to the following sections:<br>Top panel with LEDs on page 14<br>Manage local MAC access control lists on page 118, including Manually set up a MAC access control List on page 118 and Import an existing MAC access control list on page 122<br>Enable or disable inter-VLAN routing on page 165<br>Insight LED is off on page 228<br>We made other minor changes and corrections throughout the manual.<br>The client separation feature is now referred to as the client isolation feature (see Set up an open or secure WiFi network on page 45 and Enable or disable client isolation for a WiFi network on page 56) |
| 202-11840-02 | December 2017 | We added or made major changes to the following sections:<br>Set up an open or secure WiFi network on page 45<br>Enable or disable PMF for a WiFi network on page 61<br>Manage local MAC access control lists on page 118, including Manually set up a MAC access control List on page 118 and Import an existing MAC access control list on page 122<br>Change the management mode to NETGEAR Insight or Web-browser on page 168<br>Manually download firmware and upgrade the access point on page 179<br>Revert to the backup firmware on page 181<br>Perform a ping test on page 222<br>Technical specifications on page 239<br>For all sections to which it applies, we added a step that describes the action that is required in the pop-up warning window. |
| 202-11840-01 | September 2017 | We added or made major changes to the following sections:<br>Connect over WiFi using a WiFi-enabled computer or mobile device on page 29<br>Connect over Ethernet using a computer connected to the same network on page 33<br>Connect over Ethernet using a directly connected computer on page 37<br>Set up an open or secure WiFi network on page 45<br>Register and configure Facebook Wi-Fi for the access point on page 74<br>Set up a click-through captive portal for a WiFi network on page 68<br>Unregister the access point from Facebook Wi-Fi on page 78<br>Manage the advanced WiFi settings for the radios on page 94<br>Manage neighbor AP detection on page 128<br>Set up RADIUS servers on page 134<br>Disable the DHCP client and configure a LAN or WAN IP address on page 137 |

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

(Continued)

| Publication Part Number | Publish Date | Comments |
|---|---|---|
| 202-11840-01 | September 2017 | (202-11840-01, September 2017, Continued)<br>Enable the DHCP client on page 143<br>Set the 802.1Q VLAN and management VLAN on page 146<br>Enable or disable IGMP snooping on page 153<br>Router mode only: Manage DHCP servers on page 156, including Manage the default DHCP server on page 157 and Enable or disable inter-VLAN routing on page 165<br>Change the management mode to NETGEAR Insight or Web-browser on page 168<br>Manage the LEDs on page 194<br>View unknown and known neighbor access points on page 203<br>View client distribution, connected clients, and client trends on page 205<br>View WiFi and WAN traffic, traffic and ARP statistics, and channel utilization on page 209<br>View a WiFi bridge connection on page 215<br>Capture WiFi and Ethernet packets on page 220<br>In addition, we made minor changes to other sections and updated some figures. |
| 202-11686-02 | April 2017 | We made major changes to the following sections:<br>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26<br>Connect over WiFi using a WiFi-enabled computer or mobile device on page 29<br>Connect over Ethernet using a computer connected to the same network on page 33<br>Connect over Ethernet using a directly connected computer on page 37<br>Set up an open or secure WiFi network on page 45<br>Block specific URLs and keywords for Internet access on page 116<br>Change the system mode to Router mode or AP mode on page 170<br>In addition, we made minor changes to other sections and updated some figures. |
| 202-11686-01 | December 2016 | First publication. |

# Contents

**Chapter 1 Hardware Overview of the Access Point**

About NETGEAR Insight.................................................................13
Related documentation..................................................................13
Unpack the access point.................................................................13
Top panel with LEDs......................................................................14
Back panel.....................................................................................15
Product label.................................................................................16
Safety instructions and warnings for an indoor access point........17

**Chapter 2 Install the Access Point in Your Network and Access It
for Initial Configuration**

Position your access point..............................................................21
Set up and connect the access point to your network or Internet
modem...........................................................................................22
    Set up the access point with a PoE network connection..........22
    Set up the access point with a non-PoE network connection...23
    Set up the access point with a connection to your Internet
    modem......................................................................................24
Connect to the access point for initial configuration....................25
    Connect over WiFi using the NETGEAR Insight App on an iOS or
    Android mobile device..............................................................26
    Connect over the Internet using the NETGEAR Insight Cloud
    portal.......................................................................................27
    Connect over WiFi using a WiFi-enabled computer or mobile
    device.......................................................................................29
    Connect over Ethernet using a computer connected to the same
    network....................................................................................33
    Connect over Ethernet using a directly connected computer..37
Log in to the access point after initial setup.................................41

**Chapter 3 Manage the Basic WiFi and Radio Features**

Set up and manage WiFi networks..................................................45
    Set up an open or secure WiFi network.....................................45
    View or change the settings of a WiFi network.........................52
    Disable or enable a WiFi network or set up a WiFi activity
    schedule...................................................................................54

Remove a WiFi network.................................................................55
Enable or disable client isolation for a WiFi network...............56
Hide or broadcast the SSID for a WiFi network.........................57
Enable or disable band steering with 802.11k RRM and 802.11v
WiFi network management...........................................................58
Change the VLAN ID for a WiFi network....................................60
Enable or disable PMF for a WiFi network.................................61
Enable or disable URL tracking for a WiFi network...................62
Change the format of the DHCP offer messages in a WiFi
network...........................................................................................63
Select a MAC ACL for a WiFi network........................................64
Set bandwidth rate limits for a WiFi network............................66
Set up and manage captive portals for WiFi networks.................67
Set up a click-through captive portal for a WiFi network..........68
Set up an external captive portal for a WiFi network...............70
Register and configure Facebook Wi-Fi for the access point...74
Set up a Facebook Wi-Fi captive portal for a WiFi network.....77
Unregister the access point from Facebook Wi-Fi...................78
Manage the basic radio features.....................................................79
Manage the basic settings for the radios...................................79
Turn a radio on or off....................................................................83
Change the WiFi mode for a radio..............................................84
Change the channel width for a radio........................................86
Change the guard interval for a radio........................................87
Change the output power for a radio.........................................88
Change the channel for a radio...................................................89
Manage Quality of Service for a WiFi radio...............................90

**Chapter 4 Manage the Advanced WiFi and Radio Features**

Manage the advanced radio features...............................................94
Manage the advanced WiFi settings for the radios...................94
Manage the maximum number of clients for a radio...............97
Manage the broadcast and multicast settings for a radio........98
Manage sticky clients..................................................................100
Manage load balancing for the radios......................................101
Manage the ARP proxy...............................................................104
Manage the amount of broadcast traffic.................................105
Set a data volume limit for the access point.................................106
Set up a WiFi bridge between access points.................................110

**Chapter 5 Manage Access and Security**

Block specific URLs and keywords for Internet access................116
Manage local MAC access control lists.........................................118
Manually set up a MAC access control List..............................118

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

Import an existing MAC access control list.............................122
Manage user accounts...................................................................125
Add a user account....................................................................125
Change the settings for a user account....................................127
Remove a user account..............................................................128
Manage neighbor AP detection....................................................128
Enable neighbor access point detection and move access points
to the Known AP List...................................................................129
Import an existing neighbor access point list in the Known AP
List.................................................................................................131
Set up RADIUS servers..................................................................134

**Chapter 6 Manage the Local Area Network and IP Settings**

Disable the DHCP client and configure a LAN or WAN IP
address...........................................................................................137
AP mode: Disable the DHCP client and specify a fixed IP
address..........................................................................................137
Router mode: Disable the DHCP client and specify a fixed WAN
IP  address.....................................................................................139
Router mode: Specify WAN Point-to-Point Protocol over Ethernet
settings..........................................................................................140
Enable the DHCP client..................................................................143
AP mode: Enable the DHCP client............................................143
Router mode: Enable the DHCP client and let the access point
obtain a WAN IP address.............................................................144
Set the 802.1Q VLAN and management VLAN............................146
AP mode: Set the 802.1Q VLAN and management VLAN.....146
Router mode: Set the 802.1Q VLAN and management VLAN.148
AP mode only: Specify an existing domain name.......................150
Enable or disable Spanning Tree Protocol...................................151
Enable or disable the network integrity check function..............152
Enable or disable IGMP snooping.................................................153
Enable or disable Ethernet LLDP..................................................154
Enable or disable UPnP..................................................................155
Router mode only: Manage DHCP servers....................................156
Manage the default DHCP server...............................................157
Add a DHCP server for a WiFi network......................................159
View or change the settings for a DHCP server........................161
Disable a DHCP server.................................................................162
Remove a DHCP server................................................................163
Enable or disable inter-VLAN routing.......................................165

## Chapter 7 Manage and Maintain the Access Point

Change the management mode to NETGEAR Insight or
Web-browser......................................................................................168
Change the system mode to Router mode or AP mode.............170
Change the country or region of operation...................................171
Change the admin user account password...................................172
Change the system name.................................................................173
Specify a custom NTP server...........................................................174
Set the time zone..............................................................................176
Manage the syslog settings.............................................................177
Manage the firmware of the access point.....................................178
    Check for new firmware and upgrade the access point.........178
    Manually download firmware and upgrade the access point.179
    Revert to the backup firmware....................................................181
    Use an SFTP server to upgrade the access point....................183
Manage the configuration file of the access point.......................184
    Back up the access point configuration.....................................184
    Restore the access point configuration.....................................186
Reboot the access point from the local browser interface.........187
Schedule the access point to reboot.............................................188
Return the access point to its factory default settings................189
    Use the Reset button to reset the access point........................189
    Use the local browser interface to reset the access point......190
Enable or disable Secure Shell.......................................................191
Enable SNMP and manage the SNMP settings............................192
Manage the LEDs..............................................................................194

## Chapter 8 Monitor the Access Point and the Network

View the access point Internet, IP, and system settings..............197
View the WiFi radio settings.............................................................200
View unknown and known neighbor access points......................203
View client distribution, connected clients, and client trends....205
View WiFi and WAN traffic, traffic and ARP statistics, and channel
utilization............................................................................................209
View or download tracked URLs......................................................211
View, save, download, or clear the logs.........................................213
View a WiFi bridge connection........................................................215
View the data volume consumption................................................216
View alarms and notifications..........................................................217

## Chapter 9 Diagnostics and Troubleshooting

Capture WiFi and Ethernet packets.................................................220
Perform a ping test............................................................................222

Check the Internet speed................................................................224
Quick tips for troubleshooting......................................................225
Troubleshoot with the LEDs..........................................................226
    Power LED is off.....................................................................227
    Power LED remains solid amber...............................................227
    Power LED is blinking amber continuously..............................228
    Insight LED is off....................................................................228
    2.4G or 5G WLAN LED is off....................................................229
    WAN PoE LED or LAN LED is off while a device is connected.229
Troubleshoot the WiFi connectivity...............................................230
Troubleshoot Internet browsing....................................................230
You cannot log in to the access point over a LAN connection....231
Changes are not saved..................................................................232
You enter the wrong password and can no longer log in to the
access point.................................................................................232
Troubleshoot your network using the ping utility.......................233
    Test the LAN path to your access point....................................233
    Test the path from your computer to a remote device..........234

**Appendix A  Factory Default Settings and Technical Specifications**

Factory default settings................................................................236
Technical specifications.................................................................239

# 1

# Hardware Overview of the Access Point

The NETGEAR Insight Managed Smart Cloud Wireless Access Point (WAC510) 802.11 Wave 2 AC1300, in this manual referred to as the access point, supports dual-band concurrent operation at 2.4 GHz and 5 GHz with a combined throughput of 1300 Mbps (400 Mbps at 2.4 GHz and 867 Mbps at 5 GHz).

The access point can function as a Power over Ethernet (PoE) powered device (PD) in an existing network connected to a PoE switch, with a power adapter connected to a regular switch, or in standalone mode as both an access point and router connected to an Internet modem.

The chapter contains the following sections:

- About NETGEAR Insight
- Related documentation
- Unpack the access point
- Top panel with LEDs
- Back panel
- Product label
- Safety instructions and warnings for an indoor access point

**Note:** For more information about the topics that are covered in this manual, visit the support website at netgear.com/support/.

**Note:** Firmware updates with new features and bug fixes are made available from time to time at netgear.com/support/download/. You can check for and download new firmware manually. If the features or behavior of your product does not match what is described in this manual, you might need to update the firmware.

**Note:** In this user manual, *WiFi network* means the same as SSID (service set identifier or WiFi network name) or VAP (virtual access point). That is, in this user manual, when we refer to a WiFi network we mean an individual SSID or VAP.

# About NETGEAR Insight

The access point supports the NETGEAR Insight app, which lets you set up and manage the access point from your iOS or Android mobile device and connects to the Insight cloud-based management platform. For Insight Premium or Insight Pro subscribers, the access point also supports the Insight Cloud portal, which is the website that provides access to the Insight cloud-based management platform.

This user manual describes the local browser–based management interface, in this manual referred to as the local browser interface. For more information about NETGEAR Insight, visit insight.netgear.com and see the NETGEAR knowledge base at netgear.com/support/product/insight.aspx.

If you install the access point as a NETGEAR Insight managed device, the settings for features that you can manage through the Insight app and Insight Cloud portal are masked out in the local browser interface. However, using the local browser interface, you can still manage the settings for certain features that are not yet supported in Insight. For more information, visit the NETGEAR knowledge base at netgear.com/support/product/insight.aspx and search for *What is Hybrid Management Mode*.

# Related documentation

The following related documentation is available at netgear.com/support/download/:

- Installation guide
- Ceiling and wall installation guide
- Data sheet

For information about the NETGEAR Insight app and the Insight Cloud portal, visit insight.netgear.com and see the NETGEAR knowledge base at netgear.com/support/product/insight.aspx.

# Unpack the access point

The package contains the access point, installation guide, ceiling and wall installation kit, and mounting installation guide. Because the access point supports Power over Ethernet (PoE), a power adapter is not included in the product package but is available as an option.

# Top panel with LEDs

The LEDs that provide the status of the access point are located on the top panel of the access point.



Figure 1. Top panel with LEDs

Table 1. LED descriptions

| LED | Description | |
|-----|-------------|---|
| Power LED | **Off**. No power is supplied to the access point.<br>**Solid green**. Power is supplied to the access point and the access point is ready.<br>**Solid amber**. During startup, the Power LED lights solid amber. If after five minutes the amber light remains on, a boot error occurred.<br>**Blinking amber fast, temporarily**. The access point is upgrading firmware.<br>**Blinking amber slowly, continuously**. The access point did not receive an IP address from a DHCP server. | |
| Insight LED | **If the serial number begins with 5B4 or 5B5:** | **If the serial number begins with 4W8 or 4W9:** |
| | **Off**. The access point functions either in standalone mode or in Insight mode but is not connected to the Insight cloud-based management platform.<br>**Solid blue**. The access point functions in Insight mode and is connected to the Insight cloud-based management platform. | **Off**. The access point functions either in standalone mode or in Insight mode but is not connected to the Insight cloud-based management platform.<br>**Solid green**. The access point functions in Insight mode and is connected to the Insight cloud-based management platform. |

Table 1. LED descriptions (Continued)

| LED | Description |
|---|---|
| WAN PoE LED | **Off**. Either no powered-on Ethernet device is connected to the WAN PoE port, or, if a powered-on Ethernet device is connected, no Ethernet link is detected.<br>**Solid amber**. A 10 or 100 Mbps Ethernet link is detected on the WAN PoE port.<br>**Blinking amber**. 10 or 100 Mbps traffic activity is detected on the WAN PoE port.<br>**Solid green**. A 1000 Mbps Ethernet link is detected on the WAN PoE port.<br>**Blinking green**. 1000 Mbps traffic activity is detected on the WAN PoE port. |
| LAN LED | **Off**. Either no powered-on Ethernet device is connected to the LAN port, or, if a powered-on Ethernet device is connected, no Ethernet link is detected.<br>**Solid amber**. A 10 or 100 Mbps Ethernet link is detected on the LAN port.<br>**Blinking amber**. 10 or 100 Mbps traffic activity is detected on the LAN port.<br>**Solid green**. A 1000 Mbps Ethernet link is detected on the LAN port.<br>**Blinking green**. 1000 Mbps traffic activity is detected on the LAN port. |
| 2.4G WLAN LED<br>2.4 GHz | **Off**. The 2.4 GHz WiFi radio is off.<br>**Solid green**. The 2.4 GHz WiFi radio is on.<br>**Solid blue**. One or more WLAN clients are connected to the 2.4 GHz WiFi radio.<br>**Blinking blue**. Traffic is detected on the 2.4 GHz WiFi radio. |
| 5G WLAN LED<br>5 GHz | **Off**. The 5 GHz WiFi radio is off.<br>**Solid green**. The 5 GHz WiFi radio is on.<br>**Solid blue**. One or more WLAN clients are connected to the 5 GHz WiFi radio.<br>**Blinking blue**. Traffic is detected on the 5 GHz WiFi radio. |

**Note:**  For information about troubleshooting with the LEDs, see Troubleshoot with the LEDs on page 226.

# Back panel

The back panel of the access point provides two ports and a DC power connector.



Figure 2. Back panel of the access point

Viewed from left to right, the back panel contains the following components:

- **LAN port**. One black Gigabit Ethernet RJ-45 LAN port to connect the access point to Ethernet devices. You can use the LAN port to connect the access point to a switch, computer, or other Ethernet device.

- **WAN PoE port**. One yellow Gigabit Ethernet RJ-45 WAN PoE port that provides a connection to a PoE switch or regular switch that is connected to your network and the Internet, for example, through an Internet modem. If the access point functions in Router mode (see <u>Change the system mode to Router mode or AP mode</u> on page 170), you can connect the WAN PoE port directly to the LAN port of an Internet modem.

- **DC power connector**. If you do not use a PoE connection, connect an optional power adapter to the DC power connector.

For more information about WAN PoE and LAN port connections, see <u>Set up and connect the access point to your network or Internet modem</u> on page 22.

**Note:**  The **Reset** button is located on the left side panel of the access point. Press the **Reset** button for about 2 seconds to reboot the access point or for more than 10 seconds to reset the access point to factory default settings. If you added the access point to a NETGEAR Insight network location, you must first use the Insight app or Insight Cloud portal to remove the access point from your Insight network location before the factory default settings function of the **Reset** button is available. For more information, see <u>Use the Reset button to reset the access point</u> on page 189.

# Product label

The product label on the bottom panel of the access point consists of two parts and shows compliance statements, the default login information, default WiFi network name (SSID), serial number, network key (password), and MAC address of the access point.



Figure 3. Product label, part 1



Figure 4. Product label, part 2

# Safety instructions and warnings for an indoor access point

Use the following safety guidelines to ensure your own personal safety and to help protect your system from potential damage.

To reduce the risk of bodily injury, electrical shock, fire, and damage to the equipment, observe the following precautions:

- This product is designed for indoor use only in a temperature-controlled and humidity-controlled environment. Note the following:

    - For more information about the environment in which this product must operate, see the environmental specifications in the appendix or the data sheet.

    - If you want to connect the product over an Ethernet cable to a device located outdoors, the outdoor device must be properly grounded and surge protected, and you must install an Ethernet surge protector inline between the indoor product and the outdoor device. Failure to do so can damage the product.

    - Before connecting the product to outdoor cables or wired outdoor devices, see https://kb.netgear.com/000057103 for additional safety and warranty information.

    Failure to follow these guidelines can result in damage to your NETGEAR product, which might not be covered by NETGEAR's warranty, to the extent permissible by applicable law.

- Do not service the product except as explained in your product documentation. Some devices should never be opened.

- If any of the following conditions occur, unplug the product from its power source, and then replace the part or contact your trained service provider:

  - Depending on your product, the power adapter, power adapter cable, power adapter plug, or PoE Ethernet cable is damaged.

  - An object fell into the product.

  - The product was exposed to water.

  - The product was dropped or damaged.

  - The product does not operate correctly when you follow the operating instructions.

- Keep the product away from radiators and heat sources. Also, do not block cooling vents.

- Do not spill food or liquids on your product components, and never operate the product in a wet environment. If the product gets wet, see the appropriate section in your troubleshooting guide, or contact your trained service provider.

- Do not push any objects into the openings of your product. Doing so can cause fire or electric shock by shorting out interior components.

- Use the product only with approved equipment.

- If applicable to your product, allow the product to cool before removing covers or touching internal components.

- Be sure that devices that are attached over Ethernet cables are electrically rated to operate with the power available in your location.

- Depending on your product, use only the supplied power adapter or an Ethernet cable that provides PoE.
  If your product uses a power adapter:

  - If you were not provided with a power adapter, contact your local NETGEAR reseller.

  - The power adapter must be rated for the product and for the voltage and current marked on the product electrical ratings label.

- To help prevent electric shock, plug any system and peripheral power cables into properly grounded power outlets.

- If applicable to your product, the peripheral power cables are equipped with three-prong plugs to help ensure proper grounding. Do not use adapter plugs or remove the grounding prong from a cable. If you must use an extension cable, use a three-wire cable with properly grounded plugs.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

- Observe extension cable and power strip ratings. Make sure that the total ampere rating of all products plugged into the extension cable or power strip does not exceed 80 percent of the ampere ratings limit for the extension cable or power strip.

- To help protect your system from sudden, transient increases and decreases in electrical power, use a surge suppressor, line conditioner, or uninterruptible power supply (UPS).

- Position system cables, power adapter cables, and PoE Ethernet cables carefully. Route cables so that they cannot be stepped on or tripped over. Be sure that nothing rests on any cables.

- Do not modify power adapters, power adapter cables, or plugs. Consult a licensed electrician or your power company for site modifications.

- Always follow your local and national wiring rules.

# 2

# Install the Access Point in Your Network and Access It for Initial Configuration

This chapter describes how you can install and access the access point in your network.

The chapter contains the following sections:

- Position your access point
- Set up and connect the access point to your network or Internet modem
- Connect to the access point for initial configuration
- Log in to the access point after initial setup

# Position your access point

Before you install your access point as described in the mounting installation guide, consider how you will position the access point.

The access point lets you access your network anywhere within the operating range of your WiFi network. However, the operating distance or range of your WiFi connection can vary significantly depending on the physical placement of your access point. For example, the thickness and number of walls the WiFi signal passes through can limit the range.

Additionally, other WiFi devices in and around your home might affect your access point's signal. WiFi devices can be other access point, routers, repeaters, WiFi range extenders, and any other devices that emit WiFi signals for network access.

Position your access point according to the following guidelines:

- Place your access point near the center of the area where your computers and other devices operate and within line of sight to your WiFi devices.

- If you use a power adapter, make sure that the access point is within reach of an AC power outlet.

- Place the access point in an elevated location, minimizing the number walls and ceilings between the access point and your other devices.

- Place the access point away from electrical devices such as these:

  - Ceiling fans

  - Home security systems

  - Microwaves

  - Computers

  - Base of a cordless phone

  - 2.4 GHz and 5.8 GHz cordless phones

- Place the access point away from large metal surfaces, large glass surfaces, insulated walls, and items such as these:

  - Solid metal door

  - Aluminum studs

  - Fish tanks

  - Mirrors

  - Brick

  - Concrete

Install the Access Point in Your
Network and Access It for Initial
Configuration                              21                              User Manual

If you are using adjacent access points, use different radio frequency channels to reduce interference.

# Set up and connect the access point to your network or Internet modem

The access point can function in AP system mode as a WiFi access point in your existing network or in Router system mode as both a WiFi access point and router connected to your DSL or cable Internet modem.

The following sections describe how you can connect the access point to your network or Internet modem:

- Set up the access point with a PoE network connection
- Set up the access point with a non-PoE network connection
- Set up the access point with a connection to your Internet modem

To set up your access point, follow the procedure in *one* of these sections.

## Set up the access point with a PoE network connection

You can connect the access point to a Power over Ethernet (PoE) switch in your network. The switch must be connected to a network router that is connected to the Internet. If you use a PoE connection, the access point does not require a power adapter.

In the access point default AP mode, WiFi clients can connect to the access point and access your network and the Internet.



Figure 5. Set up the access point with a PoE connection to your network

---

Install the Access Point in Your
Network and Access It for Initial
Configuration                                    22                                    User Manual

**To set up the access point with a PoE connection to your network:**

1.  Connect an Ethernet cable to the WAN PoE port on the access point.

    **Note:** Do not use the LAN port for a connection to the PoE switch.

2.  Connect the other end of the Ethernet cable to a PoE port on a PoE switch that is connected to your network and to the Internet.
    The Power LED lights solid amber. After about one minute, if the access point is connected to a DHCP server, the Power LED turns solid green and the access point is ready for you to perform the initial configuration.

For information about accessing the access point for initial configuration, see <span class="navigation">Connect to the access point for initial configuration on page 25.</span>

## Set up the access point with a non-PoE network connection

You can connect the access point to a regular switch, that is, a non–Power over Ethernet switch in your network. The switch must be connected to a network router that is connected to the Internet. If you use a regular switch, the access point requires a power adapter, which is an option that you can purchase.

In the access point default AP mode, WiFi clients can connect to the access point and access your network and the Internet.



Figure 6. Set up the access point with a connection to your network

**To set up the access point with a non-PoE connection to your network:**

1.  Connect an Ethernet cable to the WAN PoE port on the access point.

2.  Connect the other end of the Ethernet cable to a switch that is connected to your network and to the Internet.

Install the Access Point in Your                    23                        User Manual
Network and Access It for Initial
Configuration

3. Connect the power adapter to the access point and plug it into an electrical outlet. The Power LED lights solid amber. After about one minute, if the access point is connected to a DHCP server, the Power LED turns solid green and the access point is ready for you to perform the initial configuration.

For information about accessing the access point for initial configuration, see <u>Connect to the access point for initial configuration</u> on page 25.

## Set up the access point with a connection to your Internet modem

You can connect the access point directly to a LAN port on your DSL or cable Internet modem and let the access point function as both a WiFi access point and a router. In this configuration, WiFi clients can connect to the access point and access your network and the Internet and you also can attach a switch to the access point to enhance your network. Because you cannot use Power over Ethernet (PoE) in this setup, the access point requires a power adapter, which is an option that you can purchase.



Figure 7. Set up the access point with a connection to a LAN port on your Internet modem

**To connect the access point to your Internet modem:**

1. Unplug your Internet modem's power, leaving the modem connected to the wall jack for your Internet service.

2. If your Internet modem includes a battery backup, remove the battery.

3. Use an Ethernet cable to connect the yellow WAN PoE port on the access point to a LAN port on the Internet modem.

    **Note:** Do not use the LAN port on the access point for a connection to the Internet modem.

Install the Access Point in Your
Network and Access It for Initial
Configuration

24

User Manual

4.  If your Internet modem includes a battery backup, reinsert the battery.

5.  Plug in your Internet modem's power and turn on your Internet modem.

6.  To attach a switch to the access point, use an Ethernet cable to connect the switch to the black LAN port on the access point.

7.  Connect the power adapter to the access point and plug it into an electrical outlet. The Power LED lights solid amber. After about one minute, if the access point is connected to a DHCP server (an Internet modem usually also functions as a DHCP server), the Power LED turns solid green and the access point is ready for you to perform the initial configuration.

    **Note:**  During initial configuration of the access point, you must change the default system mode of the access point from AP mode to Router mode.

For information about accessing the access point for initial configuration, see Connect to the access point for initial configuration on page 25. After initial configuration, change the default system mode of the access point from AP mode to Router mode (see Change the system mode to Router mode or AP mode on page 170).

# Connect to the access point for initial configuration

After you set up the access point, you can use several methods to connect to it for initial configuration.

You can connect to the access point by using the NETGEAR Insight app on an iOS or Android mobile device, by accessing the Insight Cloud portal, or by using the local browser interface. You cannot use Insight access with the local browser interface. These types of access are mutually exclusive.

The Insight app and the Insight Cloud portal provide ease of access and let you configure most features that are available on the access point. The local browser interface lets you configure all features that are available on the access point.

If you use the Insight app or the Insight Cloud portal to connect to the access point, see one of the following sections:

*   Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26

*   Connect over the Internet using the NETGEAR Insight Cloud portal on page 27

Install the Access Point in Your
Network and Access It for Initial
Configuration

25

User Manual

If you use the local browser interface to connect to the access point, follow the procedure in *one* of these sections:

- <u>Connect over WiFi using a WiFi-enabled computer or mobile device</u> on page 29
- <u>Connect over Ethernet using a computer connected to the same network</u> on page 33
- <u>Connect over Ethernet using a directly connected computer</u> on page 37

**Note:**  If your network does not include a DHCP server (or a router that functions as a DHCP server) and you do not perform the initial configuration of the access point as described in one of these sections, you can connect only two clients to the access point and the access point can provide an IP address to only two clients. To prevent this situation, make sure that you perform the initial configuration of the access point.

## Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device

You can install the NETGEAR Insight app on an iOS or Android mobile device and set up the access point (and perform many other tasks as well).

**IMPORTANT:**  If you add the access point to a NETGEAR Insight network location and manage the access point through the Insight app or Insight Cloud portal, the admin password for the access point changes. That is, the Insight network password for that location replaces the admin password. To access the local browser interface, you must then enter the Insight network password and not the admin password. If you later decide to remove the access point from the Insight network location or change the management mode to Web-browser mode (see <u>Change the management mode to NETGEAR Insight or Web-browser</u> on page 168), you must continue to use the Insight network password to access the local browser interface until you manually change the admin password on the access point.

For more information about the Insight app, visit <u>insight.netgear.com</u> and see the NETGEAR knowledge base at <u>netgear.com/support/product/insight.aspx</u>.

Install the Access Point in Your
Network and Access It for Initial
Configuration                                                   26                                         User Manual

**To connect to the access point over WiFi using an iOS or Android mobile device:**

1.  On your iOS or Android mobile device, go to the app store, search for NETGEAR Insight, and download the Insight app.

  

2.  Connect your mobile device to the WiFi network of access point.

    The default SSID is on the access point label on the bottom of the access point and is shown in the format NETGEARxxxxxx-SETUP, where xxxxxx is the last six hexadecimal digits of the access point's MAC address. The default password is **sharedsecret**.

3.  Open the Insight app.

4.  If you did not set up a NETGEAR account, tap **Create NETGEAR Account** and follow the onscreen instructions.

5.  Enter the email address and password for your account and tap **LOG IN**.

    After you log in to your account, the IP address of the access point displays in the device list.

6.  Write down the access point IP address and save it for later use.

7.  To use the Insight app to configure and manage the access point, tap the access point and follow the prompts to register the access point and add it to an Insight network location.

## Connect over the Internet using the NETGEAR Insight Cloud portal

The Insight Cloud portal is available for Insight Premium or Insight Pro subscribers. To use the NETGEAR Insight Cloud portal to configure and manage the access point, the access point must already be connected to the Internet.

Install the Access Point in Your                    27                              User Manual
Network and Access It for Initial
Configuration

**IMPORTANT:** If you add the access point to a NETGEAR Insight network location and manage the access point through the Insight app or Insight Cloud portal, the admin password for the access point changes. That is, after you add the access point to an Insight network location, the Insight network password for that location replaces the admin password. To access the local browser interface, you must then enter the Insight network password and not the admin password. If you later decide to remove the access point from the Insight network location or change the management mode to Web-browser mode (see <u>Change the management mode to NETGEAR Insight or Web-browser</u> on page 168), you must continue to use the Insight network password to access the local browser interface until you manually change the admin password on the access point.

For more information about the Insight Cloud portal and the configuration and management options that are available through the Insight Cloud portal, visit <u>insight.netgear.com</u> and see the NETGEAR knowledge base at <u>netgear.com/support/product/insight.aspx</u>.

**To connect to the access point over the Internet through the Insight Cloud portal:**

1. Visit <u>insight.netgear.com</u>.
   The NETGEAR Account Login page displays.

2. Enter your Insight email address and password.
   If you do not own an Insight account, you can create one.

3. Click the **Login** button.
   You can now add the access point to an Insight network location so that you configure and manage the access point.

Install the Access Point in Your                    28                    User Manual
Network and Access It for Initial
Configuration

# Connect over WiFi using a WiFi-enabled computer or mobile device

This section describes how to connect to the access point for the first time over WiFi using a WiFi-enabled computer or mobile device (without using the NETGEAR Insight app).

**To connect to the access point over WiFi using a WiFi-enabled computer or mobile device:**

1. From your computer or mobile device, connect over WiFi to the access point's default WiFi network.

   The default SSID is on the access point label on the bottom of the access point and is shown in the format NETGEARxxxxxx-SETUP, where xxxxxx is the last six hexadecimal digits of the access point's MAC address. The default password is **sharedsecret**.

2. On the computer or mobile device, open a web browser and, in the address bar, enter **www.routerlogin.net** (or **www.aplogin.net**).

   **Note:** You can use www.routerlogin.net (and www.aplogin.net) only during initial setup of the access point.

   The Day Zero Easy Setup page displays.

3. If your browser does not open the Day Zero Easy Setup page but displays a security message and does not let you proceed, do one of the following:

   • **Google Chrome**. If Google Chrome displays a *Your connection is not private* message, click the **ADVANCED** link. Then, click the **Proceed to x.x.x.x (unsafe)** link, in which x.x.x.x represents the IP address of the switch.

   • **Apple Safari**. If Apple Safari displays a *This connection is not private* message, click the **Show Details** button. Then, click the **visit this website** link. If a warning pop-up window opens, click the **Visit Website** button. If another pop-up window opens to let you confirm changes to your certificate trust settings, enter your Mac user name and password and click the **Update Setting** button.

   • **Mozilla Firefox**. If Mozilla Firefox displays a *Your connection is not secure* message, click the **ADVANCED** button. Then, click the **Add Exception** button. In the pop-up window that opens, click the **Confirm Security Exception** button.

   • **Microsoft Internet Explore**. If Microsoft Internet Explorer displays a *There is a problem with this website's security certificate* message, click the **Continue to this website (not recommended)** link.

Install the Access Point in Your                    29                                    User Manual
Network and Access It for Initial
Configuration

- **Microsoft Edge**. If Microsoft Edge displays a *There is a problem with this website's security certificate* message or a similar warning, select **Details > Go on to the webpage**.



In the address bar, www.routerlogin.net (or www.aplogin.net) is replaced by the IP address that is assigned to the access point by the DHCP server in your network.

4. Write down the IP address of the access point.

5. Select the **Web-browser** radio button.



**Note:** After you save the basic settings that are shown on the page, the Day Zero Easy Setup page no longer displays when you log in. Instead, a login window opens. After you log in, the Dashboard page displays.

6. Enter the settings that are described in the following table.

Install the Access Point in Your
Network and Access It for Initial
Configuration                                                    30                                                    User Manual

| Setting | Description |
|---|---|
| Country/Region | From the menu, select the country and region in which the access point is operating.<br>**Note**: Make sure that the country is set to the location where the device is operating. You are responsible for complying with the local, regional, and national regulations that are set for channels, power levels, and frequency ranges.<br>**Note**: It might not be legal to operate the access point in a region other than the regions listed in the menu. If your country or region is not listed, check with your local government agency. |
| Time Zone | From the menu, select the time zone for the country and region in which the access point is operating. |
| DHCP Client | By default, the DHCP client of the access point allows the access point to receive an IP address from a DHCP server (or router that functions as a DHCP server) in your network. To set up the access point with a static (fixed) IP address, do the following:<br>a. Select the **Disable** radio button.<br>   Additional fields display.<br>b. Specify the IP address, IP subnet mask, IP address of the default gateway, and IP address of the DNS server. |
| AP Name | As an option, enter a new system name for the access point. The name must contain alphanumeric characters, must contain at least one alphabetical character, cannot be longer than 15 characters, and can contain hyphens but cannot start or end with a hyphen. By default, the system name is Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. |
| AP Login New Password | Enter a new admin password. This is the password that you must use to log in to the access point's local browser interface. (It is *not* the password that you use for WiFi access.) The password must be 8 to 63 characters in length and must contain at least one uppercase letter, one lowercase letter, and one number. The following special characters are allowed: ! @ # $ % ^ & * ( )<br>Write down and save the password for future use. |
| Confirm New Password | Enter exactly the same password that you entered in the **AP Login New Password** field. |
| SSID | You cannot use the default SSID for regular operation (the default SSID is for setup only). Enter a new name with a maximum of 32 characters. You can use a combination of alphanumeric and special characters, except for quotation marks (") and a backslash (\). |

Install the Access Point in Your
Network and Access It for Initial
Configuration

31

User Manual

(Continued)

| Setting | Description |
| --- | --- |
| Authentication | From the menu, select one of the following authentication types for the WiFi network: |
| | • **Open**. Authentication is not required and data encryption is not supported. This setting does not provide any security and is not appropriate for most situations. |
| | • **WPA2 Personal**. This option allows only WiFi clients that support WPA2 to connect to the SSID. Select this option if all WiFi clients are capable of supporting WPA2. This option uses AES encryption. |
| | • **WPA2 Personal Mixed**. This option allows both WPA and WPA2 WiFi clients to connect to the SSID. This option uses TKIP and AES encryption. Broadcast packets use TKIP. For unicast (that is, point-to-point) transmissions, WPA clients use TKIP and WPA2 clients use AES. |
| | After you complete the setup process, you can set up WPA2 Enterprise security with RADIUS servers. For more information, see Set up an open or secure WiFi network on page 45. |
| Passphrase | Unless you select **Open** from the **Authentication Type** menu, enter a new passphrase (network key or WiFi password) for the WiFi network. |

7.  Click the **Apply** button.

    Your settings are saved and you are disconnected from the access point.

    If you changed the default country, the access point restarts.

8.  Reconnect over WiFi to the access point's WiFi network using the new SSID and passphrase that you just defined on the Day Zero Easy Setup page.

9.  In the web browser, enter the access point IP address that you wrote down in Step 4.

    If you assigned a static IP address to the access point, enter that IP address.

    A login window opens.

10. If your browser does not open the login window but displays a security message and does not let you proceed, see the information in Step 3.

11. Enter the access point user name and password.

    The user name is **admin**. The password is the one that you just defined on the Day Zero Easy Setup page. The user name and password are case-sensitive.

    The Dashboard page displays. You can now customize the access point settings for your network environment.

Install the Access Point in Your
Network and Access It for Initial
Configuration

32

User Manual

# Connect over Ethernet using a computer connected to the same network

The following procedure assumes that your network includes a DHCP server (or router that functions as a DHCP server) and that the access point and the computer are on the same network. By default, the access point functions as a DHCP client. If you want to set up the access point with a static (fixed) IP address, see <u>Connect over Ethernet using a directly connected computer</u> on page 37.

**To connect to the access point using a computer that is connected to the same network as the access point:**

1. To determine the IP address that the DHCP server assigned to the access point, access the DHCP server or use an IP network scanner.

   **Note:**  You can also use the NETGEAR Insight app to discover the IP address that is assigned to the access point. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26.

2. On the computer, open a web browser and, in the address bar, enter the IP address that is assigned to the access point.
   The Day Zero Easy Setup page displays.

3. If your browser does not open the Day Zero Easy Setup page but displays a security message and does not let you proceed, do one of the following:

   • **Google Chrome**. If Google Chrome displays a *Your connection is not private* message, click the **ADVANCED** link. Then, click the **Proceed to x.x.x.x (unsafe)** link, in which x.x.x.x represents the IP address of the switch.

   • **Apple Safari**. If Apple Safari displays a *This connection is not private* message, click the **Show Details** button. Then, click the **visit this website** link. If a warning pop-up window opens, click the **Visit Website** button. If another pop-up window opens to let you confirm changes to your certificate trust settings, enter your Mac user name and password and click the **Update Setting** button.

   • **Mozilla Firefox**. If Mozilla Firefox displays a *Your connection is not secure* message, click the **ADVANCED** button. Then, click the **Add Exception** button. In the pop-up window that opens, click the **Confirm Security Exception** button.

   • **Microsoft Internet Explore**. If Microsoft Internet Explorer displays a *There is a problem with this website's security certificate* message, click the **Continue to this website (not recommended)** link.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

- **Microsoft Edge**. If Microsoft Edge displays a *There is a problem with this website's security certificate* message or a similar warning, select **Details > Go on to the webpage**.



4. Select the **Web-browser** radio button.



**Note:** After you save the basic settings that are shown on the page, the Day Zero Easy Setup page no longer displays when you log in. Instead, a login window opens. After you log in, the Dashboard page displays.

5. Enter the settings that are described in the following table.

Install the Access Point in Your                    34                    User Manual
Network and Access It for Initial
Configuration

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

| Setting | Description |
| --- | --- |
| Country/Region | From the menu, select the country and region in which the access point is operating.<br>**Note**: Make sure that the country is set to the location where the device is operating. You are responsible for complying with the local, regional, and national regulations that are set for channels, power levels, and frequency ranges.<br>**Note**: It might not be legal to operate the access point in a region other than the regions listed in the menu. If your country or region is not listed, check with your local government agency. |
| Time Zone | From the menu, select the time zone for the country and region in which the access point is operating. |
| DHCP Client | By default, the DHCP client of the access point allows the access point to receive an IP address from a DHCP server (or router that functions as a DHCP server) in your network. To set up the access point with a static (fixed) IP address, do the following:<br>a. Select the **Disable** radio button.<br>   Additional fields display.<br>b. Specify the IP address, IP subnet mask, IP address of the default gateway, and IP address of the DNS server. |
| AP Name | As an option, enter a new system name for the access point. The name must contain alphanumeric characters, must contain at least one alphabetical character, cannot be longer than 15 characters, and can contain hyphens but cannot start or end with a hyphen. By default, the system name is Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. |
| AP Login New Password | Enter a new admin password. This is the password that you must use to log in to the access point's local browser interface. (It is *not* the password that you use for WiFi access.) The password must be 8 to 63 characters in length and must contain at least one uppercase letter, one lowercase letter, and one number. The following special characters are allowed:<br>! @ # $ % ^ & * ( )<br>Write down and save the password for future use. |
| Confirm New Password | Enter exactly the same password that you entered in the **AP Login New Password** field. |
| SSID | You cannot use the default SSID for regular operation (the default SSID is for setup only). Enter a new name with a maximum of 32 characters. You can use a combination of alphanumeric and special characters, except for quotation marks (") and a backslash (\). |

(Continued)

| Setting | Description |
|---|---|
| Authentication | From the menu, select one of the following authentication types for the WiFi network:<br>• **Open**. Authentication is not required and data encryption is not supported. This setting does not provide any security and is not appropriate for most situations.<br>• **WPA2 Personal**. This option allows only WiFi clients that support WPA2 to connect to the SSID. Select this option if all WiFi clients are capable of supporting WPA2. This option uses AES encryption.<br>• **WPA2 Personal Mixed**. This option allows both WPA and WPA2 WiFi clients to connect to the SSID. This option uses TKIP and AES encryption. Broadcast packets use TKIP. For unicast (that is, point-to-point) transmissions, WPA clients use TKIP and WPA2 clients use AES.<br>After you complete the setup process, you can set up WPA2 Enterprise security with RADIUS servers. For more information, see Set up an open or secure WiFi network on page 45. |
| Passphrase | Unless you select **Open** from the **Authentication Type** menu, enter a new passphrase (network key or WiFi password) for the WiFi network. |

6. Click the **Apply** button.

   Your settings are saved.

   If you changed the default country, the access point restarts.

   **Note:**  Do not close the page!

   After a short period, the Dashboard page displays automatically. If the Dashboard page does not display, for example, because you assigned a static IP address, see the next step.

   You can now customize the access point settings for your network environment.

Install the Access Point in Your                    36                                    User Manual
Network and Access It for Initial
Configuration

7. If the Dashboard does not display automatically, do the following:

   a. Take one of the following actions:

      • If you assigned a static IP address to the access point, enter that IP address in the address bar of the web browser.

      • If you did not assign a static IP address, reenter the IP address that is displayed in the address bar of the web browser. If that does not work, write down the IP address, close the web browser, reopen the web browser, and then reenter the IP address in the address bar of the web browser.

      • If you did not assign a static IP address and you closed the page so that you cannot see the IP address of the access point, use an IP scanner tool, use a network discovery tool, or access the DHCP server to discover the IP address of the access point in your network. Then, open a browser and enter the IP address in the address bar of the web browser.

      A login window opens.

   b. If your browser does not open the login window but displays a security message and does not let you proceed, see the information in Step 3.

   c. Enter the access point user name and password.
      The user name is **admin**. The password is the one that you just defined on the Day Zero Easy Setup page. The user name and password are case-sensitive.
      The Dashboard page displays. You can now customize the access point settings for your network environment.

## Connect over Ethernet using a directly connected computer

If your network does not include a DHCP server (or router that functions as a DHCP server), you can use a computer that is connected through an Ethernet cable to the LAN port of the access point.

**To connect to the access point using a computer that is connected to a LAN port of the access point:**

1. Record the IP address and subnet mask of your computer so that you can reinstate these IP address settings later.

2. Temporarily change the IP address on your computer to 192.168.0.210 with 255.255.255.0 as the subnet mask.

   (You can actually use any IP address in the 192.168.0.2–192.168.0.254 range, with the exception of IP address 192.168.0.100, which is the default IP address of the access point.)

   For more information about changing the IP address on your computer, see the help or documentation for your computer.

Install the Access Point in Your                    37                         User Manual
Network and Access It for Initial
Configuration

3. Use an Ethernet cable to connect your computer to a LAN port on the access point.

4. On the computer, open a web browser and enter **192.168.0.100** in the address bar.

   The Day Zero Easy Setup page displays.

5. If your browser does not open the Day Zero Easy Setup page but displays a security message and does not let you proceed, do one of the following:

   - **Google Chrome**. If Google Chrome displays a *Your connection is not private* message, click the **ADVANCED** link. Then, click the **Proceed to 192.168.0.100 (unsafe)** link.

   - **Apple Safari**. If Apple Safari displays a *This connection is not private* message, click the **Show Details** button. Then, click the **visit this website** link. If a warning pop-up window opens, click the **Visit Website** button. If another pop-up window opens to let you confirm changes to your certificate trust settings, enter your Mac user name and password and click the **Update Setting** button.

   - **Mozilla Firefox**. If Mozilla Firefox displays a *Your connection is not secure* message, click the **ADVANCED** button. Then, click the **Add Exception** button. In the pop-up window that opens, click the **Confirm Security Exception** button.

   - **Microsoft Internet Explore**. If Microsoft Internet Explorer displays a *There is a problem with this website's security certificate* message, click the **Continue to this website (not recommended)** link.

   - **Microsoft Edge**. If Microsoft Edge displays a *There is a problem with this website's security certificate* message or a similar warning, select **Details > Go on to the webpage**.



---

Install the Access Point in Your
Network and Access It for Initial
Configuration                                    38                                    User Manual

6. Select the **Web-browser** radio button.



**Note:** After you save the basic settings that are shown on the page, the Day Zero Easy Setup page no longer displays when you log in. Instead, a login window opens. After you log in, the Dashboard page displays.

7. Enter the settings that are described in the following table.

| Setting | Description |
|---------|-------------|
| Country/Region | From the menu, select the country and region in which the access point is operating. <br> **Note**: Make sure that the country is set to the location where the device is operating. You are responsible for complying with the local, regional, and national regulations that are set for channels, power levels, and frequency ranges. <br> **Note**: It might not be legal to operate the access point in a region other than the regions listed in the menu. If your country or region is not listed, check with your local government agency. |
| Time Zone | From the menu, select the time zone for the country and region in which the access point is operating. |
| DHCP Client | By default, the DHCP client of the access point allows the access point to receive an IP address from a DHCP server (or router that functions as a DHCP server) in your network. To set up the access point with a static (fixed) IP address, do the following: <br><br> a. Select the **Disable** radio button. <br>    Additional fields display. <br><br> b. Specify the IP address, IP subnet mask, IP address of the default gateway, and IP address of the DNS server. |

(Continued)

| Setting | Description |
|---|---|
| AP Name | As an option, enter a new system name for the access point. The name must contain alphanumeric characters, must contain at least one alphabetical character, cannot be longer than 15 characters, and can contain hyphens but cannot start or end with a hyphen. By default, the system name is Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. |
| AP Login New Password | Enter a new admin password. This is the password that you must use to log in to the access point's local browser interface. (It is *not* the password that you use for WiFi access.) The password must be 8 to 63 characters in length and must contain at least one uppercase letter, one lowercase letter, and one number. The following special characters are allowed: ! @ # $ % ^ & * ( ) Write down and save the password for future use. |
| Confirm New Password | Enter exactly the same password that you entered in the **AP Login New Password** field. |
| SSID | You cannot use the default SSID for regular operation (the default SSID is for setup only). Enter a new name with a maximum of 32 characters. You can use a combination of alphanumeric and special characters, except for quotation marks (") and a backslash (\). |
| Authentication | From the menu, select one of the following authentication types for the WiFi network:<br>• **Open**. Authentication is not required and data encryption is not supported. This setting does not provide any security and is not appropriate for most situations.<br>• **WPA2 Personal**. This option allows only WiFi clients that support WPA2 to connect to the SSID. Select this option if all WiFi clients are capable of supporting WPA2. This option uses AES encryption.<br>• **WPA2 Personal Mixed**. This option allows both WPA and WPA2 WiFi clients to connect to the SSID. This option uses TKIP and AES encryption. Broadcast packets use TKIP. For unicast (that is, point-to-point) transmissions, WPA clients use TKIP and WPA2 clients use AES.<br>After you complete the setup process, you can set up WPA2 Enterprise security with RADIUS servers. For more information, see <u>Set up an open or secure WiFi network</u> on page 45. |
| Passphrase | Unless you select **Open** from the **Authentication Type** menu, enter a new passphrase (network key or WiFi password) for the WiFi network. |

8. Click the **Apply** button.

Your settings are saved and you are disconnected from the access point.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

If you changed the default country, the access point restarts.

9. After a few minutes, if the login window does not open automatically, enter **192.168.0.100** in the address bar of your browser.

If you changed the IP address (that is, you specified a static IP address), enter the new IP address.

A login window opens.

10. If your browser does not open the login window but displays a security message and does not let you proceed, see the information in Step 5.

11. Enter the access point user name and password.

The user name is **admin**. The password is the one that you just defined on the Day Zero Easy Setup page. The user name and password are case-sensitive.

The Dashboard page displays. You can now customize the access point settings for your network environment.

12. After you complete the setup process, or both the setup and customization process, you can change the computer back to its original IP address settings.

# Log in to the access point after initial setup

After initial setup, the access point is ready for use and you can change the settings and monitor the traffic.

When you enter the IP address that is assigned to the access point, we recommend that you enter **https** rather than http. However, if you enter http, the browser automatically redirects your request to https. If you did not yet install the access point's security certificate, your browser might display a security message. You can either ignore this message or install the security certificate. Consider the following examples:

- **Google Chrome**. If Google Chrome displays a *Your connection is not private* message, click the **ADVANCED** link. Then, click the **Proceed to x.x.x.x (unsafe)** link, in which x.x.x.x represents the IP address of the switch.

- **Apple Safari**. If Apple Safari displays a *This connection is not private* message, click the **Show Details** button. Then, click the **visit this website** link. If a warning pop-up window opens, click the **Visit Website** button. If another pop-up window opens to let you confirm changes to your certificate trust settings, enter your Mac user name and password and click the **Update Setting** button.

- **Mozilla Firefox**. If Mozilla Firefox displays a *Your connection is not secure* message, click the **ADVANCED** button. Then, click the **Add Exception** button. In the pop-up window that opens, click the **Confirm Security Exception** button.

Install the Access Point in Your
Network and Access It for Initial
Configuration

41

User Manual

- **Microsoft Internet Explore**. If Microsoft Internet Explorer displays a *There is a problem with this website's security certificate* message, click the **Continue to this website (not recommended)** link.

- **Microsoft Edge**. If Microsoft Edge displays a *There is a problem with this website's security certificate* message or a similar warning, select **Details > Go on to the webpage**.

**To log in to the access point's local browser interface:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

The following figure shows part of the Dashboard page.

Install the Access Point in Your                42                        User Manual
Network and Access It for Initial
Configuration

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**



The Dashboard page displays various panes that let you see the status of your access point at a glance. For more information about the Dashboard page and its various panes, see <u>Monitor the Access Point and the Network</u> on page 196.

Install the Access Point in Your
Network and Access It for Initial
Configuration                                      43                                      User Manual

# 3

# Manage the Basic WiFi and Radio Features

This chapter describes how you can manage the basic WiFi and radio settings of the access point. For information about the advanced WiFi and radio settings, see Manage the Advanced WiFi and Radio Features on page 93.

**Tip:** If you want to change the settings of the access point's WiFi network, use a wired connection to avoid being disconnected when the new WiFi settings take effect.

The chapter includes the following sections:

- Set up and manage WiFi networks
- Set up and manage captive portals for WiFi networks
- Manage the basic radio features

# Set up and manage WiFi networks

The access point supports eight WiFi networks (four in the 2.4 GHz radio band and four in the 5 GHz radio band), each with its own unique WiFi settings. The following sections describe how you can set up and manage WiFi networks on the access point:

- Set up an open or secure WiFi network
- View or change the settings of a WiFi network
- Disable or enable a WiFi network or set up a WiFi activity schedule
- Remove a WiFi network
- Enable or disable client isolation for a WiFi network
- Hide or broadcast the SSID for a WiFi network
- Enable or disable band steering with 802.11k RRM and 802.11v WiFi network management
- Change the VLAN ID for a WiFi network
- Enable or disable PMF for a WiFi network
- Enable or disable URL tracking for a WiFi network
- Change the format of the DHCP offer messages in a WiFi network
- Select a MAC ACL for a WiFi network
- Set bandwidth rate limits for a WiFi network

## Set up an open or secure WiFi network

The access point provides one default SSID that is enabled by default and that broadcasts on the 2.4 GHz radio band and the 5 GHz radio band. This is the SSID that you were required to rename when you logged in to the access point for the first time. You can add more SSIDs: The access point can support a total of eight SSIDs. Each SSID can broadcast on the 2.4 GHz band, on the 5 GHz band, or on both bands simultaneously.

SSID stands for service set identifier, which is the WiFi network name. When you create a new SSID, you are defining the settings for a new virtual access point (VAP). That means that the access point supports up to eight VAPs.

The access point can simultaneously support the 2.4 GHz band for 802.11b/g/n WiFi devices and the 5 GHz band for 802.11a/n/ac WiFi devices.

If you plan to use WPA2 Enterprise security for your WiFi network, first set up RADIUS servers (see Set up RADIUS servers on page 134).

**To set up a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select and add an SSID.

5. Click the **+** button to the left of Add SSID.



6. Specify the WiFi network name (SSID), select whether the SSID is broadcast, and specify the VLAN ID as described in the following table.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

| Setting | Description |
| --- | --- |
| Wireless Network Name (SSID) | The SSID is the WiFi network name of the VAP. Enter a name for the SSID with a maximum of 32 characters. You can use a combination of alphanumeric and special characters, except for quotation marks (") and a backslash (\).<br>For a WiFi device to be able to connect to the VAP, the SSID on the WiFi device must match the SSID of the VAP. |
| Broadcast SSID | By default, the VAP broadcasts its SSID so that WiFi clients can detect the SSID in their scanned network lists. To turn off the SSID broadcast, select the **No** radio button.<br>Turning off the SSID broadcast provides additional WiFi security, but users must know the SSID to be able to join the VAP. |
| VLAN ID | You can enter the VLAN ID that must be associated with the VAP. By default, the VLAN ID is 1.<br>This VLAN ID is not the same as the 802.1Q VLAN ID that is used for the wired network (see Set the 802.1Q VLAN and management VLAN on page 146).<br>If the access point functions in Router mode, you can use the VLAN ID to assign a particular DHCP server to the clients on the WiFi network (see Add a DHCP server for a WiFi network on page 159). |

7. Specify the WiFi security by selecting an option from the **Authentication** menu and, if applicable, by specifying a passphrase in the **Passphrase** field or selecting an option from the **Encryption** menu, as described in the following table.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

| Setting | Description |
|---------|-------------|
| Open | A legacy open WiFi network does not provide any security. Any WiFi device can join the network. We recommend that you do *not* use a legacy open WiFi network but configure WiFi security. However, a legacy open network might be appropriate for a WiFi hotspot. If you select **Open** from the **Authentication** menu, the **Enhanced Open** check box displays.<br>• **Enhanced Open check box cleared**. The WiFi network is a legacy open network without any security. This is the default option for en open network. Clients are not authenticated, traffic is not encrypted, and 802.11w (PMF) is automatically disabled (see Step 9).<br>• **Enhanced Open check box selected**. The WiFi network can only accept clients that support the WiFi enhanced open feature, which is based on opportunistic wireless encryption (OWE). Select this option only if all the clients in the WiFi network support OWE. If you select this option, the encryption is CCM mode protocol (CCMP), and 802.11w (PMF) is automatically set to mandatory (see Step 9). |
| WPA2 Personal | This option, which is the same as WPA2-PSK, is the default setting and uses AES encryption. This type of security enables only WiFi devices that support WPA2 to join the VAP. WPA2 provides a secure connection but some legacy WiFi devices do not detect WPA2 and support only WPA. If your network includes such older devices, select the mixed mode security, **WPA2 Personal Mixed**.<br>In the **Passphrase** field, enter a phrase of 8 to 63 characters. To join the VAP, a user must enter this passphrase. To view the passphrase in clear text, click the eye icon. |
| WPA2/WPA Personal | This option, which is the same as WPA2-PSK/WPA-PSK, enables WiFi devices that support either WPA2 or WPA to join the VAP. This option uses AES and TKIP encryption. WPA-PSK (which uses TKIP) is less secure than WPA2-PSK (which uses AES) and limits the speed of WiFi devices to 54 Mbps.<br>In the **Passphrase** field, enter a phrase of 8 to 63 characters. To join the VAP, a user must enter this passphrase. To view the passphrase in clear text, click the eye icon. |
| WPA2 Enterprise | This enterprise-level security uses RADIUS for centralized Authentication, Authorization, and Accounting (AAA) management. For WPA2 Enterprise security to function, you must set up RADIUS servers (see Set up RADIUS servers on page 134).<br>From the **Data Encryption** menu, select the data encryption mode:<br>• **TKIP + AES**. This type of data encryption enables WiFi devices that support either WPA or WPA2 to join the access point's WiFi network. This is the default mode.<br>• **AES**. This type of data encryption provides a secure connection but some older WiFi devices do not detect WPA2 and support only WPA. Therefore, if your network includes such older devices, select **TKIP + AES** security. |

(Continued)

| Setting | Description |
|---------|-------------|
| WPA3 Personal | This option is the most secure personal authentication option. WPA3 uses SAE encryption and enables only WiFi devices that support WPA3 to join the VAP. If you select this option, 802.11w (PMF) is automatically set to mandatory (see <u>Step 9</u>).<br>WPA3 provides a secure connection but some legacy WiFi devices do not detect WPA3 and support only WPA2. If your network also includes WPA2 devices, select **WPA3/WPA2 Personal** authentication.<br>In the **Passphrase** field, enter a phrase of 8 to 63 characters. To join the VAP, a user must enter this passphrase. To view the passphrase in clear text, click the eye icon. |
| WPA3/WPA2 Personal | This option, which is the same as WPA3/WPA2-PSK, enables WiFi devices that support either WPA3 or WPA2 to join the VAP. This option uses SAE and AES encryption. WPA2-PSK (which uses AES) is less secure than WPA3 (which uses SAE).<br>In the **Passphrase** field, enter a phrase of 8 to 63 characters. To join the VAP, a user must enter this passphrase. To view the passphrase in clear text, click the eye icon. |

8. Optionally, disable the WiFi broadcast or set up a WiFi activity schedule by selecting one of the following radio buttons:

- **Always ON**. When you set up an SSID, you are creating a new virtual access point (VAP). By default, the new VAP is enabled and the **Always ON** radio button is selected.

- **Always OFF**. Select this radio button to set up the SSID but temporarily disable the VAP.

- **Custom**. Select this radio button to set up a broadcast schedule. An icon displays to the right of the radio button. Do the following:

   a. Click the icon next to the radio button.
      A pop-up window opens.

   b. Either select a predefined time from the **Preset** menu or select custom time blocks by clicking the time blocks.
      A blue color for a time block indicates that the VAP will be enabled (on). A gray color for a time block indicates that the VAP will be disabled (off).

   c. Click the **Done** button.
      The pop-up window closes.

   For each SSID and each day (from 12:00 a.m. to 11:59 p.m.), you can create three schedules to disable the VAP.

9. Optionally, enable 802.11w Protected Management Frames (PMF), select a single radio band only, enable band steering with 802.11k radio resource management

(RRM) and 802.11v WiFi network management, or do all of this, as described in the following table.

| Setting | Description |
| --- | --- |
| 802.11w (PMF) | Protected Management Frames (PMF), according to the 802.11w standard, is a security feature that protects unicast and multicast management frames from being intercepted and changed for malicious purposes. This feature is disabled by default, but you can enable it as either optional or mandatory.<br><br>Select **Mandatory** to require devices to use PMF. Devices that do not support PMF cannot connect to the WiFi network. If you select WPA3 Personal authentication or WiFi enhanced open authentication, PMF becomes mandatory automatically.<br><br>Select **Optional** to let the access point automatically activate PMF based on whether devices can support PMF. |
| Band | Select a radio button for a single band (**2.4 GHz** or **5 GHz**) or keep the default selection, which is the **Both** radio button, to enable the VAP to broadcast on both bands. |
| Band Steering / 802.11 k/v | By default, band steering with 802.11k RRM and 802.11v WiFi network management is disabled for the VAP.<br><br>To enable band steering with 802.11k RRM and 802.11v WiFi network management, select the **Enable** radio button. Doing so allows the access point, under certain channel conditions, to steer WiFi devices that are dual-band capable to the 2.4 GHz or 5 GHz band of the VAP. Compared to the 2.4 GHz band, generally more channels and bandwidth are available in the 5 GHz band, causing less interference and allowing for a better user experience.<br><br>802.11k RRM and 802.11v WiFi network management affect the network in the following ways:<br><br>• **802.11k RRM**. This feature lets the access point and 802.11k-aware clients dynamically measure the available radio resources. In an 802.11k-enabled network, access points and clients can send neighbor reports, beacon reports, and link measurement reports to each other, allowing 802.11k-aware clients to automatically select the best access point for initial connection or for roaming.<br><br>• **802.11v WiFi network management**. This feature lets the access point steer its WiFi clients to the 2.4 GHz or 5 GHz band, based on the access point's channel load.<br><br>The access point sets the received signal strength indicator (RSSI) threshold automatically. (That is, you cannot configure the RSSI threshold manually.) |

10. Optionally, to configure client isolation, URL tracking, or both for the WiFi network, click the **> Advanced** tab.



11. Configure the client isolation and URL tracking settings as described in the following table.

| Setting | Description |
|---|---|
| Wireless Client Isolation | By default, client isolation is disabled for the VAP, and the **Disable** radio button is selected. To block communication between WiFi clients that are associated with the same SSID or different SSIDs on the access point, select the **Enable** radio button. |
| | If the management VLAN and WiFi network VLAN are identical (by default, both are VLAN 1) and you enable client isolation, the **Allow Access to AP UI** check box displays. By default, this check box is selected, allowing an admin user to access the local browser UI over WiFi. If you clear the **Allow Access to AP UI**, an admin user cannot access the local browser UI over WiFi. |
| | **Note**: If the management VLAN and WiFi network VLAN are identical (which they are by default), an admin user can always access the local browser UI over a wired network connection. |
| | **Note**: If you want to enable client isolation for an SSID and the access point functions in Router Mode, you must disable inter-VLAN routing for the VLAN that is associated with the SSID (see Enable or disable inter-VLAN routing on page 165). |
| URL Tracking | By default, URL tracking is disabled, and the **Disable** radio button is selected. To enable URL tracking for all URLs that are requested by WiFi clients that are connected to the SSID, select the **Enable** radio button. |
| | For information about how to view the tracked URLs per SSID or per WiFi client, see View or download tracked URLs on page 211. |
| DHCP Offer Broadcast to Unicast | When a device tries to associate with the WiFi network and negotiates an IP address, the access point converts the broadcast DHCP offer message that it receives from the DHCP server to a unicast message, and forwards it to the device. This is the default option (that is, the **Enable** radio button is selected). To disable this option so that the access point does *not* convert the broadcast DHCP offer messages to unicast messages, select the **Disable** radio button. |

Although you could also configure a captive portal, a MAC ACL, and bandwidth rate limits while you set up a WiFi network, these features are described separately and in detail in the following sections:

- Set up and manage captive portals for WiFi networks on page 67

---

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

- Manage local MAC access control lists on page 118 and Select a MAC ACL for a WiFi network on page 64
- Set bandwidth rate limits for a WiFi network on page 66

12. Click the **Apply** button.

    Your settings are saved.

13. Make sure that you can connect to the new WiFi network.

    If you cannot connect to the new WiFi network, check the following:

    - If your WiFi-enabled computer or mobile device is already connected to another WiFi network in your area, disconnect it from that WiFi network and connect it to the WiFi network that the access point provides. Some WiFi devices automatically connect to the first open network without WiFi security that they discover.
    - If your WiFi-enabled computer or mobile device is trying to connect to your network with its old settings (before you changed the settings), update the WiFi network selection in your WiFi-enabled computer or mobile device to match the current settings for your network.
    - Does your WiFi device display as a connected client? (See View client distribution, connected clients, and client trends on page 205.) If it does, it is connected to the network.
    - Are you using the correct WiFi network name (SSID) and password?

## View or change the settings of a WiFi network

You can view or change the settings of the default WiFi network (SSID or VAP) or any custom WiFi network.

**To view or change the settings of a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.

The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.

The settings for the selected SSID display.

6. Change the settings of the WiFi network as needed.

For detailed descriptions of the settings, see <u>Set up an open or secure WiFi network</u> on page 45.

7. If you made changes, click the **Apply** button.

Your settings are saved.

8. If you made changes, make sure that you can reconnect over WiFi to the network with its new settings.

If you cannot connect over WiFi, check the following:

- If your WiFi-enabled computer or mobile device is already connected to another WiFi network in your area, disconnect it from that WiFi network and connect it to the WiFi network that the access point provides. Some WiFi devices automatically connect to the first open network without WiFi security that they discover.
- If your WiFi-enabled computer or mobile device is trying to connect to your network with its old settings (before you changed the settings), update the WiFi network selection in your WiFi-enabled computer or mobile device to match the current settings for your network.
- Does your WiFi device display as a connected client? (See <u>View client distribution, connected clients, and client trends</u> on page 205.) If it does, it is connected to the network.
- Are you using the correct WiFi network name (SSID) and password?

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

# Disable or enable a WiFi network or set up a WiFi activity schedule

You can temporarily disable a WiFi network (SSID or VAP), you can reenable the WiFi network, or you can set up a schedule that specifies when the WiFi network is active.

Scheduling a WiFi network to be turned off is a green feature that allows you to turn off the WiFi network during scheduled vacations, office shutdowns, on evenings, or on weekends.

For each WiFi network and each day (from 12:00 a.m. to 11:59 p.m.), you can create three schedules.

**To disable or enable a WiFi network or set up a WiFi activity schedule:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.

   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.

   The settings for the selected SSID display.

6. Under Schedule, select one of the following radio buttons:

   • **Always ON**. The WiFi network is enabled.
   • **Always OFF**. The WiFi network is disabled.

- **Custom**. The WiFi network is enabled or disabled according to a schedule that you must set up.
  An icon displays to the right of the radio button.

7. If you select **Custom** in the previous step, do the following:

   a. Click the icon next to the radio button.
      A pop-up window opens.

   b. Either select a predefined time from the **Preset** menu or select custom time blocks by clicking the time blocks.
      A blue color for a time block indicates that the WiFi network will be enabled (on).
      A gray color for a time block indicates that the WiFi network will be disabled (off).

   c. Click the **Done** button.
      The pop-up window closes.

8. Click the **Apply** button.
   Your settings are saved.

## Remove a WiFi network

You can remove a custom WiFi network (SSID or VAP) that you no longer need. You cannot remove the default WiFi network.

**To remove a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

---

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select an SSID.

5. Click the trash can icon to the right of the SSID.
   A pop-up warning window opens.

6. Click the **Delete** button.
   The pop-window closes and the WiFi network is removed.

## Enable or disable client isolation for a WiFi network

By default, client isolation is disabled for a WiFi network (SSID or VAP), allowing communication between WiFi clients that are associated with the same or different WiFi networks on the access point. For additional security, you can enable client isolation so that clients that are associated with the same or different WiFi networks *cannot* communicate with each other, except for communication over the Internet, which remains possible.

**To enable or disable client isolation for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. Click the **> Advanced** tab.
   The page expands.

7. Under Client Isolation, select one of the following radio buttons:

   - **Disable**. Client isolation is disabled for the WiFi network. This is the default setting.
   - **Enable**. Client isolation is enabled for the WiFi network.
     If the management VLAN and WiFi network VLAN are identical (by default, both are VLAN 1) and you enable client isolation, the **Allow Access to AP UI** check box displays. By default, this check box is selected, allowing an admin user to access the local browser UI over WiFi. If you clear the **Allow Access to AP UI**, an admin user cannot access the local browser UI over WiFi.

     **Note:** If the management VLAN and WiFi network VLAN are identical (which they are by default), an admin user can always access the local browser UI over a wired network connection.

8. Click the **Apply** button.
   Your settings are saved.

## Hide or broadcast the SSID for a WiFi network

By default, a WiFi network (SSID or VAP) broadcasts its network name (also referred to as the SSID) so that WiFi clients can detect the SSID in their scanned network lists. For additional security, you can turn off the SSID broadcast and hide the SSID so that users must know the SSID to be able to join the WiFi network.

**Note:** If you set up a wireless distribution system (WDS; see Set up a WiFi bridge between access points on page 110), you must keep the SSID broadcast enabled.

**To hide or broadcast the network name for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.

   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.

   The settings for the selected SSID display.

6. Under Broadcast SSID, select one of the following radio buttons:

   - **No**. The SSID is hidden for the WiFi network.
   - **Yes**. The SSID is broadcast for the WiFi network.

7. Click the **Apply** button.

   Your settings are saved.

# Enable or disable band steering with 802.11k RRM and 802.11v WiFi network management

Band steering lets the access point identify the WiFi devices that are dual-band capable and steer those devices to the 2.4 GHz or 5 GHz band of a WiFi network (SSID or VAP). Compared to the 2.4 GHz band, generally more channels and bandwidth are available in the 5 GHz band, causing less interference and allowing for a better user experience. Band steering includes 802.11k radio resource management (RRM) and 802.11v WiFi network management. By default, band steering is disabled.

802.11k RRM and 802.11v WiFi network management affect the network in the following ways:

- **802.11k RRM**. This feature lets the access point and 802.11k-aware clients dynamically measure the available radio resources. In an 802.11k-enabled network,

access points and clients can send neighbor reports, beacon reports, and link measurement reports to each other, allowing 802.11k-aware clients to automatically select the best access point for initial connection or for roaming.

- **802.11v WiFi network management**. This feature lets the access point steer its WiFi clients to the 2.4 GHz or 5 GHz band, based on the access point's channel load. In an environment with multiple access points, 802.11v WiFi network management helps WiFi clients that are roaming to select the best access point.

The access point sets the received signal strength indicator (RSSI) threshold automatically. (That is, you cannot configure the RSSI threshold manually.)

**To enable or disable band steering with 802.11k RRM and 802.11v WiFi network management for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. Under Band Steering / 802.11 k/v, select one of the following radio buttons:

   - **Disable**. Band steering is disabled for the VAP. This is the default setting.

- **Enabled**. Under certain channel conditions, the access point steers WiFi devices that are dual-band capable to the 2.4 GHz or 5 GHz band of the VAP.

7. Click the **Apply** button.
   Your settings are saved.

## Change the VLAN ID for a WiFi network

If the access point functions in Router mode, you can use the VLAN ID to assign a particular DHCP server to the WiFi clients on the SSID (see Add a DHCP server for a WiFi network on page 159). By default, the VLAN ID for a WiFi network is 1.

The VLAN ID for a WiFi network is not the same as the 802.1Q VLAN ID that is used for the wired network (see Set the 802.1Q VLAN and management VLAN on page 146).

**To change the VLAN ID for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. In the **VLAN ID** field, enter a ID (that is, a number).

By default, the VLAN ID for a WiFi network is 1.

7. Click the **Apply** button.
Your settings are saved.

## Enable or disable PMF for a WiFi network

Protected Management Frames (PMF), according to the 802.11w standard, is a security feature that protects unicast and multicast management frames from being intercepted and changed for malicious purposes. This feature is disabled by default, but you can enable it as either optional or mandatory.

**To enable or disable PMF for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
The settings for the selected SSID display.

6.  Under 802.11w (PMF), select one of the following radio buttons:

    - **Mandatory**. Requires devices to use PMF. Devices that do not support PMF cannot connect to the WiFi network. If you select WPA3 Personal authentication or WiFi enhanced open authentication, PMF becomes mandatory automatically.

    - **Optional**. Lets the access point automatically activate PMF based on whether devices can support PMF.

    - **Disable**. PMF is disabled for the WiFi network.

7.  Click the **Apply** button.

    Your settings are saved.

## Enable or disable URL tracking for a WiFi network

You can enable the access point to track all URLs that are requested by WiFi clients that are connected to a WiFi network (SSID or VAP). This feature is disabled by default, but you can enable it.

For information about how to view the tracked URLs per SSID or per WiFi client, see View or download tracked URLs on page 211.

**To enable or disable URL tracking for a WiFi network:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

    The Dashboard page displays.

4.  Select **Management > Configuration > Wireless > Basic**.

The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. Click the **> Advanced** tab.
   The page expands.

7. Under URL Tracking, select one of the following radio buttons:

   • **Enable**. URL Tracking is enabled for the WiFi network.

   • **Disable**. URL Tracking is disabled for the WiFi network.

8. Click the **Apply** button.
   Your settings are saved.

# Change the format of the DHCP offer messages in a WiFi network

When a device tries to associate with the WiFi network and negotiates an IP address, the access point converts the broadcast DHCP offer message that it receives from the DHCP server to a unicast message, and forwards it to the device. This is the default configuration. For the DHCP message exchange, unicast packets are more reliable and minimize the traffic in the network. However, if your situation requires that DHCP offer messages must be distributed as broadcast packets, you can change the format so that in a specific WiFi network, the access point does *not* convert the broadcast DHCP offer messages to unicast messages.

**To change the format of the DHCP offer messages in a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. Click the **> Advanced** tab.
   The page expands.

7. Under DHCP Offer Broadcast to Unicast, select one of the following radio buttons:

   - **Enable**. The access point forwards DHCP offer messages as unicast packets in the WiFi network. This is the default selection.

   - **Disable**. The access point forwards DHCP offer messages as broadcast packets in the WiFi network.

8. Click the **Apply** button.
   Your settings are saved

## Select a MAC ACL for a WiFi network

After you set up one or more local MAC access control lists (ACLs, also referred to as access lists; see <u>Manage local MAC access control lists</u> on page 118), you can select an ACL for use with an SSID.

You can also set up a RADIUS server (see <u>Set up RADIUS servers</u> on page 134) and select the RADIUS MAC ACL. You must define the ACL on the RADIUS server, using the following format for client MAC addresses in the RADIUS server: If the client MAC address is 00:0a:95:9d:68:16, specify it as 000a959d6816 in the RADIUS server.

**Note:**  A RADIUS MAC ACL cannot function if the WiFi security is WPA2 Enterprise. If you want to use a RADIUS MAC ACL, select a different type of WiFi security for the WiFi network (see <u>Set up an open or secure WiFi network</u> on page 45).

When selected, the MAC ACL blocks WiFi access to the SSID for WiFi devices that are not in the selected access list. The blockage applies only to the SSID for which you

enable the MAC ACL. Only WiFi devices that are in the selected access list can connect to the SSID.

**To select a MAC ACL for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. Click the **> Advanced** tab.
   The page expands.

7. Select the **MAC ACL** check box.

8. Do one of the following:

   - Select the **Local MAC ACL** radio button, and from the **Select Group** menu, select the MAC ACL that you defined earlier.
     To change the MAC ACL policy, MAC addresses in the ACL, or both, click the link next to the group. For more information, see <u>Manage local MAC access control lists</u> on page 118.

   - Select the **Radius MAC ACL** radio button.

This option functions only if you set up a RADIUS server (see Set up RADIUS servers on page 134).

9. Click the **Apply** button.

Your settings are saved. Only WiFi devices for which the MAC address is on the MAC ACL can connect to the access point through this SSID. (These devices might be able to connect to the access point through another SSID if you did not set up MAC ACL security for that SSID.)

# Set bandwidth rate limits for a WiFi network

You can set rate limits for the upload and download bandwidths for devices that are connected to a WiFi network. The minimum bandwidth rate is 64 Kbps, the maximum bandwidth rate is 1024 Mbps. You can set one rate for the upload bandwidth and another rate for the download bandwidth.

**Note:** Before you set bandwidth rate limits, check the Internet speed of the access point (see Check the Internet speed on page 224).

**To set bandwidth rate limits for devices that are connected to a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.

The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. Click the **> Advanced** tab.
   The page expands.

7. Select the **Rate Limit** check box.

8. Specify the values:

   - **Upload**. For the upload bandwidth limitation, enter a value from 64 to 1024 and select **Kbps** or **Mbps** from the menu.

   - **Download**. For the download bandwidth limitation, enter a value from 64 to 1024 and select **Kbps** or **Mbps** from the menu.

9. Click the **Apply** button.
   Your settings are saved.

# Set up and manage captive portals for WiFi networks

A captive portal is a web site that users see when they attempt to connect to a WiFi network. A captive portal includes a splash page and usually requires some form of authentication for the user. The access point supports three types of captive portals:

- **Click-through captive portal**. A basic portal for which the splash page is stored on the access point. For each WiFi network, you can set up a unique click-through captive portal.

- **External captive portal**. A portal that is hosted by an external captive portal vendor. You can apply an external captive portal to multiple WiFi networks or you can apply a unique external captive portal to each WiFi network.

- **Facebook Wi-Fi captive portal**. A Facebook business page that serves as a portal. You can configure a single Facebook Wi-Fi captive portal on the access point but you can apply it to multiple WiFi networks.

The following sections describe how you can set up and manage the captive portals:

- Set up a click-through captive portal for a WiFi network
- Set up an external captive portal for a WiFi network
- Register and configure Facebook Wi-Fi for the access point
- Set up a Facebook Wi-Fi captive portal for a WiFi network

- Unregister the access point from Facebook Wi-Fi

# Set up a click-through captive portal for a WiFi network

A click-through captive portal is a basic portal for which the splash page is stored on the access point, that is, it is not an external captive portal. Use a click-through captive portal to welcome or instruct WiFi users and limit their sessions. You can require users to agree to an end user license agreement (EULA) and redirect them a specific website. A click-through captive portal is specific to the WiFi network (SSID) on which you set it up.

**To set up a click-through captive portal for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.

   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.

   The settings for the selected SSID display.

6. Click the **> Advanced** tab.

   The page expands.

7. Select the **Captive Portal** check box.

   The page adjusts. By default, the Click Through radio button is selected.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**



8. Specify the click-through settings as described in the following table.

| Setting | Description |
|---|---|
| Session Timeout (in min) | Enter the time after which a WiFi session is terminated and a user must log in again. The period is in the range from 1 to 1440 minutes. The default is 60 minutes. |
| Redirect URL | To redirect a user to a specific website after login, select the **Redirect URL** check box and enter the URL to which the user must be directed. If the **Redirect URL** check box is cleared, a user is directed to a default web page. |
| Title | Enter the title that is displayed on the captive portal login page. If you do not customize the title, the default title displays on the captive portal login page. |
| Message | Enter a message to the user. This message is displayed on the captive portal login page. If you do not customize the message, the default message displays on the captive portal login page. |

(Continued)

| Setting | Description |
|---|---|
| JPEG/JPG Image (Max 500KB) | To customize the image that is displayed on the captive portal login page, click the **Browse** button and navigate to and select an image. If you do not customize the image, the default image displays on the captive portal login page. |
| EULA (Max 1KB) | The field includes a default end user license agreement (EULA). You can enter or copy custom text into the field. To show the EULA on the captive portal login page, select the **EULA** check box. |

9. To preview the captive portal login page, click the **Preview** button.

    The following figure shows an example (that is, the figure does not show the default captive portal but a customized one).



10. Click the **Apply** button.

    Your settings are saved. WiFi clients attempting to connect to the SSID are presented with the captive portal login page.

    **Note:**  An HTTPS session is blocked until after the captive portal authentication occurs.

## Set up an external captive portal for a WiFi network

An external captive portal is a portal that is hosted by an external captive portal vendor. That is, this type of portal is not stored on the access point. For an external captive portal, you generally must register your devices with and purchase licenses from the vendor.

You can apply an external captive portal to multiple WiFi networks or you can apply a unique external captive portal to each WiFi network

**To set up an external captive portal for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.
   The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.
   The settings for the selected SSID display.

6. Click the **> Advanced** tab.
   The page expands.

7. Select the **Captive Portal** check box.
   The page adjusts. By default, the Click-Through radio button is selected.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

8.  Click the **External Captive Portal** radio button.



9.  Specify the external captive portal settings as described in the following table.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

| Setting | Description |
|---------|-------------|
| Splash Page URL | Enter the URL that is provided by the vendor.<br>This URL redirects a user to the splash page on the website that hosts the captive portal. |
| Captive Portal Authentication Type | The access point supports two types of external captive portal authentication. These types are mutually exclusive. |
| | **Web/HTTP**. Authentication for access to the splash page occurs on the access point using the HTTPS protocol. Specify the following settings:<br>• **Web Authentication URL**. Enter the web authentication URL that is provided by the vendor.<br>• **Key**. Enter the key credential that is provided by the vendor. This field is optional and depends on the authentication requirements of the vendor.<br>• **Secret**. Enter the secret credential that is provided by the vendor. This field is optional and depends on the authentication requirements of the vendor. |
| | **Radius**. Authentication for access to the splash page occurs on an external RADIUS authentication server. The vendor might also require an accounting RADIUS server. Specify the following settings for *each* RADIUS server, as directed by the vendor:<br>• **IPv4 Address**. Enter the IP address of the server. The IP address is provided by the vendor.<br>• **Port**. Enter the port number that is used by the server. The IP port number is provided by the vendor. By default, an authentication server uses port number 1812; an accounting server uses port number 1813.<br>• **Password**. Enter the password (shared secret) for interaction with the server. The password is provided by the vendor. |
| FailSafe | Select one of the following radio buttons:<br>• **Enable**. If authentication is not possible–for example, because captive portal servers do not respond–users are still allowed to access the Internet access for a period of 30 minutes.<br>• **Disable**. This is the default setting. If authentication is not possible, users cannot reach the splash page and cannot access the Internet. Instead, they get a message *Oops. Something went wrong. Please try after some time.* |

(Continued)

| Setting | Description |
|---|---|
| Allow HTTPS | Select one of the following radio buttons:<br>• **Enable**. Before authentication occurs, secure HTTP (HTTPS) traffic is allowed to pass through.<br>• **Disable**. This is the default setting. HTTPS traffic is allowed only after authentication occurs. |
| Walled Garden | The walled garden specifies the external applications and sites that a user can access from the captive portal. Generally, the vendor provides information about the applications and sites. The vendor splash page, domain name, and authentication servers must also be included in the walled garden. Follow the directions of the vendor.<br>You can do the following to configure the walled garden:<br>• **Add a single URL**. In the right field, type the URL, press Enter, and click the **Move** button.<br>• **Add multiple URLs**. In the right field, paste a list of URLs, and click the **Move** button.<br>• **Remove one or more URLs**. Select the check boxes for URLs, and click the **Remove** button.<br>• **Remove all URLs**. Select the **Select All** check box, and click the **Remove** button. |

10. Click the **Apply** button.

Your settings are saved. WiFi clients attempting to connect to the SSID are presented with the captive portal login page.

## Register and configure Facebook Wi-Fi for the access point

Before you can set up Facebook Wi-Fi on the access point so that you can provide customers WiFi access by letting them check in to an existing Facebook business page (see Set up a Facebook Wi-Fi captive portal for a WiFi network on page 77), you must register the access point with Facebook and configure the Facebook settings. By default, the capability to register is disabled.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

**To register and configure Facebook Wi-Fi for the access point:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.
    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.
    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

    The Dashboard page displays.

4.  Select **Management > Configuration > Wireless > Basic > Facebook Wi-Fi**.
    The Facebook Wi-Fi page displays.

5.  Select the Register with Facebook Wi-Fi **Yes** radio button.
    The capability to register is enabled. By default, this capability is disabled.

6.  Click the **Apply** button.
    Your settings are saved and the **Add Page** button displays.

7.  Click the **Add Page** button.
    A new browser page opens and displays the Facebook Login page.

8. Log in to the Facebook account with which the Facebook business page is associated.



9. From the **Select a Page** menu, select the Facebook business page.

10. Select one of the following bypass mode options:

- To allow customers to skip check-in, select the **Skip check-in link** radio button. If you enable this option, users can either check in to the selected Facebook business page or skip the check-in.

- To require users to enter a WiFi code before they can gain WiFi access, select the **Require Wi-Fi code** radio button and type a WiFi code in the field that displays.
  If you enable this option, users can either check in to the selected Facebook business page or skip the check-in by using the WiFi code.

11. From the **Session Length** menu, select the period after which users are automatically logged out.

12. To add terms of service to the Facebook check-in page, select the **Terms of Service** check box and type or copy the terms of service.

13. Click the **Save Settings** button.

The Facebook Wi-Fi settings are saved.

The name of the selected Facebook business page displays on the Facebook Wi-Fi configuration page, along with the **Change Page** button, which lets you replace the selected Facebook business page with another one.

14. To allow clients that are connected to the Facebook captive portal to establish a secure HTTP (HTTPS) session *before* the captive portal authentication occurs, select the Allow HTTPS **Enable** radio button.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

By default, the Allow HTTPS **Disable** radio button is selected and clients that are connected to the Facebook captive portal cannot establish an HTTPS session until after the captive portal authentication occurs.

15. Click the **Apply** button.

Your settings are saved.

# Set up a Facebook Wi-Fi captive portal for a WiFi network

You can provide customers WiFi access by letting them check in to a Facebook business page. Before you can do so, you must register the access point with Facebook Wi-Fi (see Register and configure Facebook Wi-Fi for the access point on page 74).

**To set up a Facebook Wi-Fi captive portal for a WiFi network:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic**.

The page that displays lets you select an SSID.

5. Click the **>** button to the left of the SSID.

The settings for the selected SSID display.

6. Click the **> Advanced** tab.

The page expands.

7. Select the **Captive Portal** check box.

   The page adjusts. By default, the Click Through radio button is selected.

8. Select the **Facebook Wi-Fi** radio button.

   The page adjusts again because you do not need to specify any further settings on the page.

   Customers receive WiFi access by checking in to a Facebook business page. To use this option, first register the access point with Facebook Wi-Fi (see Register and configure Facebook Wi-Fi for the access point on page 74).

9. Click the **Apply** button.

   Your settings are saved. WiFi clients attempting to connect to the SSID are presented with the Facebook business page..

   **Note:** When you set up a captive portal with Facebook Wi-Fi, you can configure the option to allow clients that are connected to the Facebook captive portal to establish a secure HTTP (HTTPS) session *before* the captive portal authentication occurs (see Register and configure Facebook Wi-Fi for the access point on page 74).

## Unregister the access point from Facebook Wi-Fi

If the access point is registered with Facebook Wi-Fi but you no longer want to use that option for a captive portal or you want to use another Facebook account, you can unregister the access point from Facebook Wi-Fi and remove the access point's entry.

**To unregister the access point from Facebook Wi-Fi and remove the access point's entry:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the

Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic > Facebook Wi-Fi**.
   The Facebook Wi-Fi page displays.

5. Select the **No** radio button.
   The capability to register is disabled. However, the access point's entry on the Facebook business page is not yet removed.

6. Click the **Apply** button.
   Your settings are saved.

7. Go to the Facebook business page and log in to your account.

8. Select the check box for the access point's entry.

9. Click the **Delete** button.
   The access point's entry is removed.

# Manage the basic radio features

You can manage the basic radio features that are described in the following sections:

- <u>Manage the basic settings for the radios</u>
- <u>Turn a radio on or off</u>
- <u>Change the WiFi mode for a radio</u>
- <u>Change the channel width for a radio</u>
- <u>Change the guard interval for a radio</u>
- <u>Change the output power for a radio</u>
- <u>Change the channel for a radio</u>
- <u>Manage Quality of Service for a WiFi radio</u>

For information about the advanced radio features, see <u>Manage the advanced radio features</u> on page 94.

## Manage the basic settings for the radios

The basic WiFi settings for the radios apply to all WiFi networks (VAPs or SSIDs). You can specify the radio settings for the 2.4 GHz and 5 GHz radios individually. For

information about the advanced radio settings, see <u>Manage the advanced WiFi settings for the radios</u> on page 94.

**To manage the basic WiFi settings for the radios:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4.  Select **Management > Configuration > Wireless > Basic > Wireless Settings**.



5.  Configure the settings as described in the following table.

The descriptions in the table apply to both radios, but you can specify the radio settings for the 2.4 GHz and 5 GHz radios individually.

| Setting | Description |
|---------|-------------|
| Turn Radio On | By default, the **Turn Radio On** check box is selected and the radio broadcasts. Turning off a radio disables WiFi access for the band, which can be helpful during configuration, network tuning, or troubleshooting. |
| Wireless Mode | Select one of the following WiFi modes for the 2.4 GHz radio:<br>• **11b**. 802.11n, 802.11g, and 802.11b WiFi clients can connect to the access point. However, the speed of 802.11n and 802.11g clients is limited to the maximum speed that is supported by 802.11b (about 11 Mbps).<br>• **11bg**. 802.11n, 802.11g, and 802.11b WiFi clients can connect to the access point. However, the speed of 802.11n clients is limited to the maximum speed that is supported by 802.11g (about 54 Mbps).<br>• **11ng**. 802.11n, 802.11g, and 802.11b WiFi clients can connect to the access point. This is the default setting.<br><br>Select one of the following WiFi modes for the 5 GHz radio:<br>• **11a**. 802.11ac, 802.11na, and 802.11a WiFi clients can connect to the access point. However, the speed of 802.11ac and 802.11na clients is limited to the maximum speed that is supported by 802.11a (about 54 Mbps).<br>• **11na**. 802.11ac, 802.11na, and 802.11a WiFi clients can connect to the access point. However, the speed of 802.11ac clients is limited to the maximum speed that is supported by 802.11n (generally, ranging from about 300 Mbps to about 450 Mbps).<br>• **11ac**. 802.11ac, 802.11na, and 802.11a WiFi clients can connect to the access point. This is the default setting. |
| Channel Width | From the menu, select the channel width for the radio. Use the following guidelines:<br>• A wider channel improves the performance.<br>• The 802.11n specification allows a 40 MHz–wide channel in addition to the legacy 20 MHz channel that is available with other modes.<br>• The 802.11ac specification allows an 80 MHz–wide channel in addition to the 20 MHz and 40 MHz channels that are available with other modes.<br>• The 40 MHz and 80 MHz channels enable higher data rates but leaves fewer channels available for use. |
| Guard Interval | From the menu, select the value that protects radio transmissions from interference. An Auto guard interval (which is the default) improves performance, but some legacy devices can operate only with a long –800ns guard interval.<br>The guard interval and channel width determine the available MCS index and data transmit rates. |

(Continued)

| Setting | Description |
|---------|-------------|
| Output Power | From the menu, select the transmission power of the radio. You can select **100%(Max)**, **50%**, **25%**, **12.5%**, or **4%(Min)**. The default is 100%(Max).<br>**Note**: If two or more access points are operating in the same area and on the same channel, interference can occur. In such a situation, you might want to decrease the output power for the access point. Make sure that you comply with the regulatory requirements for total radio frequency (RF) output power in your country. |
| Channel | From the menu, select the WiFi channel for the radio. The available WiFi channels and frequencies depend on the country and the radio. The default is Auto, which enables the radio to automatically select the most suitable channel.<br>**Note**: You do not need to change the WiFi channel unless you experience interference (which is indicated by lost connections).<br>**Note**: If you use multiple access points, reduce interference by selecting different channels for adjacent access points. We recommend a channel spacing of four channels between adjacent access points (for example, use Channels 1 and 5, or 6 and 10). |

6. Click the **Apply** button.

A pop-up warning window opens.

7. Click the **OK** button.

The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Turn a radio on or off

By default, both the 2.4 GHz and 5 GHz radios broadcast. Turning off a radio disables WiFi access for the associated band, which affects all VAPs (or SSIDs) in that band. Turning off a radio can be helpful during configuration, network tuning, or troubleshooting.

**To turn a radio on or off:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic > Wireless Settings**.

   The Wireless Settings page displays.

5. Take one of the following actions:

   - **Turn a radio on**. Select the **Turn Radio ON** check box for the radio.

   - **Turn a radio off**. Clear the **Turn Radio ON** check box for the radio.

6. Click the **Apply** button.

   A pop-up warning window opens.

7. Click the **OK** button.

   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Change the WiFi mode for a radio

By default, all types of WiFi clients can access a WiFi network on the access point, that is, the WiFi modes on the access point support 802.11n, 802.11g, 802.11b, 802.11ac, 802.11na, and 802.11a clients. You can change the modes to limit access to certain types of clients.

**To change the WiFi mode for a radio:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic > Wireless Settings**.

The Wireless Settings page displays.

5. Select the WiFi mode for the radio:

- **2.4 GHz radio**. Select one of the following WiFi modes for the 2.4 GHz radio:

  - **11b**. 802.11n, 802.11g, and 802.11b WiFi clients can connect to the access point. However, the speed of 802.11n and 802.11g clients is limited to the maximum speed that is supported by 802.11b (about 11 Mbps).

  - **11bg**. 802.11n, 802.11g, and 802.11b WiFi clients can connect to the access point. However, the speed of 802.11n clients is limited. However, the speed of 802.11n clients is limited to the maximum speed that is supported by 802.11g (about 54 Mbps).

  - **11ng**. 802.11n, 802.11g, and 802.11b WiFi clients can connect to the access point. This is the default setting.

- **5 GHz radio**. Select one of the following WiFi modes for the 5 GHz radio:

  - **11a**. 802.11ac, 802.11na, and 802.11a WiFi clients can connect to the access point. However, the speed of 802.11ac and 802.11na clients is limited to the maximum speed that is supported by 802.11a (about 54 Mbps).

  - **11na**. 802.11ac, 802.11na, and 802.11a WiFi clients can connect to the access point. However, the speed of 802.11ac clients is limited to the maximum speed that is supported by 802.11n (generally, ranging from about 300 Mbps to about 450 Mbps).

  - **11ac**. 802.11ac, 802.11na, and 802.11a WiFi clients can connect to the access point. This is the default setting.

6. Click the **Apply** button.

   A pop-up warning window opens.

7. Click the **OK** button.

   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Change the channel width for a radio

Use the following guidelines when you determine the channel width for a radio:

- A wider channel improves the performance.
- The 802.11n specification allows a 40 MHz–wide channel in addition to the legacy 20 MHz channel that is available with other modes.
- The 802.11ac specification allows an 80 MHz–wide channel in addition to the 20 MHz and 40 MHz channels that are available with other modes.
- The 40 MHz and 80 MHz channels enable higher data rates but leave fewer channels available for use.

**To change the channel width for a radio:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic > Wireless Settings**.

The Wireless Settings page displays.

5. From the **Channel Width** menu, select one of the following settings.

- **20 MHz**.
- **40 MHz**.
- **80 MHz**. This selection is available only for the 5 GHz radio.
- **Dynamic 20 / 40 MHz**. This selection is available only for the 2.4 GHz radio and is the default setting for that radio.
- **Dynamic 20 / 40 / 80 MHz**. This selection is available only for the 5 GHz radio and is the default setting for that radio.

6. Click the **Apply** button.

A pop-up warning window opens.

7. Click the **OK** button.

The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Change the guard interval for a radio

The guard interval protects radio transmissions from interference. An automatic guard interval (which is the default) improves performance, but some legacy devices can operate only with a long –800ns guard interval.

**To change the guard interval for a radio:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over</u>

WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic > Wireless Settings**.
   The Wireless Settings page displays.

5. From the **Guard Interval** menu, select one of the following settings:

   • **Auto**. This is the default setting.

   • **Long-800 ns**.

6. Click the **Apply** button.
   A pop-up warning window opens.

7. Click the **OK** button.
   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

# Change the output power for a radio

By default, the output power of the access point is set at the maximum. If two or more access points are operating in the same area and on the same channel, interference can occur. In such a situation, you might want to decrease the output power for the access point. Make sure that you comply with the regulatory requirements for total radio frequency (RF) output power in your country.

**To change the output power for a radio:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the

Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Basic > Wireless Settings**.
   The Wireless Settings page displays.

5. From the **Output Power** menu, select **100%(Max)**, **50%**, **25%**, **12.5%**, or **4%(Min)**.
   The default is 100%(Max).

6. Click the **Apply** button.
   A pop-up warning window opens.

7. Click the **OK** button.
   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Change the channel for a radio

The available WiFi channels and frequencies depend on the country and the radio. The default is Auto, which enables the radio to automatically select the most suitable channel.

**Note:** You do not need to change the WiFi channel unless you experience interference (which is indicated by lost connections).

**Note:** If you use multiple access points, reduce interference by selecting different channels for adjacent access points. We recommend a channel spacing of four channels between adjacent access points (for example, use Channels 1 and 5, or 6 and 10).

**To change the channel for a radio:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4.  Select **Management > Configuration > Wireless > Basic > Wireless Settings**.
    The Wireless Settings page displays.

5.  From the **Channel** menu, select a channel.
    The default is Auto. When you select a particular channel, the channel selection becomes static.

6.  Click the **Apply** button.
    A pop-up warning window opens.

7.  Click the **OK** button.
    The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Manage Quality of Service for a WiFi radio

You can specify the Quality of Service (QoS) setting for the 2.4 GHz and 5 GHz radios separately. These settings are enabled by default for both radios. Disabling QoS for a radio might impact the throughput and speed of WiFi traffic on the access point.

**To manage the QoS settings for a WiFi radio:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.
    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.
    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4.  Select **Management > Configuration > Wireless > Basic > QoS Settings**.



5.  Enable or disable the following features for a radio by selecting the applicable **Enable** or **Disable** radio buttons:

- **Wi-Fi Multimedia (WMM)**. WiFi Multimedia (WMM) is a subset of the 802.11e standard. Time-dependent information such as video or audio is given higher priority than normal traffic. For WMM to function correctly, WiFi clients must also support WMM. By enabling WMM, you allow WMM to control upstream traffic flowing from WiFi devices to the access point and downstream traffic flowing from the access point to WiFi devices. WMM defines the following four queues in decreasing order of priority:

  - **Voice**. The highest priority queue with minimum delay, which makes it very suitable for applications such as VoIP and streaming media.

  - **Video**. The second highest priority queue with low delay. Video applications are routed to this queue.

  - **Best effort**. The medium priority queue with medium delay. Most standard IP applications use this queue.

  - **Background**. The low priority queue with high throughput. Applications such as FTP that are not time-sensitive but require high throughput can use this queue.

- **WMM Powersave**. Enabling the WMM Powersave feature saves power for battery-powered devices and fine-tunes power consumption.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

6. Click the **Apply** button.

   A pop-up warning window opens.

7. Click the **OK** button.

   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

# 4

# Manage the Advanced WiFi and Radio Features

This chapter describes how you can manage the advanced WiFi and radio features of the access point. For information about the basic WiFi and radio settings, see Manage the Basic WiFi and Radio Features on page 44.

**Tip:** If you want to change the settings of the access point's WiFi network, use a wired connection to avoid being disconnected when the new WiFi settings take effect.

The chapter includes the following sections:

- Manage the advanced radio features
- Set a data volume limit for the access point
- Set up a WiFi bridge between access points

# Manage the advanced radio features

You can manage the advanced radio features that are described in the following sections:

- Manage the advanced WiFi settings for the radios
- Manage the maximum number of clients for a radio
- Manage the broadcast and multicast settings for a radio
- Manage sticky clients
- Manage load balancing for the radios
- Manage the ARP proxy
- Manage the amount of broadcast traffic

For information about the basic radio features, see Manage the basic radio features on page 79.

## Manage the advanced WiFi settings for the radios

The advanced WiFi settings for the radios apply to all WiFi networks (VAPs or SSIDs). You can specify the radio settings for the 2.4 GHz and 5 GHz radios individually. For information about the basic radio settings, see Manage the basic settings for the radios on page 79.

A radio must be turned on for you to specify the settings. For more information about turning a radio on, see Turn a radio on or off on page 83.

**To manage the advanced WiFi settings for the radios:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over

<u>WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Advanced**.



5. Configure the settings as described in the following table.

The descriptions in the table apply to both radios. You can specify the radio settings for the 2.4 GHz and 5 GHz radios individually, but the 802.11n 256 QAM feature applies to the 2.4 GHz radio only and the MU-MIMO and 802.11h features apply to the 5 GHz radio only.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

| Setting | Description |
|---|---|
| Max. Wireless Clients | Enter the maximum number of WiFi clients that can simultaneously associate with the radio. The range is from 1 to 200. The default is 64 WiFi clients. |
| RTS Threshold (256-2346) | Enter the Request to Send (RTS) threshold. The range is from 256 to 2346. The default is 2346.<br>If the packet size is equal to or less than the RTS threshold, the radio uses the Carrier Sense Multiple Access with Collision Detection (CSMA/CD) mechanism and the data frame is transmitted immediately after the silence period. If the packet size is larger than the RTS threshold, the system uses the CSMA with Collision Avoidance (CSMA/CA) mechanism. In this situation, the transmitting device sends the RTS packet to the receiving device and waits for the receiving device to return a Clear to Send (CTS) packet before sending the actual packet data. |
| Beacon Interval (100-300) | Enter an interval between 100 ms and 300 ms for each beacon transmission, which allows the radio to synchronize the WiFi network. The default is 100 ms. |
| 802.11n 256 QAM | Select the **802.11n 256 QAM** check box to enable the 2.4 GHz radio to function over 256-quadrature amplitude modulation (QAM), which can increase the 2.4 GHz radio throughput for clients that are capable of supporting 256 QAM. By default, 256 QAM is disabled for the 2.4 GHz radio, that is, the check box is cleared.<br>By default, 256-QAM is enabled for the 5 GHz radio and you cannot disable it (the page does not provide a check box for the 5 GHz radio). |
| DTIM Interval (1-255) | Move the slider to specify the delivery traffic indication message (DTIM) interval or the data beacon rate, which indicates the beacon delivery traffic indication message period in multiples of beacon intervals. This value must be between 1 and 255. The default is 2. |
| Broadcast/Multicast Rate Limiting | Multicast and broadcast rate limiting is enabled by default to improve the overall network performance by limiting the number of packets that are transmitted across the network. By default, the setting is 50 (the maximum possible value), which specifies a maximum rate limit of 50 packets per second. To change the setting, move the slider. To disable multicast and broadcast rate limiting, clear the small check box. |

(Continued)

| Setting | Description |
|---------|-------------|
| MU-MIMO | By default, the MU-MIMO **Enable** radio button is selected and multiuser MIMO (MU-MIMO) is enabled. To disable MU-MIMO, select the MU-MIMO **Disable** radio button.<br>802.11ac Wave 2 supports MU-MIMO, which enables multiple users to receive data from the access point simultaneously using the same channel. With MU-MIMO, the access point can transmit to multiple clients simultaneously using the same channel. MU-MIMO is used in the downstream direction and requires both the access point and the WiFi clients to be capable of 802.11ac Wave 2.<br>You can enable or disable MU-MIMO for the 5 GHz radio but not for the 2.4 GHz radio. |
| 802.11h | Select the 802.11h **Enable** radio button to enable 802.11h-capable WiFi clients to automatically switch to a new channel without disconnecting from the access point and without losing any data when the access point changes to another channel. By default, the 802.11h **Disable** radio button is selected and 802.11h is disabled.<br>You can enable or disable 802.11h for the 5 GHz radio but not for the 2.4 GHz radio. |

6.  Click the **Apply** button.

    A pop-up warning window opens.

7.  Click the **OK** button.

    The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Manage the maximum number of clients for a radio

The number of clients that are allowed to associate with a radio affects the reliability and throughput of the WiFi connection. A smaller number can increase the reliability and throughput and a large number can decrease the reliability and throughput.

By default, one radio allows up to 64 client associations. You can specify a lower or higher number of clients, up to 200 clients for one radio. If the number of associated clients exceeds the maximum number that you specify, the radio rejects new client associations until the number drops below that maximum number.

**To manage the maximum number of clients for a radio:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Advanced**.

   The Wireless Settings page displays.

5. In the **Max.Wireless Clients** field, enter the maximum number of WiFi clients that can simultaneously associate with the radio.

   The range is from 1 to 200 for the radio. The default is 64 WiFi clients for the radio.

6. Click the **Apply** button.

   A pop-up warning window opens.

7. Click the **OK** button.

   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Manage the broadcast and multicast settings for a radio

Because multicast and broadcast traffic can adversely affect the throughput and latency of a WiFi network, you can change the multicast and broadcast rate limiting settings for a radio.

By default, multicast and broadcast rate limiting is enabled to improve the overall network performance by limiting the number of packets that are transmitted across the network. By default, the setting is 50 (the maximum possible value), which specifies a maximum rate limit of 50 packets per second. You can lower this number.

**To manage the broadcast and multicast settings for a radio:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Advanced > Wireless Settings**.
   The Wireless Settings page displays.

5. To change the multicast and broadcast rate limiting settings for a radio, under Broadcast/Multicast Rate Limiting, take one of the following actions:

   • To change the rate limiting setting, move the slider. By default, the setting is 50 (the maximum possible value), which specifies a maximum rate limit of 50 packets per second.

   • To disable or enable multicast and broadcast rate limiting, clear or select the small check box.

6. Click the **Apply** button.
   A pop-up warning window opens.

7. Click the **OK** button.
   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

# Manage sticky clients

During roaming, sticky clients do not change to an access point with a better signal but remain associated with (that is, *stick to*) their initial access point, even though the quality of the connection to that access point is degraded. Such a situation causes delay for other clients that are associated with that access point.

**Note:**  For a home WiFi network with a single access point, a sticky client is useful because no other access point is available to associate with during roaming. For a business or enterprise network with multiple access points, a sticky client can cause a drain on WiFi resources.

You can force sticky clients to disassociate from the radios of the access point.

If load balancing based on the RSSI of the client is enabled (see Manage load balancing for the radios on page 101), after a client is forced to disassociate, the client can join again in the following situations:

- The client can associate again if its RSSI is equal to or higher than the minimum required RSSI.
- If the client persistently tries to associate with the access point, the access point grants access to that client, even if its RSSI is below minimum required RSSI.

**To manage sticky clients:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Advanced > Load Balancing**.
   The Load Balancing page displays.

5. Either select or clear the **Force Sticky Clients To Disassociate** check box.
   Selecting the check box forces sticky clients to disassociate from a radio. Clearing the check box allows sticky clients to remain associated with a radio.

6. Click the **Apply** button.
   Your settings are saved.

## Manage load balancing for the radios

You can configure the radio utilization thresholds to enable each radio to maintain the speed and performance of the WiFi network as clients associate with and disassociate from the WiFi network.

If you enable load balancing, client associations depend on the maximum number of clients per radio, the channel load per radio, and each client's Received Signal Strength Indicator (RSSI). New client associations are allowed if a radio's utilization remains within the defined load balancing settings. If a radio's utilization exceeds the defined load balancing settings, new client associations are temporary halted until the radio's utilization falls within the defined load balancing settings.

**Note:**  The Dashboard page can show information about the client and traffic distribution per radio as well as the client, traffic, and channel utilization for each radio (see <u>View client distribution, connected clients, and client trends</u> on page 205 and <u>View WiFi and WAN traffic, traffic and ARP statistics, and channel utilization</u> on page 209).

By default, all of the following types of load balancing are enabled with their default settings:

- **Load balancing based on the maximum number of clients**. The access point allows client associations up to the specified maximum number of clients. After the maximum number is exceeded, new clients are rejected. Even though this is a global setting, it is implemented per radio.

- **Load balancing based on the channel load**. The access point allows client associations up to the defined maximum channel utilization. After the maximum channel utilization is exceeded, new clients are rejected. Even though this is a global setting, it is implemented per radio.

  **Note:**  If a client is rejected but persistently tries to associate with the access point, the access point grants access to that client.

- **Load balancing based on the RSSI of the client**. Clients with an RSSI that is equal to or higher than the defined minimum are allowed to associate with the access point. Clients with an RSSI below the defined minimum are rejected. Even though this is a global setting, it is implemented per radio.

  **Note:** If a client is rejected but persistently tries to associate with the access point, the access point grants access to that client.

You can change the default settings for each type of load balancing, or completely disable one or more types of load balancing.

**To manage load balancing for the radios:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Advanced > Load Balancing**.



5. To globally enable load balancing for the radios, select the Load Balancing Mode **Enable** radio button.

   The page adjusts and displays a slider for each type of load balancing and each radio.

   By default, load balancing is disabled. When you enable load balancing, all three types of load balancing are enabled. You can individually disable one or more types of load balancing.

6. To individually enable or disable one or more types of load balancing, do the following:

   - To disable a particular type of load balancing, clear the small blue check box to the left of the *Based On* text.

   - To enable a particular type of load balancing, select the small blue check box to the left of the *Based On* text.

7. To change the load balancing settings, do the following:

   - **Based On Maximum Number Of Clients**. For each radio, move the associated slider to specify the maximum number of clients allowed, before the radio stops accepting new client associations. For each radio, the minimum number of clients is 5 and the maximum number is 200, and the default number is 64.

   - **Based On Channel Load**. For each radio, move the associated slider to specify the maximum percentage of channel load that is allowed on the radio, before it stops accepting new client associations. For each radio, the minimum percentage of channel load is 50, the maximum percentage is 90, and the default percentage is 70.

   - **Based on Channel Receive Signal Strength**. For each radio, move the associated slider to specify the minimum required RSSI value for an individual client, below

which the radio does not accept the client association. For each radio, the minimum RSSI value is 1, the maximum value is 50, and the default value is 23.

8. Click the **Apply** button.
   A pop-up warning window opens.

9. Click the **OK** button.
   The pop-up window closes and your settings are saved. The radio or radios restart and WiFi clients might need to reconnect.

## Manage the ARP proxy

By default, the ARP proxy is enabled on the access point, allowing it to inspect all ARP broadcast packets for its clients. In this way, the access point responds to ARP requests for its clients, preventing unnecessary broadcast traffic on the radios.

For information about the ARP statistics, including the number of proxied and dropped packets, see <u>View WiFi and WAN traffic, traffic and ARP statistics, and channel utilization</u> on page 209.

**To manage the ARP proxy:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless > Advanced > ARP Proxy**.
   The ARP Proxy page displays.

5. Select one of the following radio buttons

- **Enable**. The ARP proxy is enabled. This is the default setting.
- **Disable**. The ARP proxy is disabled. Broadcast traffic on the radios might increase.

6. Click the **Apply** button.
   Your settings are saved.

## Manage the amount of broadcast traffic

The access point supports broadcast enhancements that reduce the broadcast traffic on the radios, and therefore on all WiFi networks that you configure on the access point.

We recommend that you enable the broadcast enhancements only if you expect the access point to host less than 20 clients on the 5 GHz radio and less than 10 clients on the 2.4 GHz radio. By default, the broadcast enhancements are disabled.

Note the following limitations for the broadcast enhancements:

- If more 20 clients are connected to a WiFi network, the broadcast enhancements do not work for that WiFi network.
- Broadcast enhancement do not work if the access point functions in a wireless distribution system (WDS) or in an Insight Instant Mesh WiFi network.

**To manage broadcast enhancements:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.
2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4.  Select **Management > Configuration > Wireless > Advanced > Broadcast Enhancements**.
    The Broadcast Enhancements page displays.

5.  Select one of the following radio buttons

    - **Enable**. The broadcast enhancements are enabled.

    - **Disable**. The broadcast enhancements are disabled. This is the default setting.

6.  Click the **Apply** button.
    Your settings are saved.

# Set a data volume limit for the access point

You can set a total monthly data volume limit that applies to all WiFi networks that you configure on the access point, that is, it applies to all SSIDs (or VAPs) collectively. A typical use of this feature is to restrict guest user data consumption.

For each SSID, you can define a percentage of the monthly data volume limit, in which case must allocate a data volume in MB to each WiFi client of that SSID. In relation to settings percentages for SSIDs, note the following:

- To make sure that each SSID receives its exact share of the total monthly data volume limit, make sure that the percentages for all SSIDs together do not exceed 100 percent.

- To set a less restrictive policy, the percentages for all SSIDs together do not need to add up to 100 percent. For example, if you set 60 percent for one SSID and 60 percent for another SSIDs, you are providing an equal chance to each SSID to consume 60 percent of the total monthly data volume limit. If one SSID actually consumes 60 percent, only 40 percent is available for the other SSID.

- If you do not set a data volume limit for any SSIDs, all SSIDs are allowed 100 percent of the total monthly data volume limit, and data is consumed on a *first come, first served* basis, up to the total monthly data volume limit.

You can specify when the monthly counter resets or manually reset the counter.

If the consumed data reaches a definable percentage of the profile data volume limit for an SSID, either the data is dropped for all WiFi clients of the SSID or those WiFi clients are disconnected.

**To set a data volume limit for the access point:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.
    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.
    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

    The Dashboard page displays.

4.  Select **Management > Configuration > Wireless > Advanced > Data Volume Limit**.
    The Data Volume Limit page displays.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

5. Select the **Data Volume Limit** check box.



6. In the Data Volume Limit Setup section, specify the following settings, which apply to SSIDs collectively, whether or not you set a data volume limit for an SSID in <u>Step 7</u>:

   a. **Monthly limit**. Enter the total monthly data volume limit in MB for the access point, that is, for all SSIDs collectively.
   For example, if you enter 500000, a data volume limit of 500 GB applies to all SSIDs collectively.
   The default value is 1024 MB (1 GB). The maximum that you can enter is 100 TB (100000 GB).

   b. **Data limit control by**. From the menu, select if the data volume limit applies to downloaded data, to uploaded data, or to both combined.

   c. **Reset data limit counters**. Specify the day and time of the month when the counter is reset and the data volume usage for all SSIDs is reset to zero.
   To immediately reset the counter to zero, click the **Reset Counter** button and confirm your action by clicking the **OK** button.

7. In the SSID Profiles section, specify the following settings for any individual SSID for which you want to set a percentage of the total monthly data volume limit:

   a. **No Data Volume Limit**. To specify that the data volume limit applies to the SSID, clear the **No Data Volume Limit** check box for the SSID.
   If you leave the check box selected, no data volume limit applies to the SSID, which means that the SSID is assigned 100 percent. (If you do not set a data volume limit for any SSID, each SSID is assigned 100 percent.)

   b. **Profile Data Volume Limit (%)**. To set a percentage of the monthly data volume limit that you specified in <u>Step 6</u>, move the slider to the percentage that you want to set.
   For example, if the monthly data volume limit is 500000 MB and you move the slider to 60 percent, the volume limit for the SSID is 300000 MB (300 GB). That means that the SSID cannot consume more data than 300 GB. However, the actual available data volume for the SSID might be less than 300 GB if the data consumption on other SSIDs causes the total monthly data volume limit to be reached before the SSID consumes 300 GB.

   c. **Per Client**. If you set a percentage for an SSID, set a monthly data volume limit that applies to each WiFi client of the SSID by entering the monthly data volume limit in MB per WiFi client.
   Take the total monthly data volume limit and the percentage that you set for the SSID into account. For example, if the total monthly data volume limit is 500000 MB, the percentage for the SSID is 60 percent, and you expect about 30 clients to connect to the SSID, you could set a data volume of 10000 MB (10 GB) per WiFi client of the SSID.

   **Note:** When the remaining data volume reaches 10 percent of the monthly data volume limit for a WiFi client, the data rate for that WiFi client is restricted to 256 Kbps. However, the WiFi client can continue to consume data as long as the volume limit for the SSID is not yet reached.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

8. In the Data Volume Limit Policy on SSID Profile section, specify the following settings that apply to each individual SSID for which you set a profile data volume limit in Step 7:

   a. **Pop-up a warning message**. Specify the percentage of the profile data volume limit for an SSID that, if exceeded, causes a pop-up message to be displayed. By default, if 10 percent of the remaining profile data volume limit for an SSID is exceeded, a pop-up warning message is displayed on the Data Volume Limit page.

   b. **When SSID profile limit is reached**. Select one of the following radio buttons to specify the action that occurs if the profile data volume limit for an SSID is exceeded:

      • **Drop data for all wireless clients**. The data for all WiFi clients of the SSID is dropped but the WiFi clients are not disconnected from the SSID.

      • **Disconnect all wireless clients**. All WiFi clients are disconnected from the SSID.

9. Click the **Apply** button.

   Your settings are saved.

   For information about monitoring the consumed data volume for each SSID for which you enabled a data volume limit, see <u>View the data volume consumption</u> on page 216.

# Set up a WiFi bridge between access points

If the access point functions in AP mode, you can configure a wireless distribution system (WDS) that consists of point-to-point WiFi bridge connections between two access points. Each WiFi bridge connection requires a WDS profile for which the settings must match on the access points that make up the bridge. WDS does not function if the AP functions in Router mode.

If the access point is connected to the Internet over a wired connection, the access point can function as the WiFi base station for up to four other access points that function as WiFi repeaters. The access point itself can also function as a WiFi repeater if it is connected to another access point that functions as a WiFi base station.

A WiFi base station connects to the Internet, wired and WiFi clients can connect to the base station, and the base station sends its WiFi signal to one or more access points that function as WiFi repeaters. Wired and WiFi clients can also connect to a WiFi repeater, but the repeater connects to the Internet through the WiFi base station.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

The following figure shows a WiFi repeating scenario with a WiFi base station on the left side and a single WiFi repeater on the right side.



Figure 8. WiFi bridge configuration between two access points

To use a WiFi bridge, you cannot use the auto channel feature for the access point and the SSID broadcast must be enabled.

For a WiFi bridge, you must set up a WiFi base station (the master) and a WiFi repeater (the slave):

- **WiFi base station**. The access point functions as the master that bridges traffic to and from the repeater access point (the slave). The base station also handles local WiFi and wired traffic. To configure this mode, you must know the MAC address of the repeater access point. The MAC address is listed on the product label or on the WiFi bridge configuration page of the local browser interface.

- **WiFi repeater**. The access point functions as the slave and sends all traffic from its local WiFi or wired computers to the WiFi base station (the master). To configure this mode, you must know the MAC address of the base station.

By default, the access point functions in dual-band concurrent mode. If you enable the WiFi repeater in either radio band, the WiFi base station or WiFi repeater cannot be enabled in the other radio band. However, if you enable the WiFi base station in either radio band and use the other radio band for either client access or as a WiFi base station, dual-band concurrent mode is not affected.

Before you can set up a WiFi network with WDS, your configuration must meet the following conditions:

- Both access points must use the same WiFi channel and WiFi security settings.

- Both access points must be on the same LAN IP subnet. That is, all of the access point LAN IP addresses are in the same network.
- All LAN devices (wired and WiFi computers) are configured to operate in the same LAN network address range as the access points.

**Note:** If you are using the access point as the base station with a non-NETGEAR access point as a repeater, you might need to change more configuration settings. In particular, you might need to disable the DHCP server function on the non-NETGEAR access point that is the repeater.

**CAUTION:** Before you set up a WiFi bridge between two access points, enable STP on the access points (see <u>Enable or disable Spanning Tree Protocol</u> on page 151) and on the switches to which the access points are connected. If your switches do not support STP, after the WiFi bridge is established, disconnect one of the access points from its switch to prevent a network loop and connectivity problems. If you used a PoE+ switch for that access point, you now must use a power adapter.

**To set up a WiFi bridge between two access points:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Wireless Bridge**.

   The page that displays lets you select a WDS profile (WDS 1, WDS 2, WDS 3, or WDS 4).

5. Click the **>** button to the left of a WDS profile.

The WDS profile page displays.

6.  Select the Band **2.4 GHz** or **5 GHz** radio button.
    Your selection determines the radio band on which the WDS is established. For
    countries that do not support dual-band operation, you cannot select the radio.

7.  Select the VAP **Enable** radio button.
    By default, a WDS profile is disabled.



8.  Configure the WDS profile settings as described in the following table.

| Setting | Description |
| --- | --- |
| Wireless Network Name (SSID) | The WiFi network name on which the WDS is established. The default name is Netgear-WDS-x, in which x is the number of the WDS (1, 2, 3, or 4). |
| Local MAC Address | The MAC address of the local WDS radio interface, that is, the MAC address of the local radio on which the WDS is established. You cannot change this MAC address on this page. The MAC address is displayed for your information.<br>Enter this MAC address on the remote access point of the WDS connection. |
| Remote MAC Address | The MAC address of the remote WDS radio interface, that is, the MAC address of the remote radio on which the WDS is established. |
| Network Authentication, Data Encryption, and Passphrase | By default, the selection from the menu is Open, in which case authentication and data encryption are not applicable. To secure the WDS connection, select **WPA2 Personal** and specify the following settings:<br>• **Encryption**. The data encryption is AES and you cannot change this setting.<br>• **Passphrase**. The passphrase for the WDS connection. For you to enable the WDS connection, the passphrase on the remote access point must match the passphrase that you define in this field. |

9.  Click the **Apply** button.
    Your settings are saved.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

10. Configure the WiFi bridge settings on the access point at the other end of the WiFi bridge and restart that access point.

   If the device at the other end of the WiFi bridge is a NETGEAR model WAC505, WAC510, WAC540, or WAC564 access point, you do not need to restart it.

   The WiFi bridge is established.

11. Verify connectivity across the LANs of both access points.

   If the configuration is set up correctly, a computer on any WiFi or wired LAN segment of the access point that functions as the WiFi repeater can connect to the Internet or share files and printers with any other computer or server connected to the access point that functions as the WiFi base station.

# 5

# Manage Access and Security

This chapter describes how you can manage access and security features and user accounts.

The chapter includes the following sections:

- Block specific URLs and keywords for Internet access
- Manage local MAC access control lists
- Manage user accounts
- Manage neighbor AP detection
- Set up RADIUS servers

**Note:**  For information about essential WiFi security (network authentication and encryption), see Set up an open or secure WiFi network on page 45.

# Block specific URLs and keywords for Internet access

You can set up a blacklist by specifying URLs (web addresses) for which Internet access must be blocked. You can also specify keywords that cause the access point to reject URLs that contain those keywords.

**To set up a blacklist with URLs and keywords for which Internet access must be blocked:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Security > URL Filtering**.

   The URL Filtering page displays.

5.  Select the **Enable** radio button.



6.  Compose the blacklist in the following ways:

    - **Blocked URLs**. To add a URL to the blacklist, type or copy the URL in the upper
      field (to the left of the upper **Add** button) and click the upper **Add** button. You
      can also select one or more URLs from the Popular URL list by selecting the check
      boxes for the URLS and clicking the **<< Move** button.
      To remove a URL from the blacklist, select the check box for the URL and click
      the upper left **Remove** button.
      When you block a URL, the domain and all URLs in the domain are blocked. For
      example, if you enter and add www.google.com, all web pages in the
      www.google.com domain are blocked, including, for example,
      www.google.com/finance.

    - **Blocked Keywords**. To add a keyword entry to the blacklist, enter the keyword
      in the lower field (to the left of the lower **Add** button) and click the lower **Add**
      button.
      To remove a keyword entry from the blacklist, select the check box for the entry
      and click the lower **Remove** button.
      All URLs that contain the keyword are blocked. For example, if you enter and add
      Jobs, all URLs that contains Jobs (or jobs) are blocked.

7.  Click the **Apply** button.
    Your settings are saved.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

# Manage local MAC access control lists

The access point supports eight local access control lists (ACLs) that are based on MAC addresses. Each local MAC ACL can contain a total number of 256 MAC addresses.

If you set up an ACL with a policy that allows access and you apply that ACL to a WiFi network (that is, to an SSID), the ACL functions as follows:

- A WiFi device for which you place the MAC address in the ACL is allowed access to the WiFi network.

- All other WiFi devices are denied access to the WiFi network.

If you set up an ACL with a policy that denies access and you apply that ACL to a WiFi network (that is, to an SSID), the ACL functions as follows:

- A WiFi device for which you place the MAC address in the ACL is denied access to the WiFi network.

- All other WiFi devices are allowed access to the WiFi network.

An ACL takes effect only after you apply it to a WiFi network. For information about applying an ACL to a WiFi network, see <u>Select a MAC ACL for a WiFi network</u> on page 64. You can apply a MAC ACL to more than one WiFi network.

The following sections describe how you can manage MAC ACLs:

- <u>Manually set up a MAC access control List</u>
- <u>Import an existing MAC access control list</u>

## Manually set up a MAC access control List

You can compose up to eight access control lists (ACLs) that are each based on up to 256 MAC addresses. The access point includes MAC ACLs with the following default group names and settings, which you can change:

- **Management**. If enabled, allows access to trusted stations by default.

- **Guest**. If enabled, allows access to trusted stations by default.

- **Guest1**. If enabled, denies access to untrusted stations by default.

- **Custom**. If enabled, denies access to untrusted stations by default.

- **Custom 1**. If enabled, allows access to trusted stations by default.

- **Custom 2**. If enabled, allows access to trusted stations by default.

- **Custom 3**. If enabled, allows access to trusted stations by default.

- **Custom 4**. If enabled, allows access to trusted stations by default.

By default, these MAC ACLs are disabled and do not include any stations. You can manually add devices, import devices (see Import an existing MAC access control list on page 122), or do both.

You can use a MAC ACL to control which WiFi devices (stations) can access a WiFi network. You can apply one MAC ACL to more than one WiFi network.

**To manually set up a MAC ACL:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Security > MAC ACL**.