**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

5. Click the group name for the MAC ACL that you want to set up.



The previous figure shows some examples. Devices in the Available Stations table are automatically detected by the access point and are common to all MAC ACLs, which allows you to add a device to more than one MAC ACL. A neighboring station displays as Neighbor and a connected station displays as connected.

6. To change the group name, enter a new name in the **Group Name** field.

   The default group names for the eight MAC ACLs are Management, Guest, Guest1, Custom, Custom 1, Custom 2, Custom 3, and Custom 4.

7. Select the ACL Policy **Allow** or **Deny** radio button.

   If you select the **Allow** radio button, a WiFi device for which you place the MAC address in the ACL is allowed access to the WiFi network, but all other WiFi devices are denied access to the WiFi network.

   If you select the **Deny** radio button, a WiFi device for which you place the MAC address in the ACL is denied access to the WiFi network, but all other WiFi devices are allowed access to the WiFi network.

8.  Compose the ACL in the following way:

    - For an ACL for which you selected the **Allow** radio button in Step 7, do the following:

        -   To manually add a device to the Trusted Stations table, enter the MAC address in the format 00-00-00-00-00-00 in the field below the Trusted Stations table, and click the **Add** button.
            The device is added to the Trusted Stations table.

        -   To move a device from the Available Stations table to the Trusted Stations table, select the check box for the device and click the **<< Move** button.
            You can search the Available Stations table. You can also filter devices in the Available Stations table by clicking the **filter** icon.

        -   To remove a device from the Trusted Stations table, select the check box for the device and click the **Remove** button.
            You can search the Trusted Stations table.
            When you remove a device from the Trusted Stations table, after the access point redetects the device, the device is once again placed in the Available Stations table.

    - For an ACL for which you selected the **Deny** radio button in Step 7, do the following:

        -   To manually add a device to the Untrusted Stations table, enter the MAC address in the format 00-00-00-00-00-00 in the field below the Untrusted Stations table, and click the **Add** button.
            The device is added to the Untrusted Stations table.

        -   To move a device from the Available Stations table to the Untrusted Stations table, select the check box for the device and click the **<< Move** button.
            You can search the Available Stations table. You can also filter devices in the Available Stations table by clicking the **filter** icon.

        -   To remove a device from the Untrusted Stations table, select the check box for the device and click the **Remove** button.
            You can search the Untrusted Stations table.
            When you remove a device from the Untrusted Stations table, after the access point redetects the device, the device is once again placed in the Available Stations table.

9.  Click the **Apply** button.
    Your settings are saved.

    For more information about applying an ACL to a WiFi network, see Select a MAC ACL for a WiFi network on page 64.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

WiFi devices in the Trusted Stations table can access the WiFi network to which you apply the ACL. WiFi devices in the Untrusted Stations table cannot access the WiFi network to which you apply the ACL.

# Import an existing MAC access control list

You can import an existing access control list (ACL) that is based on up to 256 MAC addresses. You can import the list into any MAC ACL, but the MAC addresses on the list are available only for the MAC ACL into which you import the list. That is, if you want to use the same list in another MAC ACL, you must also import the list into that MAC ACL.

The file with MAC addresses must be in the following format:

- Entries in the file must be MAC addresses only in hexadecimal format with each octet separated by a hyphen, for example 00-11-22-33-44-55.
- You must separate entries with a comma.
- The file must be in text format (that is, with a .txt or .cfg extension).

You can use a MAC ACL to control which WiFi devices can access a WiFi network. You can apply a MAC ACL to more than one WiFi network.

**To import an existing MAC ACL:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

4. Select **Management > Configuration > Security > MAC ACL**.

5. Click the group name for the MAC ACL that you want to set up.



The previous figure shows some examples. Devices in the Available Stations table are automatically detected by the access point and are common to all MAC ACLs, which allows you to add a device to more than one MAC ACL. A neighboring station displays as Neighbor and a connected station displays as connected.

6. To change the group name, enter a new name in the **Group Name** field.

   The default group names for the eight MAC ACLs are Management, Guest, Guest1, Custom, Custom 1, Custom 2, Custom 3, and Custom 4.

7. Select the ACL Policy **Allow** or **Deny** radio button.

   If you select the **Allow** radio button, a WiFi device for which you import the MAC address into the ACL is allowed access to the WiFi network, but all other WiFi devices are denied access to the WiFi network.

   If you select the **Deny** radio button, a WiFi device for which you import the MAC address into the ACL is denied access to the WiFi network, but all other WiFi devices are allowed access to the WiFi network.

8. To download a sample of a MAC ACL in the format that is required for importing, click the **Download Sample** link.

9.  Import and compose the ACL in the following way:

- For an ACL for which you selected the **Allow** radio button in <u>Step 7</u>, do the following:

  a.  Replace or merge the MAC addresses in the import list with the MAC addresses in the Trusted Stations table (if any are already in the table) by selecting one of the following radio buttons:

    -  **Replace**. MAC addresses in the Trusted Stations table are replaced with the ones in the import list.

    -  **Merge**. MAC addresses in the Trusted Stations table are merged with the ones in the import list.

  b.  Click the **Browse** button and navigate to and select the import file.
      The MAC addresses on the import list are placed in the Trusted Stations table.

  c.  To remove a MAC address from the Trusted Stations table, select the MAC address and click the **Remove** button.
      You can search the Trusted Stations table.
      When you remove a device from the Trusted Stations table, after the access point redetects the device, the device is once again placed in the Available Stations table.

- For an ACL for which you selected the **Deny** radio button in <u>Step 7</u>, do the following:

  a.  Replace or merge the MAC addresses in the import list with the MAC addresses in the Untrusted Stations table (if any are already in the table) by selecting one of the following radio buttons:

    -  **Replace**. MAC addresses in the Untrusted Stations table are replaced with the ones in the import list.

    -  **Merge**. MAC addresses in the Untrusted Stations table are merged with the ones in the import list.

  b.  Click the **Browse** button and navigate to and select the import file.
      The MAC addresses on the import list are placed in the Untrusted Stations table.

  c.  To remove a MAC address from the Untrusted Stations table, select the MAC address and click the **Remove** button.
      You can search the Untrusted Stations table.
      When you remove a device from the Untrusted Stations table, after the access point redetects the device, the device is once again placed in the Available Stations table.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

10. Click the **Apply** button.

Your settings are saved. For information about manually adding MAC addresses to those in the Trusted Stations table or Untrusted Stations table, see <u>Manually set up a MAC access control List</u> on page 118.

For more information about applying an ACL to a WiFi network, see <u>Select a MAC ACL for a WiFi network</u> on page 64.

WiFi devices in the Trusted Stations table can access the WiFi network to which you apply the ACL. WiFi devices in the Untrusted Stations table cannot access the WiFi network to which you apply the ACL.

# Manage user accounts

User accounts provide either read/write or read-only access to the local browser interface of the access point. You can add, change, or delete user accounts. You cannot delete or change the default admin user account except for the password.

The following sections describe how you can manage user accounts:

- <u>Add a user account</u>
- <u>Change the settings for a user account</u>
- <u>Remove a user account</u>

For information about changing the password for the default admin user account, see <u>Change the admin user account password</u> on page 172.

## Add a user account

**To add a user account:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4.  Select **Management > Configuration > System > Advanced > User Accounts**.



5.  Click the add user account icon.
    Additional fields and a menu display.

6.  Specify the settings for the new user account:

    • **User Name**. Enter a user name.

    • **Password**. Enter a password between 8 and 64 characters in length. The password must contain at least one uppercase letter, one lowercase letter, and one number. The following special characters are allowed:
      ! @ # $ % ^ & * ( )

    • **Privilege**. From the menu, select **Read-Write** or **Read-Only**.

    • **Session Timeout**. Use the **Hours** and **Minutes** fields to specify the period after which a session automatically expires and the user must log in again.
      By default, a session expires after 45 minutes.

7.  Click the **Apply** button.
    Your settings are saved.

# Change the settings for a user account

You cannot change the access privilege for the default admin user account.

**To change the user name, password, or access privilege for a user account:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > User Accounts**.
   The existing user accounts display.

5. To the right of the user account, change the existing settings as needed:

   - **User Name**. Enter another user name.
   - **Password**. Enter another password between 8 and 64 characters in length. The password must contain at least one uppercase letter, one lowercase letter, and one number. The following special characters are allowed:
     ! @ # $ % ^ & * ( )
   - **Privilege**. From the menu, select **Read-Write** or **Read-Only**.
   - **Session Timeout**. Use the **Hours** and **Minutes** fields to specify the period after which a session automatically expires and the user must log in again.
     By default, a session expires after 45 minutes.

6. Click the **Apply** button.
   Your settings are saved.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

## Remove a user account

You can remove a user account that you no longer need. You cannot remove the default admin user account.

**To remove a user account:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

    The Dashboard page displays.

4.  Select **Management > Configuration > System > Advanced > User Accounts**.

    The existing user accounts display.

5.  Click the **X** to the right of the user account.

    A pop-up warning window opens.

6.  Click the **Delete** button.

    The pop-up windows closes and the user account is removed.

# Manage neighbor AP detection

The access point can detect neighbor access points (APs) and you can classify them as known APs.

If you enable neighbor AP detection, the access point continuously scans the WiFi network, collects information about all access points on the channels, and maintains a list of access points it detects in the area. Initially all detected access points are displayed in the Unknown AP List. You can add access points that you are familiar with to the Known AP List. You can also import a list of known access points in the Known AP List.

**CAUTION:** Access points in the Unknown AP List require further investigation. They could be rogue access points, which use the SSID of a legitimate network. These types of access points can present a serious security threat.

The following sections describe how you can manage neighbor AP detection and add neighbor access points to the Known AP List:

- Enable neighbor access point detection and move access points to the Known AP List
- Import an existing neighbor access point list in the Known AP List

## Enable neighbor access point detection and move access points to the Known AP List

The access point can detect neighbor access points (APs) and lets you classify them as known APs. After you enable neighbor AP detection, the access point maintains a list of access points it detects in the area. Initially all detected access points are displayed in the Unknown AP List. You can manually move access points from the Unknown AP List to the Known AP List.

By default neighbor access point detection is disabled.

**To enable neighbor access point detection and move detected access points to the Known AP List:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > Security > Neighbor AP**.
   The page that displays lets you select the radio band (2.4GHz or 5GHz).

5. Click the **>** button to the left of the radio band.
   The Neighbor AP page displays for the selected radio band.

6. Select the **Enable Neighbor AP** check box.

7. Click the **Apply** button.
   Your settings are saved. Neighbor AP detection is now enabled.



8. From the **Detection Policy** menu, select the scan method:

   - **Mild**. The access point scans for neighbor access points every 15 minutes. This is the default setting.

   - **Moderate**. The access point scans for neighbor access points every 5 minutes.

   - **Aggressive**. The access point scans for neighbor access points every 1 minute.

9. To move access points from the Unknown AP List to the Known AP List, do the following:

   a. Click the **Unknown AP List** tab.



   b. If no access points display, click the **Refresh** button.

   c. Select the check boxes for the access points that you are familiar with.

   d. Click the **<< Move to Known AP List** button.

   e. Click the **Known AP List** tab.
      The selected access points display in the Known AP List.

      **Note:** You can delete access points from the Known AP List. After being detected, these access points once more display in the Unknown AP List.

10. Click the **Apply** button.
    Your settings are saved.

# Import an existing neighbor access point list in the Known AP List

You can import a list with MAC addresses of known neighbor access points in the Known AP List.

The file with MAC addresses must be in the following format:

- Entries in the file must be MAC addresses only in hexadecimal format with each octet separated by a hyphen, for example 00-11-22-33-44-55.

- You must separate entries with a comma.

- The file must be in text format (that is, with a `.txt` or `.cfg` extension).

For information about enabling neighbor AP detection, see <u>Enable neighbor access point detection and move access points to the Known AP List</u> on page 129.

**To import a list with MAC addresses of known neighbor access points in the Known AP List:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Security > Neighbor AP**.

   The page that displays lets you select the radio band (2.4GHz or 5GHz).

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

5. Click the **>** button to the left of the radio band.



6. To download a sample of an AP list in the format that is required for importing in the Known AP List, click the **Download Sample** link.

7. Import and compose the Known AP List in the following way:

   a. Replace or merge the MAC addresses in the import list with the MAC addresses in the Known AP List by selecting one of the following radio buttons:

      - **Replace**. MAC addresses in the Known AP List are replaced with the ones in the import list.

      - **Merge**. MAC addresses in the Known AP List are merged with the ones in the import list.

   b. Click the **Browse** button and navigate to and select the import file.
      The MAC addresses on the import list are placed in the Known AP List.

   c. To remove a MAC address from the Known AP List, select the MAC address and click the **Delete** button.
      When you remove a device from the Known AP List, after the access point redetects the device, the device is once again placed in the Known AP List.

8. Click the **Apply** button.
   Your settings are saved.

---

# Set up RADIUS servers

If you use WPA2 Enterprise security or a RADIUS MAC ACL, you must set up RADIUS servers for authentication, accounting, or both authentication and accounting using RADIUS. You must set up primary IPv4 servers and you can set up secondary IPv4 servers. These RADIUS server settings apply either to all WiFi networks that use WPA2 Enterprise security (see <u>Set up an open or secure WiFi network</u> on page 45) or to all WiFi networks that use a RADIUS MAC ACL.

**Note:** WPA2 Enterprise security and a RADIUS MAC ACL are mutually exclusive. If you want to use a RADIUS MAC ACL for a WiFi network, select a different type of WiFi security (see <u>Set up an open or secure WiFi network</u> on page 45). If you want to use WPA2 Enterprise security for a WiFi network, use a local MAC ACL (see <u>Manage local MAC access control lists</u> on page 118).

If you use a RADIUS MAC ACL, you must define the ACL on the RADIUS server, using the format in the following example for client MAC addresses in the RADIUS server: If the client MAC address is 00:0a:95:9d:68:16, specify it as 000a959d6816 in the RADIUS server.

**To set up RADIUS servers:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > Security > RADIUS Settings**.



5. For each RADIUS server that you want to set up, configure the following settings:

- **IPv4 Address**. Enter the IPv4 address of the RADIUS server. The access point must be able to reach this IP address.

- **Port**. Enter the number of the UDP port on the access point that is used to access the RADIUS server. For authentication servers, the default port number is 1812. For accounting servers, the default port number is 1813.

- **Password**. Enter the password (shared key) that is used between the access point and the RADIUS server during the authentication or accounting process. By default, the password is sharedsecret.

6. Configure the following authentication settings, which apply to all RADIUS server that you set up:

- **Reauthentication time**. Enter the interval in seconds after which the supplicant (the WiFi client) must be reauthenticated with the RADIUS server. The default interval is 3600 seconds (1 hour). Enter **0** to disable reauthentication.

- **Update Global Key**. Select the check box to allow the global key update, and enter the interval in seconds. The check box is selected by default, and the default interval is 1800 seconds (30 minutes). Clear the check box to prevent the global key update.

7. Click the **Apply** button.
   Your settings are saved.

# 6

# Manage the Local Area Network and IP Settings

This chapter describes how you can manage the local area network (LAN) and IP settings of the access point.

The chapter includes the following sections:

- Disable the DHCP client and configure a LAN or WAN IP address
- Enable the DHCP client
- Set the 802.1Q VLAN and management VLAN
- AP mode only: Specify an existing domain name
- Enable or disable Spanning Tree Protocol
- Enable or disable the network integrity check function
- Enable or disable IGMP snooping
- Enable or disable Ethernet LLDP
- Enable or disable UPnP
- Router mode only: Manage DHCP servers

# Disable the DHCP client and configure a LAN or WAN IP address

By default, the DHCP client of the access point is enabled and the access point receives an IP address from a DHCP server in your network.

How your access point receives its IP address depends on whether it functions in AP mode (which is the default system mode) or Router mode:

- **AP mode**. The access point receives a LAN IP address from a DHCP server (or a router that functions as a DHCP server) in your network. If your network does not include a DHCP server or you prefer to specify a fixed (static) LAN IP address, disable the DHCP client of the access point.

- **Router mode**. The access point receives a WAN IP address from your Internet provider. Although it is highly unlikely that you must disable the DHCP client when the access point functions in Router mode, you can do so and specify either a fixed (static) WAN IP address or a PPPoE WAN IP address for the WAN PoE port.

For more information, see the following sections:

- AP mode: Disable the DHCP client and specify a fixed IP address
- Router mode: Disable the DHCP client and specify a fixed WAN IP address
- Router mode: Specify WAN Point-to-Point Protocol over Ethernet settings

## AP mode: Disable the DHCP client and specify a fixed IP address

**To disable the DHCP client and specify a fixed IP address if the access point functions in AP mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN**.

The page that displays lets you specify the LAN settings, but the fields are masked because the DHCP client is enabled.

5. Select the **Disable** radio button.



6. Specify the settings that are described in the following table.

| Setting | Description |
| --- | --- |
| IP Address | IP address in the range that is used by your LAN. |
| Subnet Mask | The subnet mask must be compatible with your LAN. (The subnet mask is usually 255.255.255.0). |
| Gateway | IP address of the gateway on your LAN. |
| Primary DNS | IP address of the primary Domain Name System (DNS) server on your LAN. |
| Secondary DNS | IP address of the secondary DNS server on your LAN, or leave this field blank. |

7. Click the **Apply** button.

Your settings are saved. The access point restarts with the new IP settings.

# Router mode: Disable the DHCP client and specify a fixed WAN IP address

To configure a fixed (static) IP address connection, you need the IP address information that your Internet service provider (ISP) gave you when you signed up for the Internet service.

**To disable the DHCP client and specify a fixed WAN IP address if the access point functions in Router mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > IP > WAN**.

   The page that displays lets you specify the WAN settings.

5. From the **WAN Interface Type** menu, select **Static**.



The page also displays the WAN Interface field, which is fixed at WAN (Ethernet Port).

6. Specify the settings that are described in the following table.

| Setting | Description |
| --- | --- |
| IP Address | IP address in the range that is used by your Internet modem. |
| Subnet Mask | The subnet mask must be compatible with your Internet modem. (The subnet mask is usually 255.255.255.0.) |
| Gateway | IP address of the gateway that is used by your Internet modem. |
| Primary DNS | IP address of the primary DNS server that is used by your Internet modem. |
| Secondary DNS | IP address of the secondary DNS server that is used by your Internet modem, or leave this field blank. |

7. Click the **Apply** button.

Your settings are saved. The access point restarts with the new IP settings and establishes a connection with your ISP. This process might take a while.

# Router mode: Specify WAN Point-to-Point Protocol over Ethernet settings

To configure a WAN Point-to-Point Protocol over Ethernet (PPPoE) connection, you need the PPPoE login information that your Internet service provider (ISP) gave you when you signed up for the Internet service.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

**To specify the WAN PPPoE settings if the access point functions in Router mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > IP > WAN**.
   The page that displays lets you specify the WAN settings.

5. From the **WAN Interface Type** menu, select **PPPoE**.



6. Specify the settings that are described in the following table.

| Setting | Description |
|---|---|
| User Name | The user name that your ISP gave you for the PPPoE connection or that you personalized. |
| Password | The password that your ISP gave you for the PPPoE connection or that you personalized. |
| Connection Mode | From the **Connection Mode** menu, select one of the following options:<br>• **Automatic**. After you click the **Apply** button, the access point automatically establishes a PPPoE connection with the ISP.<br>• **Manual**. After you click the **Apply** button, you must manually establish the PPPoE connection with the ISP by clicking the **Connect** button.<br>When the connection is established, to terminate the PPPoE connection, you must click the **Disconnect** button. |

**Note:** Whether you select the automatic or manual connection mode, all other fields are automatically populated when the access point obtains an IP address from your ISP. That is, the ISP assigns the IP address and all other all related PPPoE settings. However, the WAN Interface field is fixed at WAN (Ethernet Port).

7. Click the **Apply** button.
Your settings are saved.

If you specified an automatic connection mode, the access point establishes a PPPoE connection with the ISP, obtains a WAN IP address from the ISP.

8. If you specified a manual connection mode, click the **Connect** button.
The access point establishes a PPPoE connection with the ISP and obtains a WAN IP address from the ISP. This process It might take a while.
After the access point obtains a WAN IP address, the **Connect** button changes to the **Disconnect** button to enable you to manually terminate the PPPoE connection.

# Enable the DHCP client

By default, the DHCP client of the access point is enabled and the access point receives an IP address from a DHCP server.

How your access point receives its IP address depends on whether it functions in AP mode (which is the default system mode) or Router mode:

- If the access point functions in its default system mode (AP mode), it receives an IP address from a DHCP server (or a router that functions as a DHCP server) in your network.

- If the access point functions in Router mode, it receives an IP address from your Internet modem.

If you disabled the DHCP client, you can reenable it, which is described in the following sections:

- AP mode: Enable the DHCP client
- Router mode: Enable the DHCP client and let the access point obtain a WAN IP address

## AP mode: Enable the DHCP client

**To enable the DHCP client if the access point functions in AP mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN**.



5. Select the **Enable** radio button.

   The fields are masked.

6. Click the **Apply** button.

   Your settings are saved. The access point restarts with the new IP settings. It might take a while before the access point receives its IP address setting from the DHCP server.

## Router mode: Enable the DHCP client and let the access point obtain a WAN IP address

If your Internet service provider (ISP) assigns IP addresses automatically through their DHCP server and you enable the DHCP client of the access point if the access point functions in Router mode, the access point can automatically obtain an IP address from your ISP. (This is the default setting if the access point functions in Router mode.)

**To enable the DHCP client if the access point functions in Router mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > IP > WAN**.

The page that displays lets you specify the WAN settings.

5. From the **WAN Interface Type** menu, select **Dynamic**.



**Note:** All fields are automatically populated when the access point obtains an IP address from your Internet service provider (ISP). That is, the ISP assigns the IP address and all other all related settings. However, the WAN Interface field is fixed at WAN (Ethernet Port).

6. Click the **Apply** button.

Your settings are saved. The access point restarts with the new IP settings, establishes a connection with the ISP, and obtains a WAN IP address from the DHCP server of your ISP. This process might take a while.

# Set the 802.1Q VLAN and management VLAN

The 802.1Q VLAN protocol on the access point logically separates traffic on the same physical (wired) network. This protocol can work with tagged and untagged VLANs, as follows:

- **Untagged VLAN**. The access point sends untagged frames from its Ethernet interface. Incoming untagged frames are assigned to the untagged VLAN. By default, the untagged VLAN is VLAN 1. By default, the access point functions with an untagged VLAN.

- **Tagged VLAN**. The access point tags all frames that it sends from its Ethernet interface. Only the incoming frames that are tagged with known VLAN IDs are accepted.

The management VLAN is used for managing traffic such as Telnet, SNMP, and HTTP traffic to and from the access point. Frames that belong to the management VLAN and that are sent over the trunk do not receive an 802.1Q header. If a port is a member of a single VLAN, its traffic can be untagged.

The following sections describe how you can set up the 802.1Q VLAN and management VLAN:

- AP mode: Set the 802.1Q VLAN and management VLAN
- Router mode: Set the 802.1Q VLAN and management VLAN

## AP mode: Set the 802.1Q VLAN and management VLAN

**To set the 802.1Q VLAN and management VLAN when the access point functions in AP mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4.  Select **Management > Configuration > IP > LAN**.



5.  To change the 802.1Q VLAN, either clear or select the **Untagged VLAN** check box:

    -   **Untagged VLAN**. By default, the **Untagged VLAN** check box is selected. The access point sends untagged frames from its Ethernet interface. Incoming untagged frames are assigned to the untagged VLAN. By default, the untagged VLAN is VLAN 1 but you can enter another VLAN ID in the field if that VLAN ID is supported on your network.

    -   **Tagged VLAN**. Clear the **Untagged VLAN** check box only if the hubs and switches on your LAN support the 802.1Q VLAN protocol. The access point tags all frames that it sends from its Ethernet interface. Only the incoming frames that are tagged with known VLAN IDs are accepted. Similarly, change the ID for the untagged VLAN only if the hubs and switches on your LAN support the 802.1Q VLAN protocol and the new VLAN ID is supported on your network.

6.  To change the VLAN ID for the management VLAN, enter another VLAN ID in the **Management VLAN** field.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

By default, the management VLAN is VLAN 1. If you change the VLAN ID, be sure that the VLAN ID is supported on your network.

7. Click the **Apply** button.
Your settings are saved. The access point restarts with the new VLAN settings.

## Router mode: Set the 802.1Q VLAN and management VLAN

**To set the 802.1Q VLAN and management VLAN when the access point functions in Router mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN**.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**



5. To change the 802.1Q VLAN, either clear or select the **Untagged VLAN** check box:

   - **Untagged VLAN**. By default, the **Untagged VLAN** check box is selected. The access point sends untagged frames from its Ethernet interface. Incoming untagged frames are assigned to the untagged VLAN. By default, the untagged VLAN is VLAN 1 but you can enter another VLAN ID in the field if that VLAN ID is supported on your network.

   - **Tagged VLAN**. Clear the **Untagged VLAN** check box only if the hubs and switches on your LAN support the 802.1Q VLAN protocol. The access point tags all frames that it sends from its Ethernet interface. Only the incoming frames that are tagged with known VLAN IDs are accepted. Similarly, change the ID for the untagged VLAN only if the hubs and switches on your LAN support the 802.1Q VLAN protocol and the new VLAN ID is supported on your network.

6. To change the VLAN ID for the management VLAN, enter another VLAN ID in the **Management VLAN** field.

   By default, the management VLAN is VLAN 1. If you change the VLAN ID, be sure that the VLAN ID is supported on your network.

7. Click the **Apply** button.

   Your settings are saved. The access point restarts with the new VLAN settings.

# AP mode only: Specify an existing domain name

You can specify an existing fully qualified domain name (FQDN) for the access point so that you can access the access point by using a domain name instead of an IP address. The FQDN must be a domain name that is registered with a Domain Name System (DNS) provider.

The following are the requirements for the FQDN:

- The length can be from 1 to 64 characters.
- Alphanumeric characters are allowed (a–z and 1–9)
- A dot (.) and a hyphen (-) are allowed but the name cannot start with either.

An example is *myap01_firstfloor_myorganization.com*.

**To specify a FQDN:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4.  Select **Management > Configuration > IP > LAN**.



5.  In the **Fully Qualified Domain Name** field, specify the FQDN.
6.  Click the **Apply** button.
    Your settings are saved. The access point attempts to resolve the FDQN to an IP address.

# Enable or disable Spanning Tree Protocol

For locations where multiple access points are active and redundant network paths might be present, Spanning Tree Protocol (STP) can prevent network loops. If your location might include redundant network paths, we recommend that you enable STP.

**To enable or disable Spanning Tree Protocol:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.
2.  Enter the IP address that is assigned to the access point.
    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3.  Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > General**.
   The General page displays.

5. Select one of the following radio buttons:
   - **Enable**. STP is enabled.
   - **Disable**. STP is disabled. This is the default setting.

6. Click the **Apply** button.
   Your settings are saved.

# Enable or disable the network integrity check function

The network integrity check function enables the access point to validate whether the upstream link is active before the access point allows WiFi associations. Make sure that the default gateway is configured correctly. By default, the network integrity check function is disabled.

**To enable or disable the network integrity check function:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > General**.
   The General page displays.

5. Select one of the following radio buttons:

   • **Enable**. The network integrity check function is enabled.

   • **Disable**. The network integrity check function is disabled. This is the default setting.

6. Click the **Apply** button.
   Your settings are saved.

# Enable or disable IGMP snooping

IGMP snooping allows IP multicast packets to be transmitted only to the members of a corresponding multicast group. Enabling IGMP snooping prevents flooding of multicast traffic to all the ports in a broadcast domain. By default IGMP snooping is disabled on the access point.

**To enable or disable IGMP snooping:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > General**.
   The General page displays.

5. Select one of the following radio buttons:

   • **Enable**. IGMP snooping is enabled.

   • **Disable**. IGMP snooping is disabled. This is the default setting.

6. Click the **Apply** button.
   Your settings are saved.

# Enable or disable Ethernet LLDP

Link Layer Discovery Protocol (LLDP), as specified in IEEE 802.1AB, can provide link-layer messages to adjacent network devices. For example, LLDP lets network devices such as switches and management devices discover the access point in a network.

LLDP can also detect if the access point receives power through PoE. By default, LLDP is enabled.

**To enable or disable the LLDP:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > Ethernet LLDP**.
   The Ethernet LLDP page displays.

5. Select one of the following radio buttons:

   - **Enable**. LLDP is enabled. This is the default setting.
   - **Disable**. LLDP is disabled.

   <span style="color:red">**CAUTION:**</span> If the access point receives power from a PoE switch and you disable LLDP, power to the access point might be turned off after you click the **Apply** button. In that case, restart the access point.

6. Click the **Apply** button.
   Your settings are saved.

# Enable or disable UPnP

Universal Plug and Play (UPnP) lets the access point be discovered by other devices in the network that support UPnP. UPnP is enabled by default.

**To enable or disable UPnP:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > UPnP**.
   The UPnP page displays.

5. Select one of the following radio buttons:

   - **Enable**. UPnP is enabled. This is the default setting.
   - **Disable**. UPnP is disabled.

6. Click the **Apply** button.
   Your settings are saved.

# Router mode only: Manage DHCP servers

When the system mode of the access point is Router mode (see <u>Change the system mode to Router mode or AP mode</u> on page 170), you can add up to seven Dynamic Host Configuration Protocol (DHCP) servers in addition to the default DHCP server. (The access point can support a total of eight DHCP servers.) Each DHCP server can issue IP addresses from a unique address pool to the clients of a WiFi network with a unique VLAN ID. Each DHCP server corresponds to a unique VLAN ID.

The access point delivers the following settings to any WiFi device that requests DHCP:

- An IP address from the range that you define
- Subnet mask
- Gateway IP address
- DNS server IP address
- WINS server IP address, if any

The following sections describe how you can manage DHCP servers:

- <u>Manage the default DHCP server</u>
- <u>Add a DHCP server for a WiFi network</u>
- <u>View or change the settings for a DHCP server</u>
- <u>Disable a DHCP server</u>

- Remove a DHCP server
- Enable or disable inter-VLAN routing

## Manage the default DHCP server

The information in this section applies only when the system mode of the access point is Router mode (see Change the system mode to Router mode or AP mode on page 170). If it is, the management VLAN DHCP server (the default DHCP server) of the access point is enabled and assigns IP addresses to clients of the default WiFi network.

**To manage the default DHCP server:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

    The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN**.



The settings of the default DHCP server apply to the management VLAN, which, by default, is VLAN 1. For information about setting the 802.1Q VLAN and the management VLAN, see Set the 802.1Q VLAN and management VLAN on page 146.

By default, the Management VLAN DHCP Server **Enable** radio button is selected.

5. Specify the settings that are described in the following table.

| Setting | Description |
| --- | --- |
| Starting Address | Enter the starting IP address of the DHCP IP address range.<br>By default, the address is 192.160.0.2. |
| Ending Address | Enter the ending IP address of the DHCP IP address range.<br>By default, the address is 192.168.0.50. |
| Subnet Mask | Enter the subnet mask that is used for all IP addresses in the DHCP IP address range.<br>By default, the mask is 255.255.255.0. |
| Gateway | The IP address of the gateway that is used by your Internet modem.<br>By default, the address is 192.168.0.100. |

(Continued)

| Setting | Description |
|---|---|
| Primary DNS | The IP address of the primary Domain Name System (DNS) server that is used by your Internet modem.<br>By default, the address is 8.8.8.8. |
| Secondary DNS | The IP address of the secondary DNS server that is used by your Internet modem.<br>By default, the address is 8.8.4.4. |
| Primary WNS | The IP address of the primary Windows Internet Name Service (WINS) server that is used by your Internet modem, if any. |
| Secondary WNS | The IP address of the secondary WINS server that is used by your Internet modem, if any. |
| Lease | From the menus, specify the duration of the IP address lease. By default, the lease expires after one day (24 hours), after which the WiFi client must renew the lease. |

6. Click the **Apply** button.
   Your settings are saved.

## Add a DHCP server for a WiFi network

The information in this section applies only when the system mode of the access point is Router mode (see Change the system mode to Router mode or AP mode on page 170). If it is, the default DHCP server of the access point is enabled and you can also add up to seven additional DHCP servers for WiFi clients only.

**IMPORTANT:** You can add an additional DHCP server only after you set up a WiFi network with a unique VLAN ID that is not yet serviced by an existing DHCP server (see Set up an open or secure WiFi network on page 45).

**To add a DHCP server:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN > DHCP Server Settings**.

   If you did not yet add any DHCP servers, only + Add Server displays.

5. Click the **+** button to the left of Add Server.



   Servers that you add are designated Server 2 through Server 7.

   By default, the **Enable** radio button is selected.

6. Specify the settings that are described in the following table.

| Setting | Description |
| --- | --- |
| VLAN ID | From the **VLAN ID** menu, select the VLAN ID for the WiFi network (SSID) to which you assign the DHCP server. For information about assigning a VLAN ID to a WiFi network, see <u>Change the VLAN ID for a WiFi network</u> on page 60. |
| Starting Address | Enter the starting IP address of the DHCP IP address range. |

(Continued)

| Setting | Description |
|---------|-------------|
| Ending Address | Enter the ending IP address of the DHCP IP address range. |
| Subnet Mask | Enter the subnet mask that is used for all IP addresses in the DHCP IP address range. |
| Gateway | The IP address of the gateway that is used by your Internet modem. |
| Primary DNS | The IP address of the primary Domain Name System (DNS) server that is used by your Internet modem. |
| Secondary DNS | The IP address of the secondary DNS server that is used by your Internet modem. Or leave this field blank. |
| Primary WNS | The IP address of the primary Windows Internet Name Service (WINS) server that is used by your Internet modem, if any. |
| Secondary WNS | The IP address of the secondary WINS server that is used by your Internet modem. Or leave this field blank. |
| Lease | From the menus, specify the duration of the IP address lease. By default, the lease expires after one day (24 hours), after which the WiFi client must renew the lease. |

7. Click the **Apply** button.

   Your settings are saved.

8. To view the SSIDs to which the DHCP server is assigned, click the **SSID** link just below the VLANID field at the top of the page.

## View or change the settings for a DHCP server

The information in this section applies only when the system mode of the access point is Router mode (see Change the system mode to Router mode or AP mode on page 170). If it is, the default DHCP server of the access point is enabled and you can also add up to seven additional DHCP servers for WiFi clients only.

You can view or change the setting of a DHCP server that you added. For information about the default DHCP server, see Manage the default DHCP server on page 157.

**To view or change the setting of a DHCP server:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN > DHCP Server Settings**.



5. Click the **>** button to the left the DHCP server.

The settings for the selected DHCP server display.

6. Change the settings for the DHCP server as needed.

For detailed descriptions of the settings, see Add a DHCP server for a WiFi network on page 159.

7. If you made changes, click the **Apply** button.

Your settings are saved.

## Disable a DHCP server

The information in this section applies only when the system mode of the access point is Router mode (see Change the system mode to Router mode or AP mode on page 170). If it is, the default DHCP server of the access point is enabled and you can also add up to seven additional DHCP servers for WiFi clients only.

You can temporarily disable a DHCP server.

**To disable a DHCP server:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.
    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3.  Enter the access point user name and password.
    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

    The Dashboard page displays.

4.  Select **Management > Configuration > IP > LAN > DHCP Server Settings**.

    

5.  Click the **>** button to the left the DHCP server.
    The settings for the selected DHCP server display.

6.  Select the Server **Disable** radio button.

7.  Click the **Apply** button.
    Your settings are saved.

## Remove a DHCP server

The information in this section applies only when the system mode of the access point is Router mode (see <u>Change the system mode to Router mode or AP mode</u> on page

170). If it is, the default DHCP server of the access point is enabled and you can also add up to seven additional DHCP servers for WiFi clients only.

You can remove a DHCP server that you no longer need.

**To remove a DHCP server:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN > DHCP Server Settings**.



5. Click the **>** button to the left the DHCP server.

   The settings for the selected DHCP server display.

6. Click the **Delete** button.

   A pop-up warning window opens.

7. Click the **Delete** button.

   The pop-up window closes and the DHCP server is removed.

# Enable or disable inter-VLAN routing

The information in this section applies only when the system mode of the access point is Router mode (see <u>Change the system mode to Router mode or AP mode</u> on page 170).

By default, inter-VLAN routing is enabled and clients of different WiFi networks (each with a unique VLAN) can communicate with each other. You can select the VLANs that participate in inter-VLAN routing. For added security, you can disable inter-VLAN routing so that clients of different WiFi networks (each with a unique VLAN) cannot communicate with each other.

**To enable or disable inter-VLAN routing:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26.

   The Dashboard page displays.

4. Select **Management > Configuration > IP > LAN > Inter VLAN Settings**.
   The inter-VLAN routing options displays.

5. Enable or disable inter-VLAN routing by doing the following:

   • To enable inter-VLAN routing, do the following:
     a. Select the **Enable** radio button.
        Inter-VLAN routing is enabled. This is the default setting.
     b. To specify the VLANs that must participate in inter-VLAN routing, select or clear the check boxes for the individual VLANs.

If you did not create any VLANs, only the default VLAN (with ID 1) displays.

- To disable inter-VLAN routing, select the **Disable** radio button.

6. Click the **Apply** button.
   Your settings are saved.

# 7

# Manage and Maintain the Access Point

This chapter describes how you can manage and maintain the access point.

The chapter includes the following sections:

- Change the management mode to NETGEAR Insight or Web-browser
- Change the system mode to Router mode or AP mode
- Change the country or region of operation
- Change the admin user account password
- Change the system name
- Specify a custom NTP server
- Set the time zone
- Manage the syslog settings
- Manage the firmware of the access point
- Manage the configuration file of the access point
- Reboot the access point from the local browser interface
- Schedule the access point to reboot
- Return the access point to its factory default settings
- Enable or disable Secure Shell
- Enable SNMP and manage the SNMP settings
- Manage the LEDs

# Change the management mode to NETGEAR Insight or Web-browser

The access point can function in one of the following management modes:

- **NETGEAR Insight mode**. You can manage the access point remotely from a mobile device on which the NETGEAR Insight app is installed or, if you are an Insight Premium or Insight Pro subscriber, through the Insight Cloud portal. The NETGEAR Insight mode is the default setting. In this mode, you *can* connect to the access point over the local browser interface, but only a basic and limited local browser interface is available. For information about the Insight app and Insight Cloud portal, visit insight.netgear.com and see the NETGEAR knowledge base at netgear.com/support/product/insight.aspx.

   **IMPORTANT:** When you change the management mode from Web-browser mode to NETGEAR Insight mode, the configuration of the access point is reset (cleared) with the exception of the IP address, access point name, and password for the local browser interface. The access point restarts and broadcasts SSID Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. The MAC address is listed on the product label. The default WiFi passphrase is **sharedsecret**.

- **Web-browser mode**. You can manage the access point locally from a WiFi or wired device through the local browser interface. In this mode, the access point functions as a standalone device and is not connected to the Insight cloud-based management platform.

   **IMPORTANT:** If you first add the access point to a NETGEAR Insight network location and manage the access point through the Insight app or Insight Cloud portal and then you change the management mode to Web-browser mode, you must continue to use the Insight network password to access the local browser interface until you manually change the admin password on the access point.

**To change the management mode to NETGEAR Insight mode or Web-browser mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Basic > Management Mode**.

   The Management Mode page displays.

5. Select one of the following radio buttons:

   - **NETGEAR Insight**. The access point functions in NETGEAR Insight management mode.

   - **Web-browser**. The access point functions in Web-browser management mode.

   <span style="color:red">**WARNING:**</span>  When you change the management mode from Web-browser mode to NETGEAR Insight mode, the configuration of the access point is reset (cleared) with the exception of the IP address, access point name, and password for the local browser interface. The access point restarts and broadcasts SSID Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. The MAC address is listed on the product label. The default WiFi passphrase is **sharedsecret**.

6. Click the **Apply** button.

   A pop-up warning window opens.

7. Click the **OK** button.

   The pop-up window closes and your settings are saved. The access point restarts in the new management mode.

# Change the system mode to Router mode or AP mode

The access point can function in one of the following system modes:

- **AP**. Select the **AP** radio button to let the access point function with its router functionality disabled. This is the default setting. When the access point is in AP mode, connect the WAN PoE port of the access point to your network.

- **Router**. Select the **Router** radio button to let the access point function with its router functionality enabled, including network address translation (NAT) and the option to enable and configure the DHCP server of the access point. When the access point is in Router mode, connect the WAN PoE port of the access point to a LAN port on the Internet modem.

  **IMPORTANT:** When you change the system mode, the access point is also reset to factory default settings with the exception of the IP address of the WAN PoE port, the host name, the country of operation, and the time zone.

For more information about how you can connect the access point to your network or Internet modem, see Set up and connect the access point to your network or Internet modem on page 22.

**To change the system mode to AP mode or Router mode:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26.

The Dashboard page displays.

4. Select **Management > Configuration > System > Basic**.
   The General page displays the basic system settings.

5. Select one of the following radio buttons:

   - **AP**. The access point functions in AP mode. This is the default setting.
   - **Router**. The access point functions in Router mode.

   **WARNING:**  The system mode changes and the access point is reset to factory default settings with the exception of the IP address of the WAN PoE port, the host name, the country of operation, and the time zone.

6. Click the **Apply** button.
   A pop-up warning window opens.

7. Click the **OK** button.
   The pop-up window closes and your settings are saved. The access point restarts in the new system mode.

# Change the country or region of operation

You can change the country or region in which the access point operates. Note the following:

- Make sure that the country is set to the location where the device is operating. You are responsible for complying with the local, regional, and national regulations that are set for channels, power levels, and frequency ranges.

- It might not be legal to operate the access point in a country or region other than those listed in the menu. If your country or region is not listed in the menu, you must check with your local government agency or check the NETGEAR website for information about which channels you can use.

**To change the country or region of operation:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Basic**.

   The General page displays the basic system settings.

5. Select a country or region from the **Country / Region** menu.

6. Click the **Apply** button.

   A pop-up warning window opens.

7. Click the **OK** button.

   The pop-up window closes and your settings are saved. The access point restarts with the default WiFi settings that are specific to the selected country or region.

# Change the admin user account password

This admin user account password is the password that you must use to log in to the local browser interface of the access point with the user name admin. (It is not the passphrase that you use for WiFi access.)

The password must be 8 to 63 characters in length and must contain at least one uppercase letter, one lowercase letter, and one number. The following special characters are allowed:

! @ # $ % ^ & * ( )

**To change the password for the user name admin:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > User Accounts**.

The page that displays lets you change the user accounts.

5. Next to admin, in the **Password** field, enter the new password.

6. In the **Confirm Password** field, enter the same new password.

**Note:** You cannot change the user name. The name must remain admin.

7. Click the **Apply** button.

Your settings are saved. The next time that you log in to the access point, you must use the new password. If you forget the new password, you must reset the access point to factory default settings. Doing so restores the password to the default password.

# Change the system name

The system name is a unique NetBIOS name for the access point. The default system name is located on the access point label. By default, the system name is Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address.

**To change the system name:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Basic**.
   The General page displays the basic system settings.

5. Enter a new name in the **System Name** field.
   Using the following guidelines:

   • The name must contain alphanumeric characters, can contain hyphens, and cannot be longer than 15 characters.

   • The name cannot start or end with a hyphen.

   • The name must contain at least one alphabetical character.

6. Click the **Apply** button.
   Your settings are saved.

# Specify a custom NTP server

By default, the access point receives its time from a default NETGEAR Network Time Protocol (NTP) server, but you can also specify a custom NTP server.

**To specify a custom NTP server:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Basic > Time**.



   By default, the **Enable** radio button is selected and the access point receives its time from a default NETGEAR NTP server.

5. Select the **Use Custom NTP Server** check box.

6. Take one of the following actions:

   • Enter the host name of the NTP server.
     By default, the **Hostname** radio button is selected.

   • Select the **IP address** radio button and enter the IP address of the NTP server.

7. Click the **Apply** button.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

Your settings are saved. When the access point connects over the Internet to the new NTP server, the date and time that display on the page are adjusted according to your settings.

For information about setting the time zone, see <u>Set the time zone</u> on page 176.

# Set the time zone

The access point might detect the time zone automatically or you might need to adjust the time zone and daylight saving time settings. When the access point synchronizes its clock with a Network Time Protocol (NTP) server, the page shows the date and time. If the page does not show the correct date and time, you might need to set the time zone and adjust the daylight saving time setting.

**To set the time zone and adjust the daylight saving time setting:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Basic > Time**.
   The page that displays lets you change the time settings.

5. From the **Time Zone** menu, select the time zone for the area in which the access point operates.

6. Click the **Apply** button.

Your settings are saved. When the access point connects over the Internet to an NTP server, the date and time that display on the page are adjusted according to your settings.

For information about other time settings, see <u>Specify a custom NTP server</u> on page 174.

# Manage the syslog settings

If a syslog server is present on your network, you can configure the access point to send its system logs to the syslog server.

**To manage the syslog settings and enable the syslog function:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > Syslog**.



5. Specify the IP address and port number for the syslog server:

- **Syslog Server IP Address**. Enter the IP address of the syslog server on your network.
- **Port Number**. Enter the port number at which the syslog can be reached. By default, the port number is 514.

6. To enable the syslog server function, select the **Enable Syslog** check box.

7. Click the **Apply** button.
   Your settings are saved.

# Manage the firmware of the access point

The access point firmware is stored in flash memory.

You can check to see if new firmware is available and upgrade the access point to the new firmware. You can also visit the NETGEAR support website, download the firmware manually to a local computer, and update the access point to the new firmware. If someone (usually the network administrator) places new firmware on a secure FTP (SFTP) server in the network, you can load the firmware from the server and upgrade the firmware of the access point.

The following sections describe the firmware management methods:

- Check for new firmware and upgrade the access point
- Manually download firmware and upgrade the access point
- Revert to the backup firmware
- Use an SFTP server to upgrade the access point

## Check for new firmware and upgrade the access point

For you to check for new firmware, the access point must be connected to the Internet.

**To check for new firmware and upgrade your access point:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

    The Dashboard page displays.

4.  Click the **Check for Upgrade** button.

    The access point detects new firmware if any is available and displays a message asking if you want to download and install it.

5.  To download and install the new firmware, follow the prompts and dialog boxes.

    The access point locates the firmware, downloads it, and begins the upgrade.

    **WARNING:**  To avoid the risk of corrupting the firmware, do not interrupt the upgrade. For example, do not close the browser, click a link, or load a new page. Do not turn off the access point. Wait until the access point finishes restarting and the Power LED remains solid green.

    The firmware upgrade process takes several minutes. When the upgrade is complete, your access point restarts.

6.  Verify that the access point runs the new firmware version by logging back in to the access point.

    The firmware version is stated on the Dashboard page.

7.  Read the new firmware release notes to determine whether you must reconfigure the access point after upgrading.

## Manually download firmware and upgrade the access point

Downloading firmware to a local computer and upgrading the access point are two separate tasks that are combined in the following procedure. After you upgrade the

access point to new firmware, the old firmware is saved as backup firmware so that you can revert to it (see Revert to the backup firmware on page 181).

**IMPORTANT:** When you install an older firmware version (or the backup firmware version), that is, you downgrade rather than upgrade the firmware, the configuration of the access point is reset (cleared) with the exception of the IP address, access point name, and password for the local browser interface. The access point restarts and broadcasts SSID Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. The MAC address is listed on the product label. The default WiFi passphrase is **sharedsecret**.

**To download firmware manually and upgrade your access point:**

1. Visit netgear.com/support/download/, locate the support page for your product, and download the new firmware.

2. Read the new firmware release notes to determine whether you must reconfigure the access point after upgrading.

3. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

4. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

5. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

6. Select **Management > Maintenance > Upgrade > Firmware Upgrade**.

   The Firmware Upgrade page displays.

7. Make sure that **Local** is selected from the **Upgrade Options** menu.

   Local is the default selection.

8. Locate and select the firmware file on your computer by doing the following:

   a. Click the **Browse** button.

   b. Navigate to the firmware file.
      The filename ends in `.tar`.

   c. Select the firmware file.

9. Click the **Upgrade** button.

   **WARNING:** To avoid the risk of corrupting the firmware, do not interrupt the upgrade. For example, do not close the browser, click a link, or load a new page. Do not turn off the access point. Wait until the access point finishes restarting and the Power LED remains solid green.

   The firmware upgrade process takes several minutes. When the upgrade is complete, the access point restarts.

10. Verify that the access point runs the new firmware version by logging back in to the access point.
    The firmware version is stated on the Dashboard page.

## Revert to the backup firmware

After you upgrade the access point to new firmware, the old firmware is saved as backup firmware so that you can revert to it.

**IMPORTANT:** When you revert to the backup firmware and the backup firmware is an earlier version than the firmware version that is running on the access point, the configuration of the access point is reset (cleared) with the exception of the IP address, access point name, and password for the local browser interface. The access point restarts and broadcasts SSID Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. The MAC address is listed on the product label. The default WiFi passphrase is **sharedsecret**.

**To revert to the backup firmware on the access point:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Maintenance > Upgrade > Firmware Upgrade**.

   The Firmware Upgrade page displays. The page shows both the current firmware version and the backup firmware version.

5. Click the **Bootup Backup Firmware** button.

   A pop-up warning window opens.

   **IMPORTANT:** When you revert to the backup firmware, the configuration of the access point is reset (cleared) with the exception of the IP address, access point name, and password for the local browser interface. The access point restarts and broadcasts SSID Netgearxxxxxx, in which xxxxxx represents the last six hexadecimal digits of the access point's MAC address. The MAC address is listed on the product label. The default WiFi passphrase is **sharedsecret**.

6. Click the **Swap** button.

   The pop-up window closes, the firmware reversion process initiates, and the access point restarts.

   **WARNING:** To avoid the risk of corrupting the firmware, do not interrupt the reversion. For example, do not close the browser, click a link, or load a new page. Do not turn off the access point. Wait until the access point finishes restarting and the Power LED remains solid green.

7. Verify that the access point runs the backup firmware version by logging back in to the access point.

   The firmware version is stated on the Dashboard page.

# Use an SFTP server to upgrade the access point

If someone (usually the network administrator) places new firmware on a secure FTP (SFTP) server in the network, you can load the firmware from the SFTP server and upgrade the firmware of the access point.

**To upgrade the firmware of the access point from an SFTP server:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Maintenance > Upgrade > Firmware Upgrade**.

   The Firmware Upgrade page displays.

5. From the **Upgrade Options** menu, select **SFTP**.

6. Specify the following server settings:

   - **Firmware File**. The name of the access point firmware file on the SFTP server.
   - **SFTP Server IP**. The IP address of the SFTP server on your network.
   - **User Name**. The user name that is required to access the SFTP server.
   - **Password**. The password that is required to access the SFTP server.

7. Click the **Upgrade** button.

**WARNING:**  To avoid the risk of corrupting the firmware, do not interrupt the upgrade. For example, do not close the browser, click a link, or load a new page. Do not turn off the access point. Wait until the access point finishes restarting and the Power LED remains solid green.

The firmware upgrade process takes several minutes. When the upgrade is complete, the access point restarts.

8. Verify that the access point runs the new firmware version by logging back in to the access point.

   The firmware version is stated on the Dashboard page.

# Manage the configuration file of the access point

The configuration settings of the access point are stored within the access point in a configuration file. You can back up (save) this file to your computer or restore it.

## Back up the access point configuration

You can save a copy of the current configuration settings. If necessary, you can restore the configuration settings later.

**Note:**  The backup file is saved in a binary format so that it is protected and cannot be opened by a regular application.

**To back up the access point's configuration settings:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Maintenance > Upgrade > Backup and Restore > Backup Settings**.
   The Backup Settings page displays.

5. Click the **Backup** button.
   A pop-up window opens.

6. Enter a password to protect the backup file, and click the **Continue** button.
   You can either using your existing password (the one that you use to log in to the access point) or enter a unique password.

   The password must be 8 to 63 characters in length and must contain at least one uppercase letter, one lowercase letter, and one number. The following special characters are allowed:

   ! @ # $ % ^ & * ( )

   **Tip:** We recommend that you write down the password because you must enter it again if you restore the configuration from the backup file.

7. Choose a location to store the file on your computer.
   The name of the backup file is `WAC510-WAC510-dd-mm-yy_hh-mm-ss-config.tar`, in which dd is the date, mm is the month, yy is the year, hh is the hour (in 24-hour format), mm is the minutes, and ss is the seconds.

   An example of a name of a backup file is `WAC510-WAC510-02-15-19_18-56-53-config.tar`.

8. Follow the directions of your browser to save the file.

# Restore the access point configuration

If you backed up the configuration file, you can restore the configuration from this file.

**To restore configuration settings that you backed up:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Maintenance > Upgrade > Backup and Restore > Restore Settings**.

   The Restore Settings page displays.

5. Click the **Browse** button and navigate to and select the saved configuration file.

   The name of the backup file is `WAC510-WAC510-dd-mm-yy_hh-mm-ss-config.tar`, in which dd is the date, mm is the month, yy is the year, hh is the hour (in 24-hour format), mm is the minutes, and ss is the seconds.

   An example of a name of a backup file is `WAC510-WAC510-02-15-19_18-56-53-config.tar`.

6. Click the **Restore** button.

   A pop-up window opens.

7. Enter the password that you specified when you saved the backup file, and click the **Continue** button.

8. Click the **Restore** button.

The pop-up window closes and the configuration is uploaded to the access point. When the restoration is complete, the access point reboots. This process takes about two minutes.

**WARNING:**  To avoid the risk of corrupting the firmware, do not interrupt the restoration. For example, do not close the browser, click a link, or load a new page. Do not turn off the access point. Wait until the access point finishes restarting and the Power LED turns solid green.

# Reboot the access point from the local browser interface

If you cannot physically access the access point to reboot it (that is, disconnect the power and reconnect the power), you can use the local browser interface to reboot the access point.

**To reboot the access point:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

    The Dashboard page displays.

4.  Select **Management > Maintenance > Reset > Reboot AP**.

    The Reboot AP page displays.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

5. Click the **Reboot AP** button.

   A pop-up warning window opens.

6. Click the **Reboot** button.

   The pop-up window closes and the access point reboots, which takes about one minute.

# Schedule the access point to reboot

You can schedule the access point to reboot at a time that is more convenient for the network, for example, when you do not expect any WiFi clients (or only a few) to be connected to the access point.

**To schedule the access point to reboot:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Maintenance > Reset > Reboot AP**.

   The Reboot AP page displays.

5. Click the **Enable Scheduled Reboot** button so that the button displays blue.

   The scheduling controls display.

6. Select the check box for the day on which you want the access point to reboot.

You can select multiple days.

7. Using the **Start Time** menus, specify the hour and minutes for the time at which the access point must reboot.

   Specify the hour in 24-hour format.

8. Click the **Apply** button.

   Your settings are saved.

# Return the access point to its factory default settings

Under some circumstances (for example, if you lost track of the changes that you made to the access point settings or you move the access point to a different network), you might want to erase the configuration and reset the access point to factory default settings.

If you do not know the current IP address of the access point, first try to use an IP scanner application to detect the IP address before you reset the access point to factory default settings.

To reset the access point to factory default settings, you can use either the **Reset** button on the side of the access point or the use the erase function in the local browser interface. However, if you cannot find the IP address or lost the password to access the access point, you must use the **Reset** button.

After you reset the access point to factory default settings, the user name is admin, the password is password, the LAN IP address is 192.168.0.100, the access point's DHCP client is enabled, the default SSID is shown in the format NETGEARxxxxxx-SETUP, and the default password for WiFi access is sharedsecret.

For an extensive list of factory default settings, see <u>Factory default settings</u> on page 236.

## Use the Reset button to reset the access point

You can use the **Reset** button to return the access point to its factory default settings. However, if you added the access point to a NETGEAR Insight network location, you must first use the Insight app or Insight Cloud portal to remove the access point from the Insight network location before the factory default settings function of the **Reset** button is available.

**CAUTION:** This process erases all settings that you configured in the access point.

**To reset the access point to factory default settings:**

1.  On the left side of the access point, locate the recessed **Reset** button.



2.  Using a straightened paper clip, press and hold the **Reset** button for at least 10 seconds.

    **Note:** If you hold the **Reset** button for less than 10 seconds and then release it, the access point reboots rather than returning to its factory default settings.

3.  Release the **Reset** button.

    The configuration is reset to factory default settings. When the reset is complete, the access point reboots. This process takes about two minutes.

    **WARNING:** To avoid the risk of corrupting the firmware, do not interrupt the reset. Do not turn off the access point. Wait until the access point finishes restarting and the Power LED turns solid green.

## Use the local browser interface to reset the access point

You can use the access point's local browser interface to return the access point to its factory default settings.

**CAUTION:** This process erases all settings that you configured in the access point.

**To erase the settings:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Maintenance > Reset > Restore Defaults**.

   The Restore Defaults page displays.

5. Click the **Restore Defaults** button.

   A pop-up warning window opens.

6. Click the **Restore** button.

   The pop-up windows closes and the configuration is reset to factory default settings. When the reset is complete, the access point reboots. This process takes about two minutes.

   **WARNING:**  To avoid the risk of corrupting the firmware, do not interrupt the reset. For example, do not close the browser, click a link, or load a new page. Do not turn off the access point. Wait until the access point finishes restarting and the Power LED turns solid green.

# Enable or disable Secure Shell

By default, you can access the access point over a Secure Shell (SSH) connection.

**To enable or disable SSH:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Maintenance > Remote Management**.

   The Remote Management page displays.

5. Select one of the following Secure Shell (SSH) radio buttons:

   - **Enable**. SSH is enabled. This is the default setting.
   - **Disable**. SSH is disabled.

6. Click the **Apply** button.

   Your settings are saved.

# Enable SNMP and manage the SNMP settings

You can access the access point over a Simple Network Management Protocol (SNMP) connection, which allows SNMP network management software such as HP OpenView to manage the access point by using the SNMPv1 or v2 protocol. By default, SNMP is disabled.

**To enable SNMP and manage the SNMP settings:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Maintenance > Remote Management**.

   The Remote Management page displays.

5. Select the SNMP **Enable** radio button.

   By default, SNMP is disabled.



6. Specify the following settings:

   • **Read-Only Community Name**. The community string that allows the SNMP manager to read the access point's MIB objects. The default is public.

   • **Read-Write Community Name**. The community string that allows the SNMP manager to read and write the access point's MIB objects. The default is private.

   • **Trap Community Name**. The community name that is associated with the IP address at which traps must be received. The default is trap.

- **IP address (to receive traps)**. The IP address of the SNMP manager that must receive the traps.

- **Trap Port**. The port number at which the SNMP manager must receive traps. The default is 162.

7. Click the **Apply** button.

   Your settings are saved.

# Manage the LEDs

By default, all LEDs are enabled and function as described in Top panel with LEDs on page 14. You can manage whether the LEDs light at all. This function is useful if the access point must function in a dark environment.

**To enable or disable the LEDs:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4. Select **Management > Configuration > System > Advanced > LED Control**.

   The LED Control page displays.

5. Select one of the following radio buttons:

   - **Enable All LEDs**. All LEDs are enabled. This is the default setting.

- **Disable All LEDs**. All LEDs are disabled.
- **Enable Power LED**. All LEDs are disabled except for the Power LED.

6. Click the **Apply** button.
   Your settings are saved.

# 8

# Monitor the Access Point and the Network

This chapter describes how you can monitor the access point and the network.

The chapter includes the following sections:

- View the access point Internet, IP, and system settings
- View the WiFi radio settings
- View unknown and known neighbor access points
- View client distribution, connected clients, and client trends
- View WiFi and WAN traffic, traffic and ARP statistics, and channel utilization
- View or download tracked URLs
- View, save, download, or clear the logs
- View a WiFi bridge connection
- View the data volume consumption
- View alarms and notifications

# View the access point Internet, IP, and system settings

**To view the access point, Internet, IP, and system settings:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

    The Dashboard page displays.

4. Locate the Connection Status Information pane, System Information pane, and IP Settings Information pane, which are shown, respectively, on the left, upper center, and lower center of the following Dashboard figure.

(If the page width on your device is narrow, these panes might be located elsewhere on the Dashboard.)



- **Connection Status Information pane**. The Connection Status Information pane is in the top, left corner of the Dashboard (if the page width on your device is sufficient; otherwise, it might be elsewhere) and displays the following:

  - Status of the connection to the NETGEAR Insight cloud-based management platform, if any.

  - Status of the Internet connection.

  - Functioning mode of the access point

  - Number of clients connected to the access point.

- **System Information pane**. The System Information pane is in the center at the top of the Dashboard (if the page width on your device is sufficient; otherwise, it might be elsewhere) and displays the following:

  - System name of the access point and country or region of operation.

  - Ethernet MAC address.

  - The serial number.

  - Device uptime.

  - Firmware version.

  - The date and time that the access point itself or someone manually last checked if new firmware was available.

  This pane also contains a button that you can click to check for firmware updates for the access point (see Check for new firmware and upgrade the access point on page 178).

- **IP Settings Information pane**. The IP Settings Information pane is in the center of the Dashboard page (if the page width on your device is sufficient; otherwise, it might be elsewhere) and displays the following:

    - IP address of the access point and its DHCP status

    - Gateway IP address

    - Gateway status

    - Wired traffic volume

5. To view more detailed information, select **Management > Monitoring > System**.



The page shows four sections:

- **System Information section**. The following settings are displayed:

    - **System Name**. The access point NetBIOS name.

    - **System Mode**. The access point system mode (AP or Router).

    - **Wan MAC Address**. The MAC address of the WAN Ethernet port of the access point.

    - **Lan MAC Address**. The MAC address of the LAN Ethernet port of the access point.

    - **Wireless MAC Address for 2.4 GHz**. The MAC address of 2.4 GHz WiFi interface (radio) of the access point.

    - **Wireless MAC Address for 5 GHz**. The MAC address of 5 GHz WiFi interface (radio) of the access point.

    - **Ethernet LLDP**. The status of Ethernet LLDP feature (Enabled or Disabled).

    - **LLDP Neighbour**. The name of the LLDP neighbour, if any.

- **Country / Region**. The country or region in which the access point operates or for which the access point is licensed.

- **Current Firmware Version**. The version of the firmware that is running on the access point.

- **Backup Firmware Version**. The version of the backup firmware on the access point.

- **Bootloader Version**. The primary bootloader (U-Boot) version that is installed on the access point.

- **Serial Number**. The serial number of the access point.

- **Current Time**. The current system time of the access point.

- **Uptime**. The time since the access point was last restarted.

- **AP Interface Status**. A green icon indicates that the interface is in use. A gray icon indicates that the interface is not in use.

- **IPv4 Settings section**. The following settings are displayed:

  - **IPv4 Address**. The IPv4 address of the access point.

  - **Subnet Mask**. The subnet mask of the access point.

  - **Default Gateway**. The default gateway for the access point.

  - **DHCP Client**. The status of DHCP client (Enabled or Disabled).

- **Wireless Settings section**. The following settings are displayed, with separate columns for the 2.4 GHz and 5 GHz radios:

  - **Wireless Mode**. The operating WiFi mode of the radio.

  - **Channel / Frequency**. The channel and frequency that are used by the radio.

# View the WiFi radio settings

**To view the WiFi radio settings of the access point:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Locate the Radio Information pane at the top, right corner of the Dashboard page (if the page width on your device is sufficient; otherwise, it might be elsewhere).



   The following settings are displayed:

   - Radio status (If the 2.4 GHz or 5 GHz icon is displayed as gray, the radio is turned off.)
   - Mode
   - Channel
   - Channel width
   - Number of connected clients and maximum number of supported clients
   - WiFi traffic volume
   - Channel utilization

5. To view information for the 5 GHz radio, click the **5 GHz** tab.

   By default, information for the 2.4 GHz radio is shown.

6. To view more detailed information, select **Management > Monitoring > System**.



The page shows four sections:

- **System Information section**. The following settings are displayed:

  - **System Name**. The access point NetBIOS name.

  - **System Mode**. The access point system mode (AP or Router).

  - **Wan MAC Address**. The MAC address of the WAN Ethernet port of the access point.

  - **Lan MAC Address**. The MAC address of the LAN Ethernet port of the access point.

  - **Wireless MAC Address for 2.4 GHz**. The MAC address of 2.4 GHz WiFi interface (radio) of the access point.

  - **Wireless MAC Address for 5 GHz**. The MAC address of 5 GHz WiFi interface (radio) of the access point.

  - **Ethernet LLDP**. The status of Ethernet LLDP feature (Enabled or Disabled).

  - **LLDP Neighbour**. The name of the LLDP neighbour, if any.

  - **Country / Region**. The country or region in which the access point operates or for which the access point is licensed.

  - **Current Firmware Version**. The version of the firmware that is running on the access point.

  - **Backup Firmware Version**. The version of the backup firmware on the access point.

  - **Bootloader Version**. The primary bootloader (U-Boot) version that is installed on the access point.

- **Serial Number**. The serial number of the access point.

- **Current Time**. The current system time of the access point.

- **Uptime**. The time since the access point was last restarted.

- **AP Interface Status**. A green icon indicates that the interface is in use. A gray icon indicates that the interface is not in use.

- **IPv4 Settings section**. The following settings are displayed:

  - **IPv4 Address**. The IPv4 address of the access point.

  - **Subnet Mask**. The subnet mask of the access point.

  - **Default Gateway**. The default gateway for the access point.

  - **DHCP Client**. The status of DHCP client (Enabled or Disabled).

- **Wireless Settings section**. The following settings are displayed, with separate columns for the 2.4 GHz and 5 GHz radios:

  - **Wireless Mode**. The operating WiFi mode of the radio.

  - **Channel / Frequency**. The channel and frequency that are used by the radio.

# View unknown and known neighbor access points

If you enabled neighbor access point (AP) detection (see Manage neighbor AP detection on page 128), you can view the unknown access points in the Unknown AP list and the known access points in the Known AP list.

**To view the detected neighbor access points:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4.  Select **Management > Monitoring > Neighbor AP**.



At the top of the page, for each radio band, the page states the total number of unknown access points.

5.  To display the most recent unknown access points, click the **Refresh** button.

6.  To view the Known AP list, click the **Known AP** tab.



At the top of the page, for each radio band, the page states the total number of known access points.

7.  To display the most recent known access points, click the **Refresh** button.

# View client distribution, connected clients, and client trends

**To view the clients that are connected to the access point, either over WiFi or through an Ethernet connection:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

    The Dashboard page displays.

4.  Locate the Client Distribution pane (shown on the left side in the following figure) and the Recent Clients pane (shown on the right side).



The Client Distribution pane shows the types of clients (Windows, Mac, iOS, Android, Linux, and other operating systems) and how these clients are distributed over the networks. (By default, the **Network** button is selected.)

The Recent Clients pane shows the top 5 recently connected clients list.

5. To see how the clients are distributed over the radios, click the **Radio** button in the Client Distribution pane.

   The page adjusts and shows the types of clients for each radio.

6. To see recent clients for all networks or a single network, in the Connected Clients pane, click the icon in the menu under Recent Clients, and select **All WiFi Clients**, the clients for a specific WiFi network (SSID), or **LAN Devices**.

   For your selection, the pane displays the total number of connected clients and the device names of the connected clients.

7. To view information about a connected client, click its device name.

   The page displays the MAC address, device name, IP address, and SSID (WiFi clients only) for the client. You can also view more information, including very detailed information (see Step 11).

8. To view trends about clients, scroll down to the Hours Trend pane.



The Hours Trend pane shows a graph with the number of clients, the traffic in MB, or the channel utilization over a period that you can select. (The previous figure shows the trend for the last 48 hours.) By default, the client information is selected (that is, the **Client** button is selected) and the graph shows the total number of clients for both radios and the number of clients for each radio (2.4 GHz and 5 GHz).

You can also click the **Traffic** button or the **Channel Utilization** button. For more information, see View WiFi and WAN traffic, traffic and ARP statistics, and channel utilization on page 209.

9. To view more information, point to a node on one of the lines on the graph.

10. To change the period over which information is filtered and displayed, select the number of recent hours from the menu to the right of the buttons.

11. To view more information about currently connected WiFi and wired clients, select
**Management > Monitoring > Connected Clients**.



By default, the **Wireless Clients** tab is selected and the connected WiFi clients
display. (For information about wired clients, see Step 13).

For each radio, the page displays the number of connected clients and the maximum
number of supported clients.

For each radio and each WiFi client, the page displays the SSID, MAC address, IP
address, host name, operating system (OS), and WiFi mode.

12. To view very detailed information about a WiFi client, do the following:

a. Click the information icon to the left of the client.
The Detailed Client Information page displays and shows the following
information:

- **MAC Address**. The MAC address of the client.

- **IP Address**. The IP address associated with the client.

- **Host Name**. The host name of the client.

- **OS**. The operating system that runs on the client.

- **BSSID**. The BSSID that the client connects to.

- **SSID**. The SSID of the radio that the client connects to.

- **Channel**. The channel that the client connects to.

- **Channel Width**. The width of the channel that the client connects to.

- **Tx Rate**. The rate of traffic transmission of the client.

- **Rx Rate**. The rate of traffic reception of the client.

- **RSSI**. The RSSI threshold value of the client.

- **Tx Bytes**. The number of bytes that the client transmitted.

- **Rx Bytes**. The number of bytes that the client received.

- **State**. The QoS state of the connection.

- **Type**. The type of WiFi security that is used for the connection.

- **Device Type**. The type of device that the client is.

- **Mode**. The WiFi mode of the connection.

- **Status**. The security status of the connection.

- **Idle Time**. The time that the client remained idle.

- **Assoc Time Stamp**. The time that is associated with the information on the
Detailed Client Information page.

b. Click the **Close** button.
The Detailed Client Information page closes.

13. To view information about the wired clients, click the **Wired Clients** tab.



For each wired client, the page displays the MAC address, host name, IP address, and operating system (OS).

14. To display the most recent information, click the **Refresh** button.

# View WiFi and WAN traffic, traffic and ARP statistics, and channel utilization

**To view WiFi and WAN (wired) traffic, traffic and ARP statistics, and channel utilization:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

   The Dashboard page displays.

4.  Scroll down to the Hours Trend pane at the bottom of the Dashboard page. By default, the **Clients** button is selected.



5.  To view traffic information, do the following:

    a.  Click the **Traffic** button.
        The graph shows the information for WAN (wired) traffic, total WiFi traffic, WiFi traffic for the 2.4 GHz radio, and WiFi traffic for the 5 GHz radio.

    b.  To view more information, point to a node on one of the lines on the graph.

6.  To view channel utilization, do the following:

    a.  Click the **Channel Utilization** button.
        The graph shows the channel utilization for the 2.4 GHz radio.

    b.  To view the channel utilization for the 5 GHz radio, click the **5 GHz** button.

    c.  To view more information, point to a bar.

7.  To change the period over which information is filtered and displayed, select the number of recent hours from the menu to the right of the buttons.

8.  To view traffic statistics, select **Management > Monitoring > Statistics**.



The page displays the network traffic statistics for both the WiFi and wired (Ethernet) interfaces of the access point since the access point started or rebooted. The page also displays the number of clients that are associated with each radio.

If the ARP proxy is enabled (see <u>Manage the ARP proxy</u> on page 104), the page also displays the ARP statistics, including the number of proxied and dropped packets.



9. To display the most recent information, click the **Refresh** button.

# View or download tracked URLs

If you enabled URL tracking for a WiFi network (see <u>Enable or disable URL tracking for a WiFi network</u> on page 62), you can view the tracked URLs by URL, WiFi client, and SSID. You can also download a URL tracking report as a `.csv` file.

**To view or download tracked URLs:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

4. Select **Management > Monitoring > URL Tracking**.



By default, the table shows the URLs that were accessed, each with the MAC address of the WiFi client that accessed the URL, the associated SSID, and the number of times that the WiFi client accessed the URL.

5. To view additional information, click the **...** link to the right of a MAC address or SSID.

6. To view URL tracking information by WiFi client, do the following:

   a. From the menu, select **Client**.
      The table shows the MAC addresses of the WiFi clients, each with the client host name, and the first URL of the list of URLs that the client accessed.

   b. To view all URLs that a WiFi client accessed, click the **...** link to the right of the first URL.
      A pop-up window opens and displays all URLs that the WiFi client accessed.

   c. Click the **Close** button.
      The pop-up window closes.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

7. To view URL tracking information by SSID, do the following:

   a. From the menu, select **SSID**.
      The table shows the SSIDs and the first URL of the list of URLs that were accessed on the SSID.

   b. To view all URLs that were accessed on the SSID, click the **...** link to the right of the first URL.
      A pop-up window opens and displays all URLs that the were accessed on the SSID.

   c. Click the **Close** button.
      The pop-up window closes.

8. To download a URL tracking report as a `.csv` file, click the **Download** button, and follow the directions of your browser.

9. To clear all URL tracking information, do the following:

   a. Click the **Clear** button.
      A pop-up warning window opens.

   b. Click the **OK** button.
      The pop-up window closes and the information is cleared.

# View, save, download, or clear the logs

You can view and manage the activity logs of the access point. You can also download a detailed log file.

**Note:** If the access point functions in the NETGEAR Insight management mode, you can also view and manage the cloud activity logs, which show the connection of the access point to the Insight cloud-based management platform. If the access point functions in the NETGEAR Insight management mode, this is option is available from the Dashboard page by selecting **Management > Monitoring > Cloud Logs**.

**To view, save, download, or clear the logs:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

   The Dashboard page displays.

4. Select **Management > Monitoring > Logs**.



The page shows the following information for each log entry:

- **Date and time**. The date and time that the entry was logged.
- **Action**. The action that occurred, such as whether a WLAN connection was made.
- **Source**. The name, IP address, or MAC address of a source device, application, or website, if applicable.
- **Target**. The name, IP address, or MAC address of a target device, application, or website, if applicable.

5. To save the logs, do the following:

   a. Click the **Save** button.

   b. Follow the directions of your browser to save the file to your computer.

6. To download the detailed log entries, do the following:

   a. Click the **Download Detailed Logs** button.
      Depending on the size of the file, downloading the detailed log entries might take several minutes.

   b. Follow the directions of your browser to save the file to your computer.

7. To refresh the log entries onscreen, click the **Refresh** button.

   **WARNING:**  After you clear the log entries, you can no longer save or download them.

8. To clear the log entries, click the **Clear** button.

# View a WiFi bridge connection

You can view whether a WiFi bridge is established and view the function (master or slave), MAC addresses, and IP addresses of the access points that form the WiFi bridge.

**To view a WiFi bridge connection:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.
   The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

   If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over</u>

---

WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4.  Select **Management > Monitoring > Wireless Bridge**.



5.  To view the function, MAC address, and IP address of an access point, point to the access point.

# View the data volume consumption

If you enabled data limits for one or more WiFi networks (see Set a data volume limit for the access point on page 106), you can view the data volume consumption and volume status details.

**To view the data volume consumption and volume status details:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Select **Management > Monitoring > Data Volume Limit**.



At the top, the page states the start date and time of the data volume counter, the current date and time, and the total volume that is left in relation to the data volume limit that you set.

For each SSID, the table shows the allocated data (which is the allocated SSID percentage of the total monthly data volume limit that you set), the uploaded and downloaded data, and the total data consumption.

5. To view details about the volume, do the following:

   a. Click the **Volume Status** button.
      A pop-up window opens and, for each SSID, displays details in a graphic.

   b. Click the **X** in the upper right corner.
      The pop-up window closes.

6. To display the most recent information, click the **Refresh** button.

# View alarms and notifications

You can view the alarms and notifications from any access point page. The following procedure describes how you can view them from the Dashboard page.

**To view the alarms and notifications:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.

A login window opens.

If your browser does not open the login window but displays a security message and does not let you proceed, see Log in to the access point after initial setup on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device on page 26).

The Dashboard page displays.

4. Locate the alarm bell icon at the top right of the page.

The icon shows a number, indicating the total number of new alarms and notifications since the last time that you viewed alarms and notifications.

5. Click the alarm bell icon.



The pop-up window shows the alarms (indicated by a red bell) and notifications (indicated by a blue bell) with a description and time.

6. To view more alarms and notification, scroll down in the pop-up window.

# 9

# Diagnostics and Troubleshooting

This chapter describes how you can capture WiFi packets and troubleshoot the access point and network.

The chapter includes the following sections:

- Capture WiFi and Ethernet packets
- Perform a ping test
- Check the Internet speed
- Quick tips for troubleshooting
- Troubleshoot with the LEDs
- Troubleshoot the WiFi connectivity
- Troubleshoot Internet browsing
- You cannot log in to the access point over a LAN connection
- Changes are not saved
- You enter the wrong password and can no longer log in to the access point
- Troubleshoot your network using the ping utility

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

# Capture WiFi and Ethernet packets

You can capture WiFi and Ethernet packets that are received and transmitted by the access point and save the file with captured packets to your computer. During the packet capture process, normal functioning of the access point is not affected.

The packet capture capability can be useful for analyzing a WiFi deployment, monitoring a WiFi network, debugging protocols, determining WiFi network bottlenecks, and, in general, troubleshooting any irregularities in a WiFi network.

You can select to capture all packets or selected packets only.

**Note:** To view the captured packets, you need an application that can open `.pcap` files.

**To capture packets:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

    The Dashboard page displays.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

4. Select **Management > Diagnostics > Packet Capture**.



5. Specify the settings that are described in the following table.

| Setting | Description |
|---------|-------------|
| Capture Interface | From the **Capture Interface** menu, select one of the following interfaces on which packets must be captured:<br>• **brtunk**. All packets are captured, that is, packets on the Ethernet interfaces, 2.4 GHz radio, and 5 GHz radio. This is the default setting.<br>• **Eth0**. Only packets on the WAN Ethernet interface are captured.<br>• **Eth1**. Only packets on the LAN Ethernet interface are captured.<br>• **radio1**. Only packets on the 2.4 GHz radio are captured.<br>• **radio2**. Only packets on the 5 GHz radio are captured. |
| Max. Capture File Size (64-4096 KB) | Enter the maximum size that the file with captured packets is limited to. The range is from 64 to 4096 KB. The default is 64 KB. |
| Promiscuous Capture | To enable the access point to capture packets in promiscuous mode, select the **Enable** check box. By default, promiscuous mode is disabled.<br>In promiscuous mode the radio or radios receive all traffic on the channel, including traffic that is not destined for the access point. While the radio or radios are operating in promiscuous mode, they continue to serve associated clients. Packets that are not destined for the access point are not forwarded. When the capture process stops, the radio or radios revert to nonpromiscuous mode. |
| Client Filter | To capture packets for a specific client only, select the **Client Filter** check box and enter the client's MAC address in the **Client Filter MAC Address** field. |

(Continued)

| Setting | Description |
|---|---|
| Client Filter MAC Address | If you select the **Client Filter** check box, enter the client's MAC address to capture the packets only for the specific client on the selected interface.<br>You must enter the MAC address in hexadecimal format with each octet separated by a hyphen, for example 00-11-22-33-44-55. |
| Capture Duration (10-3600 secs) | Enter the maximum duration of the capture process (that is, if you do not click the **Stop** button).<br>The range is from 10 to 3600 seconds. By default, the maximum duration is 60 seconds. |

6. To start the packet capture process, click the **Start** button.
   If any captured packets are already stored on the access point, you are prompted to allow the packet capture process to overwrite the old information.

7. To stop the packet capture process, click the **Stop** button.

8. To download the file with captured packets, do the following:

   a.  Click the **Download** button.

   b.  Follow the directions of your browser to save the file to your computer.

9. To display the latest information on the page, click the **Refresh** button.

# Perform a ping test

You can ping the IP address of a device or network location from the access point and view the results of the ping test.

**To perform a ping test:**

1. Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2. Enter the IP address that is assigned to the access point.
   A login window opens.

   If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3. Enter the access point user name and password.

The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

The Dashboard page displays.

4. Select **Management > Diagnostics > Ping Test**.



5. Specify the settings that are described in the following table.

| Setting | Description |
|---------|-------------|
| Ping Count | The number of pings that the access point must send. The default number is 16. |
| Packet Size (in Bytes) | The size of each ping packet. The default size is 64 bytes. |
| Ping Interval (in sec) | The interval between pings. The default interval is 1 second. |
| Ping Timeout (in sec) | The period after which a ping times out. The default period is 60 seconds. |
| Remote Host | The IP address that the access point must ping. |

6. To start the ping test, click the **Start** button.
   The results of the ping test display in the Ping Result field.

7. To stop the ping test before the ping count is reached or if the ping times out, click the **Stop** button.

# Check the Internet speed

You can check the Internet speed of the access point. The results might be helpful if you want to set bandwidth rate limits (see <u>Set bandwidth rate limits for a WiFi network</u> on page 66).

**To check the Internet speed:**

1.  Open a web browser from a computer that is connected to the same network as the access point or directly to the access point through an Ethernet cable or WiFi connection.

2.  Enter the IP address that is assigned to the access point.

    A login window opens.

    If your browser does not open the login window but displays a security message and does not let you proceed, see <u>Log in to the access point after initial setup</u> on page 41.

3.  Enter the access point user name and password.

    The user name is **admin**. The password is the one that you specified the first time that you logged in. The user name and password are case-sensitive.

    If you previously added the access point to a NETGEAR Insight network location and managed the access point through the Insight app or Insight Cloud portal, enter the Insight network password for that location. For more information, see <u>Connect over WiFi using the NETGEAR Insight App on an iOS or Android mobile device</u> on page 26).

    The Dashboard page displays.

4.  Select **Management > Diagnostics > Speed Check**.

    The Internet Speed Check page displays.

5.  Click the **Test Speed** button.

    The Privacy Policy pop-up window opens.

6.  Click the **Agree** button.

    The pop-up window closes. After a short delay, the page displays the measured latency in ms, download speed in Mbps, and upload speed in Mbps.

7.  To view the test history, click the **View History** link.

    A table shows the results of previous tests.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

# Quick tips for troubleshooting

If your network is unresponsive or does not function normally, restart your network:

1. Unplug the Ethernet cable from the access point to your network switch or Internet modem.

2. If you use a power adapter, disconnect it from the access point.

3. Plug in the Ethernet cable from the access point to your network switch or Internet modem. Wait two minutes.

4. If you use a power adapter, connect it to the access point and wait two minutes.

If you cannot connect over WiFi to the access point, try the following:

- Make sure that the WiFi LED on the access point is not off.
  If the WiFi LED is off, one or both WiFi radios are probably off too. For more information about the WiFi radios, see Turn a radio on or off on page 83.

- Make sure that the WiFi settings in your WiFi device and access point match exactly.
  For a device that is connected over WiFi, the WiFi network name (SSID) and WiFi security settings of the access point and WiFi device must match exactly.
  For information about accessing the access point for initial configuration over a WiFi connection, see Connect to the access point for initial configuration on page 25.

- Make sure that your WiFi device supports the security that you are using for your WiFi network (WPA2 Personal or WPA2 Personal Mixed). For more information, see View or change the settings of a WiFi network on page 52.

- Make sure that your WiFi device is not too far from the access point or too close. To see if the signal strength improves, move your WiFi device near the access point but at least 6 feet (1.8 meters) away.

- Make sure that the WiFi signal is not blocked by objects between the access point and your WiFi device.

- Make sure that the access point's SSID broadcast is not disabled.
  If the access point's SSID broadcast is disabled, the WiFi network name is hidden and does not display in your WiFi device's scanning list. To connect to a hidden network, you must enter the network name and the WiFi password. For more information about the SSID broadcast, see Hide or broadcast the SSID for a WiFi network on page 57.

- Make sure that your WiFi device does not use a static IP address but is configured to receive an IP address automatically with DHCP. (For most devices, DHCP is the default setting.)

If you cannot connect over an Ethernet cable to the access point, try the following:

- Make sure that the Ethernet cables are securely plugged in.
- Make sure that your network includes a DHCP server that can issue an IP address to the access point or, if your access point requires a fixed (static) IP address, that the IP address and subnet are correct.

# Troubleshoot with the LEDs

When you turn on the power, the LEDs light as described here:

1. The Power LED lights solid amber. After about one minute, the Power LED turns solid green, indicating that the startup procedure is complete and the access point is ready.

2. When the startup procedure is complete, verify the following:

   - The WAN PoE LED lights solid amber or solid green.
   - The Insight LED lights solid blue or solid green (see Top panel with LEDs on page 14).
   - The 2.4G WLAN LED, 5G WLAN LED, or both LEDs light solid green or solid blue or blink blue (unless one or both WiFi radios are turned off).
   - If a LAN device is connected to the LAN port, the LAN LED lights solid amber or solid green.

You can use the LEDs for troubleshooting. For more information, see the following sections:

- Power LED is off on page 227
- Power LED remains solid amber on page 227
- Power LED is blinking amber continuously on page 228
- Insight LED is off on page 228
- 2.4G or 5G WLAN LED is off on page 229
- WAN PoE LED or LAN LED is off while a device is connected on page 229

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

## Power LED is off

If you use a Power over Ethernet (PoE) connection and the Power LED and other LEDs are off when the Ethernet cables are connected, do the following:

- Make sure that the Ethernet cable between the access point and the PoE switch is correctly connected at both ends.

- Make sure that the other end of the Ethernet cable is plugged into a PoE port (not a non-PoE port) on a PoE switch (not a non-PoE switch) that is receiving power.

- Make sure that the PoE power budget of the PoE switch is not oversubscribed and that the PoE switch is capable of delivering PoE power to the access point.

If you use a power adapter and the Power LED and other LEDs are off when the access point is turned on, do the following:

- Make sure that the power adapter is correctly connected to the access point and that the power adapter is correctly connected to a functioning power outlet. If it is in a power strip, make sure that the power strip is turned on. If it is plugged directly into the wall, verify that the outlet is not switched off.

- Make sure that you are using the NETGEAR 12V, 2.5A power adapter for this product.

If the error persists, a hardware problem might exist. For recovery instructions or help with a hardware problem, contact technical support at <u>netgear.com/support</u>.

## Power LED remains solid amber

When you turn on the power to the access point, the Power LED lights solid amber temporarily and then turns solid green, indicating that the startup procedure is complete and the access point is ready.

If the Power LED remains solid amber and does not turn solid green, a failure occurred or the access point is malfunctioning.

If the Power LED does not turn solid green, do the following:

1. Turn the power off and back on and wait several minutes to see if the access point recovers.

2. If the access point does not recover, you can use the **Reset** button to return the access point to its factory default settings. For more information, see <u>Use the Reset button to reset the access point</u> on page 189.

If the error persists, a hardware problem might exist. For recovery instructions or help with a hardware problem, contact technical support at <u>netgear.com/support</u>.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

# Power LED is blinking amber continuously

When you turn on the power to the access point, the Power LED lights solid amber temporarily and then turns solid green, indicating that the startup procedure is complete and the access point is ready. During regular operation, the only time that the Power LED blinks amber temporarily is when firmware is being upgraded.

If the Power LED blinks amber continuously and does not turn solid green, the access point did not receive an IP address from a DHCP server.

Check to make sure that the DHCP client of the access point is enabled (see Enable the DHCP client on page 143), that your network includes a DHCP server (or a router that functions as a DHCP server), and that the DHCP server can reach the access point (both must be on the same network).

In the unlikely situation that your network does not include a DHCP server, you might need to configure a fixed (static) IP address on the access point (see Disable the DHCP client and configure a LAN or WAN IP address on page 137).

# Insight LED is off

If the WAN PoE port of the access point is connected to a PoE switch, non-PoE switch, or Internet modem and the WAN PoE LED lights amber or green but the Insight LED is off, the access point functions either in the PC Web-browser mode or in the NETGEAR Insight App mode but is not connected to the Insight cloud-based management platform.

If the access point functions in the PC Web-browser mode, the Insight LED is off. This is normal LED behavior.

If the access point functions in the NETGEAR Insight App mode but the Insight LED is off, do the following:

1. Verify that the management mode of the access point is indeed the NETGEAR Insight App mode.

   For more information, see Change the management mode to NETGEAR Insight or Web-browser on page 168.

2. Make sure that the cable connections between the access point and your network are good.

3. Make sure that the access point is connected to the Internet and that the Internet connection is good.

4. Make sure that the access point is running the latest firmware.

   For more information, see Manage the firmware of the access point on page 178.

5. Restart the access point and wait five minutes to see if the Insight LED lights solid blue.

If you use a power adapter with the access point, disconnect and reconnect the power adapter and wait five minutes to see if the Insight LED lights solid blue.

6. Use the **Reset** button to return the access point to its factory default settings. For more information, see <u>Use the Reset button to reset the access point</u> on page 189.

If the error persists, a hardware problem might exist. For recovery instructions or help with a hardware problem, contact technical support at <u>netgear.com/support</u>.

## 2.4G or 5G WLAN LED is off

If the 2.4G WLAN LED or 5G WLAN LED is off, do the following:

- Check to see if a radio is disabled (see <u>Turn a radio on or off</u> on page 83). By default, both radios are enabled and the WLAN LEDs light solid green or solid blue or blink blue.

- If you are using a Power over Ethernet (PoE) connection, make sure that the PoE switch is providing sufficient power to the access point. Insufficient PoE power can affect the radios.

If the error persists, a hardware problem might exist. For recovery instructions or help with a hardware problem, contact technical support at <u>netgear.com/support</u>.

## WAN PoE LED or LAN LED is off while a device is connected

When a powered-on network device such as a PoE switch, non-PoE switch, or Internet modem is connected to the WAN PoE port of the access point, the WAN PoE LED lights amber or green, depending on the speed of the connection. Similarly, when a network device such as a switch, hub, or computer is connected to the LAN port of the access point, the LAN LED lights amber or green, depending on the speed of the connection.

If the WAN PoE LED or LAN LED remains off, a hardware connection problem might be occurring. Check these items:

- Make sure that the Ethernet cable connectors are securely plugged in at the access point and the network device.

- Make sure that the connected network device is actually turned on.

- Make sure that you are using the correct Ethernet cable. Use a standard Category 5 Ethernet patch cable. If the network device incorporates Auto Uplink™ (MDI/MDIX) ports, you can use either a crossover cable or a normal patch cable.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

# Troubleshoot the WiFi connectivity

If you are experiencing trouble connecting over WiFi to the access point, try to isolate the problem:

- Make sure that the WiFi settings in your WiFi device and access point match exactly. For a device that is connected over WiFi, the WiFi network name (SSID) and WiFi security settings of the access point and WiFi device must match exactly. For information about accessing the access point for initial configuration over a WiFi connection, see Connect to the access point for initial configuration on page 25.

- Does the WiFi device that you are using find your WiFi network? If not, check the WLAN LEDs. If a WLAN LED is off, the associated WiFi radio is probably off, too. For more information about the WiFi radios, see Turn a radio on or off on page 83.

- If you disabled the access point's SSID broadcast, your WiFi network is hidden and does not display in your WiFi client's scanning list. (By default, SSID broadcast is enabled.) For more information about the SSID broadcast, see Set up and manage WiFi networks on page 45.

- Does your WiFi device support the security that you are using for your WiFi network (WPA2 Personal or WPA2 Personal Mixed). For more information, see Set up and manage WiFi networks on page 45.

  **Tip:** If you want to change the WiFi settings of the access point's network, use a wired connection to avoid being disconnected when the new WiFi settings take effect.

If your WiFi device finds your network but the signal strength is weak, check these conditions:

- Is your access point too far from your WiFi device, or too close? Place your WiFi device near the access point, but at least 6 feet (1.8 meters) away, and see whether the signal strength improves.

- Are objects between the access point and your WiFi device blocking the WiFi signal?

# Troubleshoot Internet browsing

If your computer or WiFi device is connected to the access point but unable to load any web pages from the Internet, it might be for one of the following reasons:

- Your computer might not recognize any DNS server addresses.

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

If you manually entered a DNS address when you set up the access point (that is, the access point uses static IP address settings), reboot your computer and verify the DNS address. Alternatively, you can configure your computer manually with DNS addresses, as described in your operating system documentation.

- Your computer might not use the correct TCP/IP settings.
  If your computer obtains its information by DHCP, reboot the computer and verify the address of the switch or Internet modem to which the access point is connected. For information about TCP/IP problems, see Troubleshoot your network using the ping utility on page 233.

# You cannot log in to the access point over a LAN connection

If you are unable to log in to the access point from a computer on your local network and use the access point's local browser interface, check the following:

- If you are using an Ethernet-connected computer, check the Ethernet cable between the computer and the access point.

- Make sure that the IP address of your computer is in the same subnet as the access point.
  If you disabled the access point's DHCP client and configured a fixed (static) IP address when you connected the access point to your network or Internet modem (see Disable the DHCP client and configure a LAN or WAN IP address on page 137), change the IP address and subnet mask on your computer to so that the IP addresses of your computer and the access point are in the same IP subnet.

- If your access point's IP address was changed (for example, the DHCP server in your network issued an IP address to the access point) and you do not know the current IP address, use an IP scanner application to detect the IP address. If you still cannot find the IP address, reset the access point's configuration to factory defaults. This sets the access point's IP address to 192.168.0.100. For more information, see Use the Reset button to reset the access point on page 189.

- Make sure that Java, JavaScript, or ActiveX is enabled in your browser. If you are using Internet Explorer, click the **Refresh** button to be sure that the Java applet is loaded.

- Try quitting the browser and launching it again.

- Make sure that you are using the correct login information. The user name is **admin** and the password is the one that you specified the first time that you logged in. Make sure that Caps Lock is off when you enter this information.

# Changes are not saved

If you are logged in to the access point's local browser interface and the access point does not save the changes that you make on a page, do the following:

- When entering configuration settings, always click the **Apply** button before moving to another page or tab or your changes are lost.
- Click the **Refresh** or **Reload** button in the web browser. It is possible that the changes occurred but that the old settings remain in the web browser's cache.

# You enter the wrong password and can no longer log in to the access point

If you enter the wrong admin password three or more times, access to the access point's local browser interface is blocked for a period. For example, if you enter the wrong password three times, access to the access point is blocked for five minutes.

The blockage period depends on the number of failed login attempts. During the blockage period, any attempts to log in to the access point are ignored, even if you enter the correct password. You must wait until the blockage is lifted, and then you get *a single opportunity* to enter the correct password. If you enter the wrong password again, the blockage period is extended as described in the following table.

Table 2. Login blockage periods

| Number of failed attempts | Blockage period in minutes |
|---|---|
| 3 | 5 |
| 4 | 10 |
| 5 | 20 |
| 6 | 40 |
| And so on | And so on |

In addition, the following rules apply to the number of failed login attempts:

- If the number of failed login attempts is smaller than the number of allowed retry attempts, the counter for failed login attempts is reset after 30 minutes. For example,

if you enter the wrong password twice but enter the correct password at the third login attempt, the two failed login attempts are erased from memory after 30 minutes.

- If the number of failed login attempts is larger than the number of allowed retry attempts, the counter for failed login attempts is reset after 24 hours. For example, if you enter the wrong password five times but enter the correct password at the sixth login attempt, the five failed login attempts are erased from memory after 24 hours.

- The last access attempt determines whether the counter for failed login attempts is increased.

- If you reboot the access point, the counter for failed login attempts is reset.

# Troubleshoot your network using the ping utility

Most network devices and routers contain a ping utility that sends an echo request packet to the designated device. The device then responds with an echo reply. You can easily troubleshoot a network using the ping utility in your computer or workstation.

## Test the LAN path to your access point

You can ping the access point from your computer to verify that the LAN path to your access point is set up correctly.

**To ping the access point from a Windows-based computer:**

1. From the Windows taskbar, click the **Start** button and select **Run**.

2. In the field provided, enter **ping** followed by the IP address of the access point, as in this example:
   **ping 192.168.0.100**

3. Click the **OK** button.
   A message such as the following one displays:
   ```
   Pinging <IP address> with 32 bytes of data
   ```
   If the path is working, you see this message:
   ```
   Reply from < IP address >: bytes=32 time=NN ms TTL=xxx
   ```
   If the path is not working, you see this message:
   ```
   Request timed out
   ```

If the path is not functioning correctly, one of the following problems might be occurring:

- Wrong physical connections
  For a wired connection, make sure that the numbered LAN LED is lit for the port to which you are connected.
  Check that the appropriate LEDs are on for your network devices. If your access point and computer are connected to a separate Ethernet switch, make sure that the link LEDs are lit for the switch ports that are connected to your computer and access point.

- Wrong network configuration
  Verify that the Ethernet card driver software and TCP/IP software are both installed and configured on your computer.
  Verify that the IP address for your access point and your computer are correct and that the addresses are in the same subnet.

## Test the path from your computer to a remote device

After you verify that the LAN path works correctly, test the path from your computer to a remote device.

**To test the path from your computer to a remote device:**

1. From the Windows toolbar, click the **Start** button and select **Run**.

2. In the field provided, enter **ping -n 10** *IP address*.
   *IP address* is the IP address of a remote device such as a remote DNS server.

If the path is functioning correctly, replies as described in Test the LAN path to your access point on page 233 display. If you do not receive replies, do the following:

- Check to see that your computer lists the IP address of the router to which the access point is connected as the default router. If the IP configuration of your computer is assigned by DHCP, this information is not visible in your computer's Network Control Panel.

- Check to see that the network address of your computer (the portion of the IP address specified by the netmask) is different from the network address of the remote device.



# A

# Factory Default Settings and Technical Specifications

This appendix includes the following sections:

- Factory default settings
- Technical specifications

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

# Factory default settings

You can reset the access point to the factory default settings, which are shown in the following table.

For more information about resetting the access point to its factory settings, see <u>Return the access point to its factory default settings</u> on page 189.

Table 3. Factory default settings

| Feature | Default Setting |
|---|---|
| **Management and login settings** | |
| Management mode | NETGEAR Insight management mode |
| User login URL | 192.168.0.100 |
| User name (case-sensitive) | admin, nonconfigurable |
| Login password (case-sensitive) | password, configurable |
| **General system settings** | |
| Operating mode | AP mode<br>By default, Router mode is disabled, including NAT and the DHCP server function. |
| DHCP client | Enabled so that the access point receives an IP address from a DHCP server or router in the network. |
| NTP client | Enabled |
| Spanning Tree Protocol | Disabled |
| Network integrity check | Disabled |
| 802.1Q VLAN | Untagged VLAN with VLAN ID 1 |
| Management VLAN | VLAN ID 1 |
| Syslog | Disabled |
| Ethernet LLDP | Enabled |
| UPnP | Enabled |
| LEDs | Enabled |
| **WiFi network settings for initial setup** | |
| SSID name | SSID for initial setup is NETGEARxxxxxx-SETUP, where xxxxxx is the last six hexadecimal digits of the access point's MAC address. |

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

Table 3. Factory default settings (Continued)

| Feature | Default Setting |
| --- | --- |
| Security | WPA2 Personal (which is WPA2-PSK)<br>WiFi password (network key): sharedsecret |
| RF channel | Auto. The available channels depend on the region. |
| **WLAN settings for an individual WiFi network (SSID or VAP)** | |
| WiFi communication | Both the 2.4 GHz radio and the 5 GHz radio are enabled. |
| WiFi client isolation | Disabled |
| Broadcast SSID | Enabled |
| Band steering | Disabled<br>Automatic band steering includes automatic 802.11k RRM and automatic 802.11v WiFi network management. |
| VLAN ID (for WiFi clients) | 1 |
| Network authentication | WPA2 Personal (which is WPA2-PSK) |
| Data encryption | AES |
| Passphrase | sharedsecret |
| 802.11w (PMF) | Disabled |
| URL tracking | Disabled |
| DHCP offer broadcast to unicast | Enabled |
| MAC ACL | None assigned |
| Rate limit | None |
| Captive portal | None |
| **Basic WiFi settings for all WiFi networks (SSIDs or VAPs)** | |
| Radios | Both the 2.4 GHz radio and the 5 GHz radio are enabled. |
| WiFi mode | 2.4 GHz radio: 11ng mode, which also supports 11b and 11bg<br>5 GHz radio: 11ac mode, which also support 11a and 11na |
| Channel width | Dynamic 20 / 40 MHz for the 2.4 GHz radio<br>Dynamic 20 / 40 / 80 MHz for the 5 GHz radio |
| Output power | Maximum (100%) |
| Guard interval | Auto |
| Channel | Auto |

Table 3. Factory default settings (Continued)

| Feature | Default Setting |
| --- | --- |
| WiFi schedule | None |
| Wi-Fi Multimedia (WMM) | Enabled |
| WMM powersave | Enabled |
| **Advanced WiFi settings for all WiFi networks (SSIDs or VAPs)** | |
| Number of WiFi clients | Default: 64 per radio<br>Maximum: 200 per radio |
| Beacon interval | 100 millisec. |
| 802.11n 256 QAM | Disabled for the 2.4 GHz radio (nonconfigurable for the 5 GHz radio) |
| RTS threshold | 2346 |
| DTIM interval | 2 sec. |
| Broadcast/multicast rate limiting | Enabled with a limit of 50 packets per second |
| MU-MIMO | Enabled for the 5 GHz radio (nonconfigurable for the 2.4 GHz radio) |
| 802.11h | Disabled for the 5 GHz radio (nonconfigurable for the 2.4 GHz radio) |
| Load balancing between radios | Disabled |
| Force sticky clients to disassociate | Disabled |
| ARP proxy | Disabled |
| Broadcast enhancements | Disabled |
| Data volume limit | None |
| Wireless bridge | None configured |
| **General security** | |
| URL filtering | None |
| RADIUS servers | None configured |
| Neighbour AP detection | Disabled |
| MAC ACLs | None |

# Technical specifications

The following table shows the technical specifications of the access point.

Table 4. Technical specifications

| Feature | Description |
| --- | --- |
| Supported WiFi radio frequencies and WiFi modes | 2.4 GHz band: 802.11ng, 801.11bg, and 802.11b<br>5 GHz band: 802.11ac, 802.11na, and 802.11a<br>Supports 2.4 GHz and 5 GHz concurrent operation |
| Maximum theoretical throughput | About 1300 Mbps simultaneous throughput (400 Mbps on the 2.4 GHz band and 867 Mbps on the 5 GHz band)<br>**Note**: Throughput can vary. Network conditions and environmental factors, including volume of network traffic, building materials and construction, and network overhead, affect the data throughput rate. |
| Maximum number of supported clients | Maximum number of 2.4 GHz WiFi clients: 200 (200 per radio)<br>Maximum number of 5 GHz WiFi clients: 200 (200 per radio)<br>Maximum number of clients for the access point: 400 (2 radios) |
| WiFi standards | IEEE 802.11ac Wave 2 standard<br>WiFi Multimedia Prioritization (WMM)<br>Wireless distribution system (WDS) |
| 802.11 security | WPA3 Personal, WPA3/WPA2 Personal (mixed), WPA2 Personal, WPA2/WPA Personal (mixed), and WPA2 Enterprise |
| Operating frequency range | 2.4 GHz band:<br>• US and Canada: 2.412–2.462 GHz<br>• Europe: 2.412–2.472 GHz<br>• Australia: 2.412–2.472 GHz<br>• Japan: 2.412–2.472 GHz<br>5 GHz band:<br>• US and Canada: 5.18–5.24 + 5.745–5.825 GHz<br>• Europe: 5.18–5.24 GHz and DFS (5.25–5.35 + 5.50–5.70)<br>• Australia: 5.18–5.24 + 5.745–5.825 GHz<br>• Japan: 5.18–5.24 GHz and DFS (5.26–5.32 + 5.50–5.64) |
| Power over Ethernet | If you do not use a power adapter, the PoE port requires 802.3af (PoE) power.<br>PoE might be considered a network environment 0 per IEC TR 62101, and thus the interconnected ITE circuits might be considered safety extra low voltage (SELV). |
| PoE consumption | 9.3W |

**Insight Managed Smart Cloud Wireless Access Point WAC510 User Manual**

Table 4. Technical specifications (Continued)

| Feature | Description |
|---|---|
| Power adapter (The power adapter is not included but can be ordered as an option) | 12 VDC, 2.5A<br>The plug is localized to the country of sale. |
| Hardware interfaces | One WAN PoE port and one regular (non-PoE) LAN port, both of which are 10/100/1000BASE-T RJ-45 ports with Auto Uplink (Auto MDI-X).<br>If you do not use a power adapter, the PoE port requires 802.3af (PoE) power. |
| Dimensions (W x D x H) | 7.75 x 7.75 x 1.45 in. (197.32 x 197.32 x 37 mm) |
| Weight | 1.22 lb (555.5 g) |
| Operating temperature | 32° to 104°F (0° to 40°C) |
| Operating humidity | 10 to 90% maximum relative humidity, noncondensing |
| Storage temperature | –4° to 158°F (–20° to 70°C) |
| Storage humidity | 5 to 95% maximum relative humidity, noncondensing |
| Regulatory compliance US | 47 CFR FCC Part 15, Subpart B, Class B<br>ICES-003:2016 Issue 6, Class B<br>47 CFR FCC Part 15, Subpart C (Section 15.247)<br>47 CFR FCC Part 15, Subpart E (Section 15.407)<br>FCC Part 2 (Section 2.1091)<br>KDB 447498 D03 |
| Regulatory compliance Canada | 47 CFR FCC Part 15, Subpart B, Class B<br>ICES-003:2016 Issue 6, Class B<br>Canada RSS-247 Issue 1 (2015-05)<br>Canada RSS-Gen Issue 4 (2014-11) |
| Regulatory compliance Europe | EN 55032:2012 + AC:2013/CISPR 32:2012<br>EN 61000-3-2:2014<br>EN 61000-3-3:2013<br>EN 55024:2010<br>EN 300 328 V1.9.1 (2015-02)<br>EN 301 893 V1.8.1 (2015-03)<br>EN 50385:2002<br>EN 50581.2012<br>EN 50564: 2011<br>EN 60950-1 2005 (ed.2) + A1:2009 + A2:2013<br>EN 60950-1:2006 + A11:2009 + A12:2011 + A2:2013 |
| Regulatory compliance Australia | AS/NZS CISPR 32:2013, Class B<br>AS/NZS 4268:2012 + A1:2013<br>AS/NZS 4268:2012 + A1:2013<br>AS/NZS 2772.2:2011 |