### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC<br>D/B/A BRAZOS LICENSING<br>AND DEVELOPMENT,<br><br>          Plaintiff,<br><br>   v.<br><br>NETGEAR, INC.,<br><br>          Defendant. | C.A. No. 1:21-cv-01117-MN<br>C.A. No. 1:21-cv-01119-MN<br>C.A. No. 1:21-cv-01120-MN<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND PROPOSED ORDER
### TO EXTEND TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, subject to the approval of this Honorable Court, that Defendant Netgear, Inc.'s ("Defendant") time to answer, move, or otherwise respond to the Complaint in these actions shall be extended to September 24, 2021.

The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

| | |
|---|---|
| Dated: August 6, 2021 | DEVLIN LAW FIRM LLC |
| OF COUNSEL:<br><br>Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John W. Downing<br>Heather S. Kim<br>Jack Shaw<br>ThucMinh Nguyen<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065 | */s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 440-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiff*<br>*WSOU Investments, LLC d/b/a*<br>*Brazos Licensing and Development* |

(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
(404) 260-6080
pwilliams@kasowitz.com

Shelly Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
(212) 506-1835
sivan@kasowitz.com

          **SO ORDERED** this ___ day of August, 2021.

                                               _____
                                           United States District Court Judge