**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| D/B/A BRAZOS LICENSING | ) | |
| AND DEVELOPMENT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:21-cv-01119-MN |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant NETGEAR, Inc. ("NETGEAR"), subject to the approval of this Honorable Court, that:

1.    WSOU's time to amend its Complaint (D.I. 1) pursuant to Fed. R. Civ. P. 15(a)(1)(B) shall be extended to November 9, 2021; and

2.    In the event that WSOU files an amended complaint, the time in which NETGEAR has to answer, move, or otherwise respond to the amended complaint shall be extended to November 30, 2021.

Dated: October 14, 2021

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 440-9010
jlennon@devlinlawfirm.com

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
John W. Downing
Heather S. Kim
Jack Shaw
ThucMinh Nguyen
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com
jshaw@kasowitz.com
tnguyen@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
(404) 260-6080
pwilliams@kasowitz.com

Shelly Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
(212) 506-1835
sivan@kasowitz.com

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

OF COUNSEL:

Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350

*Attorneys for Defendant Netgear, Inc.*

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

**SO ORDERED** this ___ day of October, 2021.

_____
United States District Court Judge