# EXHIBIT A








