# EXHIBIT F

Data Sheet | **WAC505, WAC510**

# Insight Managed Smart Cloud Wireless Access Points



## Introducing one-touch wireless visibility & management

Wireless network discovery, setup, monitoring and management can now be done from anywhere and any screen with NETGEAR Insight app or Cloud Portal.

Reliable wireless connectivity for employees and customers is a requirement for any business today. All devices are now connected, all users are mobile and "WiFi everywhere" is commonplace. Business owners are often too busy to handle this and need WiFi that just works!

NETGEAR introduces the new IT revolution for small businesses with remote visibility and control with NETGEAR Insight management solution. Experience easy set-up, remote management and full control of your wireless network. With 20 years of experience in small & medium business networking, NETGEAR is now delivering wireless connectivity that "just works" at your fingertips.

NETGEAR Insight also enables multi-device configuration of your NETGEAR Insight Managed wireless access points, either locally or remotely.

It provides network management, monitoring and service deployment across multiple remote and local sites for the easiest and most user-friendly wireless networking experience. Anywhere management also includes Insight Managed switches and Business-Class ReadyNAS on top of Insight Managed Wireless Access points, enabling whole network visibility and management.

Insight app also allows you discover select wired and wireless devices from your local or remote network.

## Business Features for higher speed, greater coverage and higher density WiFi

- Business class WiFi with superior Wave 2 802.11ac performance and range
- 2x2 with 2 streams of data (2.4Ghz and 5Ghz) for an aggregate throughput of up to 1.3Gbps
- Multi-User Multiple In Multiple Out (MU-MIMO) avoids congestion and ensures performance in high client density deployments like public WiFi hotspots

- One PoE port (WAN port) on both models for ease of deployment.
- One-touch network visibility. Anywhere. Remote management and monitoring from NETGEAR Insight app or Cloud Portal for unrivaled management experience of your wireless network.

- App managed. Faster installation through NETGEAR Insight app or Cloud Portal. No additional hardware needed.
- Market leading 5-year warranty with 24x7 chat support for peace of mind



Data Sheet | **WAC505, WAC510**

Insight Managed Smart Cloud Wireless Access Points



Cloud Portal dashboard



Wireless Usage



Data Sheet | **WAC505, WAC510**

Insight Managed Smart Cloud
Wireless Access Points

# Example Application

## WAC505 Deployment Scenario



## WAC510 Deployment Scenario



**NETGEAR BUSINESS**

Data Sheet | **WAC505, WAC510**

Insight Managed Smart Cloud Wireless Access Points

| Product Comparison | WAC505 | WAC510 | WAC720 | WAC730 | WAC740 |
|---|---|---|---|---|---|
| Frequency | 2.4GHz and 5GHz | 2.4GHz and 5GHz | 2.4GHz and 5GHz | 2.4GHz and 5GHz | 2.4GHz and 5GHz |
| Wireless Mode (Transmit x Receive) | 802.11ac (2x2) | 802.11ac (2x2) | 802.11ac (2x2) | 802.11ac (3x3) | 802.11ac (4x4) |
| 802.11ac Wave | Wave 2 | Wave 2 | Wave 1 | Wave 1 | Wave 2 |
| Multi-User MIMO | Yes | Yes | No | No | Yes |
| Maximum Theoretical Throughput | 1.2Gbps AC1200 | 1.3Gbps AC1300 | 1.2Gbps AC1200 | 1.7Gbps AC1700 | 2.3Gbps AC2300 |
| Maximum Throughput (2.4/5GHz) | 300/867Mbps (2.4/5GHz) | 400/867Mbps (2.4/5GHz) | 300/867Mbps (2.4/5GHz) | 450/1300Mbps (2.4/5GHz) | 600/1700Mbps (2.4/5GHz) |
| Power over Ethernet (PoE) IEEE 802.3af | Yes | Yes | Yes | Yes | Yes, PoE+ |
| PoE Power Consumption | 8.9 Watts | 9.3 Watts | 11.0 Watts | 12.9 Watts | 17.9 Watts |
| Centralized Management | Insight App, Standalone | Insight App, Standalone | Quad Mode Management (Standalone, Ensemble™, Controller, and Business Central) | Quad Mode Management (Standalone, Ensemble™, Controller, and Business Central) | Controller |
| SNMP | v1, v2c | v1, v2c | v1, v2c | v1, v2c | v1, v2c |
| Secure Socket Layer (SSL) | Yes | Yes | Yes | Yes | Yes |
| Router Mode | No | Yes | No | No | No |
| **Wireless Distribution System (WDS)** | | | | | |
| Repeater | Yes | Yes | Yes | Yes | No |
| Bridge point-to-point/multi-point | Yes | Yes | Yes | Yes | No |
| Simultaneous bridge & wireless client association | Yes | Yes | Yes | Yes | No |
| Antenna | Internal 3/4dBi (2.4/5GHz) | Internal 3/4dBi (2.4/5GHz) | Internal 5/6dBi (2.4/5GHz) Three (3) External reverse SMA connectors for 2.4/5GHz antennas | Internal 5/6dBi (2.4/5GHz) Two (2) External reverse SMA connectors for 2.4/5GHz antennas | Internal 5/6dBi (2.4/5GHz) four (4) External reverse SMA connectors for 2.4/5GHz antennas |
| **Security** | | | | | |
| WiFi Protected Access (WPA/WPA2), 802.11i | Yes | Yes | Yes | Yes | Yes |
| MAC address filtering with access control | Yes | Yes | Yes | Yes | Yes |
| 802.1x RADIUS support with EAP TLS, TTLS, PEAP | Yes | Yes | Yes | Yes | Yes |
| Rogue AP detection | Yes | Yes | Yes | Yes | Yes |
| Block SSID Broadcast | Yes | Yes | Yes | Yes | Yes |
| VLAN Support | Yes | Yes | Yes | Yes | Yes |
| Guest Network/Captive Portal | Yes | Yes | Yes | Yes | Yes |
| Accepts external antennas | No | No | Yes | Yes | Yes |
| Easy ceiling mounting/wall mouting | Yes | Yes | Yes | Yes | Yes |
| Bandwidth management | Yes | Yes | Yes | Yes | Yes |
| Bonjour Gateway | No | No | Yes | Yes | Yes |
| Link Layer Discovery Protocol | Yes | Yes | Yes | Yes | Yes |
| Bandsteering | Yes | Yes | Yes | Yes | Yes |



Data Sheet | **WAC505, WAC510**

Insight Managed Smart Cloud Wireless Access Points

# Technical Specifications

| Standards | WAC505 | WAC510 |
|---|---|---|
| IEEE 802.11ac Wave 2 standard | Yes | Yes |
| WMM Wireless Multimedia Prioritization | Yes | Yes |
| WDS Wireless Distribution System | Yes | Yes |
| Power over Ethernet (PoE) IEEE 802.3af | Yes | Yes |
| Power over Ethernet (PoE) IEEE 802.3at | Yes | Yes |
| **Physical Specifications** | | |
| Dimensions W x D x H | 175 x 165 x 35 mm  (6.89 x 6.49 x 1.38 in) | 197.32 x 197.32 x 37mm (7.75 x 7.75 x 1.45in) |
| Weight | 256 g (0.56 lb) | 555.5g (1.22lb) |
| **Physical Interfaces** | | |
| Interface | One 10/100/1000BASE-T Gigabit Ethernet (RJ-45) ports with Auto Uplink™ (Auto MDI-X) supporting IEEE 802.3af or 802.3at Power over Ethernet (PoE) | Two (WAN/LAN) 10/100/1000BASE-T Gigabit Ethernet (RJ-45) ports with Auto Uplink™ (Auto MDI-X) with WAN port supporting IEEE 802.3af or 802.3at Power over Ethernet (PoE) |
| Power adapter (not included) | 12V DC, 2.5A; plug is localized to country of sale | |
| LED | Five (5) Power, Link/ACT, LAN, 2.4GHz, 5GHz | Six (6) Power, Link/ACT, LAN1, LAN2, 2.4GHz, 5GHz |
| **Security** | | |
| WiFi Protected Access® (WPA, WPA2) | Yes | |
| WPA2 Enterprise | Yes, 802.1x | Yes |
| Wireless access control to identify authorized wireless network devices | Yes | |
| MAC address authentication | Yes | |
| **Network Management** | | |
| NETGEAR Insight App | App Management for setup, monitoring and management | |
| SNMP v1, v2 | Yes | |
| **Advanced Wireless** | | |
| Wireless Distribution System (WDS) | Bridge mode: Point-to-point wireless<br>Bridge mode: Point-to-multipoint wireless<br>Repeater mode<br>Adjustable Transmit Power Control (TPC)<br>Device detection<br>Identify type of wireless clients in the network | |



Data Sheet | **WAC505, WAC510**

Insight Managed Smart Cloud
Wireless Access Points

## Technical Specifications

| Package Contents | WAC505 | WAC510 |
|---|---|---|
|  | WAC505 Insight Managed Smart Cloud Wireless Access Point<br>Wall/ceiling mount kit<br>Installation guide | WAC510 Insight Managed Smart Cloud Wireless Access Point<br>Wall/ceiling mount kit<br> Installation guide |
| **Warranty and Support** | | |
| Hardware Limited Warranty | 5 years | 5 years |
| Next-Business-Day (NBD) Replacement | 5 years | 5 years |
| Technical support (online, phone) | 90 days free from date of purchase* | 90 days free from date of purchase* |
| ProSUPPORT OnCall 24x7 Service Packs** | PMB0S51 (1 yr)<br>PMB0S31 (3 yrs)<br>PMB0S11 (5 yrs) | PMB0S52 (1 yr)<br>PMB0S32 (3 yrs)<br>PMB0S12 (5 yrs) |
| **Ordering Information** | | |
| WAC505-10000S | Everywhere except US and Canada | |
| WAC505-100NAS | US and Canada | |
| WAC505PA-100NAS | WAC505 with power adapter for US and Canada | |
| WAC505B03-10000S | 3 pack of WAC505 for everywhere except US and Canada | |
| WAC505B03-100NAS | 3 pack of WAC505 for US and Canada | |
| WAC505B05-10000S | 5 pack of WAC505 for everywhere except US and Canada | |
| WAC505B05-100NAS | 5 pack of WAC505 for US and Canada | |
| WAC510-10000S | Everywhere except US and Canada | |
| WAC510-100NAS | US and Canada | |
| WAC510PA-100NAS | WAC510 with power adapter for US and Canada | |
| WAC510B03-10000S | 3 pack of WAC510 for everywhere except US and Canada | |
| WAC510B03-100NAS | 3 pack of WAC510 for US and Canada | |
| **Power Adapters** | | |
| PAV12V-100NAS | US and Canada | |
| PAV12V-100UKS | UK | |
| PAV12V-100EUS | Europe except UK | |
| PAV12V-100PRS | China | |
| PAV12V-100AUS | Australia and New Zealand | |

*This product comes with a limited warranty that is valid only if purchased from a NETGEAR authorized reseller, and covers unmodified hardware, fans and internal power supplies – not software or external power supplies, and requires product registration using the Insight mobile app or Insight Cloud portal within 90 days of purchase; see https://www.netgear.com/about/warranty for details. Intended for indoor use only.

**The NETGEAR OnCall 24x7 contract provides unlimited phone, chat and email technical support for your networking product.

NETGEAR and the NETGEAR logo are trademarks and/or registered trademarks of NETGEAR, Inc. and/or its subsidiaries in the United States and/or other countries. Other brand names mentioned herein are for identification purposes only and may be trademarks of their respective holder(s). Information is subject to change without notice.
 © 2020 NETGEAR, Inc.  All rights reserved.

D-WAC505/WAC510_15Oct20