# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>NETGEAR, INC.,<br><br>        Defendant. | C.A. No. 1:21-1119-MN-CJB<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT NETGEAR, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

I, Jonathan K. Waldrop, declare as follows:

I am a Partner with the law firm of Kasowitz Benson Torres LLP and am one of the attorneys responsible for the representation of Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing And Development in this matter. I make this declaration in support of Plaintiff's Opposition To Defendant Netgear, Inc.'s Opening Brief In Support Of Its Motion To Dismiss.

1. If called to testify under oath in court, I could and would testify competently to the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,338,171 to Kiukkonen et al., issued May 10, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of Amended Complaint for Patent Infringement, dated November 9, 2021.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief,

formed after reasonable inquiry under the circumstances.

      Executed on the 9th day of November, 2021, in San Mateo, California.

<i>/s/ Jonathan K. Waldrop</i><br>
Jonathan K. Waldrop