# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jennifer Ying**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

November 11, 2021

**VIA E-FILING**

The Honorable Christopher J. Burke
United States District Court
844 North King Street
Wilmington, DE 19801

        Re:    *WSOU Investments, LLC v. NETGEAR, Inc.*
               C.A. No. 21-1119 (MN) (CJB)

Dear Judge Burke:

       I write on behalf of the parties in response to the Court's November 10, 2021 Oral Order regarding the status of defendant NETGEAR, Inc. ("NETGEAR")'s motion to dismiss (D.I. 9).

       The parties agree that in view of plaintiff WSOU Investments, LLC ("WSOU")'s First Amended Complaint (D.I. 24), the original Complaint (D.I. 1) is no longer the operative pleading and NETGEAR's motion to dismiss (D.I. 9) is moot.

       Counsel is available should the Court have any questions.

                        Respectfully,

                        */s/ Jennifer Ying*

                        Jennifer Ying (#5550)

cc:    Clerk of the Court
       All Counsel of Record