# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC<br>D/B/A BRAZOS LICENSING<br>AND DEVELOPMENT,<br><br>               Plaintiff,<br><br>   v.<br><br>NETGEAR, INC.,<br><br>               Defendant. | C.A. No. 1:21-cv-01117-MN-CJB<br>C.A. No. 1:21-cv-01119-MN-CJB<br>C.A. No. 1:21-cv-01120-MN-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME TO FILE PROPOSED PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant NETGEAR, Inc., through their undersigned counsel and subject to the approval of the Court, that the time for the parties to file a proposed protective order pursuant to Paragraph 3 of the Scheduling Order (*see, e.g.,* C.A. No. 21-1117, D.I. 17) is extended from Thursday, November 18, 2021 to Friday, December 3, 2021.

| | |
|---|---|
| Dated: November 18, 2021 | Respectfully submitted, |
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 440-9010<br>jlennon@devlinlawfirm.com | */s/ Jennifer Ying*<br>Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>John W. Downing<br>Heather S. Kim<br>Jack Shaw<br>ThucMinh Nguyen<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>(650) 453-5170<br>jwaldrop@kasowitz.com<br>djones@kasowitz.com<br>mbarber@kasowitz.com<br>jdowning@kasowitz.com<br>hkim@kasowitz.com<br>jshaw@kasowitz.com<br>tnguyen@kasowitz.com | Amr O. Aly<br>JENNER & BLOCK LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 891-1600<br>AAly@jenner.com<br><br>Lisa M. Schoedel<br>Yusuf Esat<br>Mitchell L. Denti<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br>LSchoedel@jenner.com<br>YEsat@jenner.com<br>MDenti@jenner.com<br><br>*Attorneys for Defendant NETGEAR, Inc.* |

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
(404) 260-6080
pwilliams@kasowitz.com

Shelly Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
(212) 506-1835
sivan@kasowitz.com

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

                **SO ORDERED** this ____ day of November, 2021.

                              _____
                              United States Magistrate Judge