IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 21-1117 (MN) (CJB) C.A. No. 21-1119 (MN) (CJB) |
| v. | ) ) | C.A. No. 21-1120 (MN) (CJB) |
| NETGEAR, INC., | ) ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of (1) *Netgear, Inc.'s Responses and Objections to Plaintiff's First Set of Requests for the Production of Documents (Nos. 1-36)* and (2) *Defendant Netgear, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-9)* were caused to be served on December 29, 2021, upon the following in the manner indicated:

James M. Lennon, Esquire                                                                 VIA ELECTRONIC MAIL
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiff*

Jonathan K. Waldrop, Esquire                                                          VIA ELECTRONIC MAIL
Darcy L. Jones, Esquire
Marcus A. Barber, Esquire
ThucMinh Nguyen, Esquire
John W. Downing, Esquire
Heather S. Kim, Esquire
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

Shelley Ivan, Esquire                                                             *VIA ELECTRONIC MAIL*
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY  10019
*Attorneys for Plaintiff*

Paul G. Williams, Esquire                                                         *VIA ELECTRONIC MAIL*
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA  30309
*Attorneys for Plaintiff*

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Jennifer Ying*

OF COUNSEL:                                                                        Jack B. Blumenfeld (#1014)
                                              Jennifer Ying (#5550)
Amr O. Aly                                                                         1201 North Market Street
JENNER & BLOCK LLP                                                                 P.O. Box 1347
919 Third Avenue                                                                   Wilmington, DE  19899
New York, NY  10022                                                                (302) 658-9200
(212) 891-1600                                                                     jblumenfeld@morrisnichols.com
                                              jying@morrisnichols.com

Lisa M. Schoedel                                                                   *Attorneys for Defendant*
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
(312) 222-9350

December 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 29, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan K. Waldrop, Esquire<br>Darcy L. Jones, Esquire<br>Marcus A. Barber, Esquire<br>ThucMinh Nguyen, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Shelley Ivan, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul G. Williams, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, NE, Suite 2445<br>Atlanta, GA  30309<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

_____
Jennifer Ying (#5550)