**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

WSOU INVESTMENTS, LLC D/B/A )
BRAZOS LICENSING AND )
DEVELOPMENT, )
                      )   C.A. No. 1:21-1119-MN-CJB
          Plaintiff, )
                      )
          v. )   **JURY TRIAL DEMANDED**
                      )
NETGEAR, INC., )
                      )
          Defendant. )

**DECLARATION OF JONATHAN K. WALDROP IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT NETGEAR, INC.'S OPENING
BRIEF IN SUPPORT OF ITS MOTION TO DISMISS
WSOU'S AMENDED COMPLAINT**

I, Jonathan K. Waldrop, declare as follows:

I am a Partner with the law firm of Kasowitz Benson Torres LLP and am one of the attorneys responsible for the representation of Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing And Development in this matter. I make this declaration in support of Plaintiff's Opposition To Defendant Netgear, Inc.'s Opening Brief In Support Of Its Motion To Dismiss WSOU's Amended Complaint.

1.     If called to testify under oath in court, I could and would testify competently to the facts stated herein.

2.     Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,338,171 to Kiukkonen et al., issued May 10, 2016.

3.     Attached hereto as Exhibit 2 is a true and correct copy of Amended Complaint for Patent Infringement, dated November 9, 2021.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Court's Oral Order,

dated November 10, 2021, requiring "the parties to file a one-page letter advising the Court whether the [Initial] Motion, (D.I. 9), is now moot in light of the Plaintiff's First Amended Complaint, (D.I. 24).

5.    Attached hereto as Exhibit 4 is a true and correct copy of a November 10, 2021 email from Amr O. Aly to Heather Kim, among others.

6.    Attached hereto as Exhibit 5 is a true and correct copy of a November 11, 2021 letter from Jennifer Ying to the Court.  *See* D.I. 28.

7.    Attached hereto as Exhibit 6 is a true and correct copy of a January 6, 2016 Notice of Allowability for U.S. Patent No. 9,338,171.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances.

Executed on the 30th day of December, 2021, in San Mateo, California.

/s/ *Jonathan K. Waldrop*
Jonathan K. Waldrop