# EXHIBIT 3

## Danielle Saxon

| | |
|---|---|
| **From:** | Michael Greenstein |
| **Sent:** | Wednesday, November 10, 2021 2:16 PM |
| **To:** | WSOU v. NetGear |
| **Cc:** | Courtnotices |
| **Subject:** | FW: Activity in Case 1:21-cv-01119-MN-CJB WSOU Investments, LLC  v. Netgear, Inc. Oral Order |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please see below for recent text-only docket update.

Please be advised of the following:
11-12-2021 : L/D for the parties to file a one-page letter advising the Court whether the Motion to Dismiss, (D.I. 9), is now moot in light of the filing of Plaintiff's First Amended Complaint, (D.I. 24).

Michael Greenstein
Assistant Managing Clerk
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.  (212) 547-1279
Fax. (212) 500-3545
MGreenstein@kasowitz.com

**From:** ded_nefreply@ded.uscourts.gov [mailto:ded_nefreply@ded.uscourts.gov]
**Sent:** Wednesday, November 10, 2021 2:09 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:21-cv-01119-MN-CJB WSOU Investments, LLC v. Netgear, Inc. Oral Order

**ALERT: THIS IS AN EXTERNAL EMAIL**. Do not click on any link, enter a password, or open an attachment unless you know that the message came from a safe email address. Any uncertainty or suspicion should be immediately reported to the Helpdesk.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2021 at 2:08 PM EST and filed on 11/10/2021
**Case Name:**         WSOU Investments, LLC v. Netgear, Inc.
**Case Number:**       1:21-cv-01119-MN-CJB
**Filer:**
**Document Number:** 27(No document attached)

**Docket Text:**
**ORAL ORDER: By no later than November 12, 2021, the parties shall file a one-page letter advising the Court whether the Motion to Dismiss, (D.I. 9), is now moot in light of the filing of Plaintiff's First Amended Complaint, (D.I. 24). Ordered by Judge Christopher J. Burke on 11/10/2021. (dlb)**


**1:21-cv-01119-MN-CJB Notice has been electronically mailed to:**

James Michael Lennon     jlennon@devlinlawfirm.com, djones@kasowitz.com, dlflitparas@devlinlawfirm.com, hkim@kasowitz.com, jdowning@kasowitz.com, jshaw@kasowitz.com, jwaldrop@kasowitz.com, mbarber@kasowitz.com, mmcclain@devlinlawfirm.com, pmazur@devlinlawfirm.com, pwilliams@kasowitz.com, sivan@kasowitz.com, tnguyen@kasowitz.com

Jennifer Ying     jying@mnat.com, jyefiling@mnat.com

Darcy L. Jones     djones@kasowitz.com, courtnotices@kasowitz.com

Jonathan K. Waldrop     jwaldrop@kasowitz.com, courtnotices@kasowitz.com

John W. Downing     jdowning@kasowitz.com, courtnotices@kasowitz.com

Marcus A. Barber     mbarber@kasowitz.com, courtnotices@kasowitz.com

Paul G. Williams     pwilliams@kasowitz.com, courtnotices@kasowitz.com

Heather S. Kim     hkim@kasowitz.com, courtnotices@kasowitz.com

Jack Shaw     jshaw@kasowitz.com, courtnotices@kasowitz.com

Shelley Ivan     sivan@kasowitz.com, Courtnotices@Kasowitz.com

ThucMinh Nguyen     tnguyen@kasowitz.com, courtnotices@kasowitz.com

**1:21-cv-01119-MN-CJB Filer will deliver document by other means to:**