# EXHIBIT 4

**Danielle Saxon**

| | |
|---|---|
| **From:** | Aly, Amr O. <AAly@jenner.com> |
| **Sent:** | Wednesday, November 10, 2021 11:17 PM |
| **To:** | Heather Kim; Jim Lennon; Peter Mazur; WSOU v. NetGear |
| **Cc:** | Blumenfeld, Jack; Ying, Jennifer; Schoedel, Lisa M.; Esat, Yusuf; Denti, Mitchell L.; Nelson, David A. |
| **Subject:** | FW: Netgear / WSOU Investments (21-1119) - Oral Order (D.I. 27) - Entered 11/10/21 |
| **Attachments:** | Netgear_WSOU - Letter to Judge Burke Re Nov. 10 Oral Order.DOCX |

**ALERT: THIS IS AN EXTERNAL EMAIL.** Do not click on any link, enter a password, or open an attachment unless you know that the message came from a safe email address. Any uncertainty or suspicion should be immediately reported to the Helpdesk.

Heather – in light of the court's oral order below in the 1119 case (re '171 patent), our position is that NETGEAR's MTD (D.I. 9) is now moot.  If you agree and approve, we can file the attached letter on behalf of both parties.  Please let us know your thoughts.  Regards, Amr.

| | |
|---|---|
| **Case Name:** | WSOU Investments, LLC v. Netgear, Inc. |
| **Case Number:** | 1:21-cv-01119-MN-CJB |
| **Document Number:** | 27 – **(No document attached)** |

**Docket Text:**
**ORAL ORDER: By no later than November 12, 2021, the parties shall file a one-page letter advising the Court whether the Motion to Dismiss, (D.I. 9), is now moot in light of the filing of Plaintiff's First Amended Complaint, (D.I. 24). Ordered by Judge Christopher J. Burke on 11/10/2021. (dlb)**

**Amr O. Aly**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
+1 212 407 1774 | TEL
+1 347 302 3128 | MOBILE
Pronouns: He / Him
AAly@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or

his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.