# EXHIBIT 6

|  | Application No.<br>13/720,439 | Applicant(s)<br>KIUKKONEN ET AL. |
|---|---|---|
| **Notice of Allowability** | Examiner<br>BENJAMIN KAPLAN | Art Unit<br>2434 | AIA (First Inventor to File) Status<br>No |

-- **The MAILING DATE of this communication appears on the cover sheet with the correspondence address**--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>communications filed 5 November 2015</u>.
     ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are <u>1-5,7,9-14,16,17 and 19-21</u>. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
     **Certified copies:**
     a) ☐ All    b) ☐ Some   *c) ☐ None of the:
          1. ☐ Certified copies of the priority documents have been received.
          2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
          3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
     * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
     ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
         Paper No./Mail Date _____.
     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08),
        Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit
        of Biological Material
4. ☒ Interview Summary (PTO-413),
        Paper No./Mail Date <u>20151116</u> .
5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/BENJAMIN KAPLAN/
Examiner, Art Unit 2434

Application/Control Number: 13/720,439 Page 2
Art Unit: 2434

## DETAILED ACTION

1. The present application is being examined under the pre-AIA first to invent provisions.

### *Allowable Subject Matter*

2. Claims 1-5, 7, 9-14, 16, 17 and 19-21 are allowed.

3. As seen in the prosecution history Nath et al. while strongly field related does not anticipate "controlling access to resources based on characteristics associated with the resources, wherein the one or more resources include one or more wireless access points, and the one or more characteristics include a number of users accessing the one or more wireless access points, a traffic load associated with the one or more wireless access points, or a combination thereof." Likewise Horn at al. provides additional teaching in the art directed to situational evaluation of access but is not able to make up for the deficiencies in Nath et al. to anticipate or redder obvious the presently claimed invention.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to BENJAMIN KAPLAN whose telephone number is (571)270-3170. The examiner can normally be reached on 7:30 a.m. - 5:00 p.m. E.S.T..

Application/Control Number: 13/720,439 Page 3
Art Unit: 2434

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Kambiz Zand can be reached on (571) 272-3811. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/BENJAMIN KAPLAN/
Examiner, Art Unit 2434
/KAMBIZ ZAND/
Supervisory Patent Examiner, Art Unit 2434