IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 21-1117 (MN) (CJB) C.A. No. 21-1119 (MN) (CJB) |
| v. | ) ) | C.A. No. 21-1120 (MN) (CJB) |
| NETGEAR, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant Netgear, Inc.'s Core Technical Document Production Pursuant to 7(b) of the Scheduling Order* were caused to be served on January 13, 2022, upon the following in the manner indicated:

James M. Lennon, Esquire                                         *VIA ELECTRONIC MAIL*
Peter Akawie Mazur, Esquire
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE  19806
*Attorneys for Plaintiff*

Jonathan K. Waldrop, Esquire                                     *VIA ELECTRONIC MAIL*
Darcy L. Jones, Esquire
Marcus A. Barber, Esquire
ThucMinh Nguyen, Esquire
John W. Downing, Esquire
Heather S. Kim, Esquire
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

Shelley Ivan, Esquire
Noah P. Dorman, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY  10019
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Paul G. Williams, Esquire
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA  30309
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

OF COUNSEL:

Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY  10022
(212) 891-1600

*Attorneys for Defendant*

Yusuf Esat
Lisa M. Schoedel
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
(312) 222-9350

January 13, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 13, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>Peter Akawie Mazur, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan K. Waldrop, Esquire<br>Darcy L. Jones, Esquire<br>Marcus A. Barber, Esquire<br>ThucMinh Nguyen, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Shelley Ivan, Esquire<br>Noah P. Dorman, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul G. Williams, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, NE, Suite 2445<br>Atlanta, GA  30309<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)