# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, ) ) ) ) | |
| Plaintiff, ) ) ) | C.A. No. 21-1117-MN-CJB C.A. No. 21-1119-MN-CJB |
| v. ) ) | C.A. No. 21-1120-MN-CJB |
| NETGEAR, INC., ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 19, 2022, copies of (1) *Plaintiff's Responses and Objections to Defendant Netgear, Inc.'s First Set of Interrogatories (Nos. 1-5)*; and (2) *Plaintiff's Responses and Objections to Defendant Netgear, Inc.'s First Set of Requests for Production (Nos. 1-21)* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Amr O. Aly
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600
AAly@jenner.com

Lisa M. Schoedel
Yusuf Esat
Mitchell L. Denti
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 222-9350
LSchoedel@jenner.com
YEsat@jenner.com
MDenti@jenner.com

Dated: January 20, 2022

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170
jwaldrop@kasowitz.com
djones@kasowitz.com
mbarber@kasowitz.com
tnguyen@kasowitz.com
jdowning@kasowitz.com
hkim@kasowitz.com

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309
(404) 260-6080
pwilliams@kasowitz.com

Shelley Ivan
Noah P. Dorman
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
sivan@kasowitz.com
ndorman@kasowitz.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff
WSOU Investments LLC d/b/a
Brazos Licensing and Development*