IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 21-1117 (MN) (CJB) C.A. No. 21-1119 (MN) (CJB) |
| v. | ) ) | C.A. No. 21-1120 (MN) (CJB) |
| NETGEAR, INC., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant NETGEAR, Inc.'s Production of Sales Figures for Accused Products Pursuant to Paragraph 7(b) of the Scheduling Order* were caused to be served on January 31, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>Peter Akawie Mazur, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jonathan K. Waldrop, Esquire<br>Darcy L. Jones, Esquire<br>Marcus A. Barber, Esquire<br>ThucMinh Nguyen, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

Shelley Ivan, Esquire  
Noah P. Dorman, Esquire  
KASOWITZ BENSON TORRES LLP  
1633 Broadway  
New York, NY  10019  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Paul G. Williams, Esquire  
KASOWITZ BENSON TORRES LLP  
1230 Peachtree Street, NE, Suite 2445  
Atlanta, GA  30309  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)  
Jennifer Ying (#5550)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
jying@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

Amr O. Aly  
JENNER & BLOCK LLP  
919 Third Avenue  
New York, NY  10022  
(212) 891-1600

Yusuf Esat  
Lisa M. Schoedel  
Mitchell L. Denti  
JENNER & BLOCK LLP  
353 North Clark Street  
Chicago, IL  60654-3456  
(312) 222-9350

January 31, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 31, 2022, upon the following in the manner indicated:

| | |
|---|---|
| James M. Lennon, Esquire<br>Peter Akawie Mazur, Esquire<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE  19806<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan K. Waldrop, Esquire<br>Darcy L. Jones, Esquire<br>Marcus A. Barber, Esquire<br>ThucMinh Nguyen, Esquire<br>John W. Downing, Esquire<br>Heather S. Kim, Esquire<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Shelley Ivan, Esquire<br>Noah P. Dorman, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul G. Williams, Esquire<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, NE, Suite 2445<br>Atlanta, GA  30309<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)