# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-1119-MN-CJB |
| NETGEAR, INC., | ) ) ) | |
| Defendant. | ) ) | |
| THE NIELSEN COMPANY (US), LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-1591-CJB |
| HYPHAMETRICS, INC., | ) ) ) | |
| Defendant. | ) ) | |
| THE NIELSEN COMPANY (US), LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 21-1592-CJB |
| TVISION INSIGHTS, INC., | ) ) ) | |
| Defendant. | ) ) | |
| DIOGENES LIMITED AND COLOSSUS (IOM) LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 21-1695-MN-CJB |
| v. | ) ) ) | |
| DRAFTKINGS, INC., | ) ) | |

      Defendant.                    )
                                              )

## ORDER

WHEREAS, the Court has received numerous motions challenging whether the claims of one or more patents asserted in the above-captioned actions seek to claim subject matter that is not eligible for patentability pursuant to 35 U.S.C. § 101 (hereafter, "101 Motions");

WHEREAS, the Court believes that certain efficiencies in resolving 101 Motions are attainable by hearing argument on multiple such motions at essentially the same time;

WHEREAS, the Court seeks to use its limited resources in a manner that may promote the "just, speedy, and inexpensive determination of every action and proceeding[,]" Fed. R. Civ. P. 1.;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Court will hear argument on the following 101 Motions at a combined hearing on July 8, 2022, beginning at 9:30 a.m.:

    a. D.I. 32 (Motion to Dismiss) in Civil Action No. 21-1119-MN-CJB

    b. D.I. 10 (Motion to Dismiss) in Civil Action No. 21-1591-CJB

    c. D.I. 11 (Motion to Dismiss) in Civil Action No. 21-1592-CJB

    d. D.I. 16 (Motion to Dismiss) in Civil Action No. 21-1695-MN-CJB

2. The hearing will be held in person in Courtroom 2A (though if any of participating counsel or their client representatives has COVID-19-related concerns about the in-person nature of the hearing, that party may share those concerns in advance with the Court by way of a letter filed on the docket).

3. The parties shall submit electronic versions of any slides or other demonstrative materials they may refer to by no later than 4:00 p.m. two days prior to the hearing.

4. Each party in the above-captioned actions must be represented by at least one attorney for the entire duration of the hearing.  The Court will subsequently advise the parties of how much time each side/case will have for argument and the order in which each 101 Motion will be heard.

Dated:  May 18, 2022

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE