IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiffs, <br><br> v. <br><br> NETGEAR, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1119 (MN) (CJB) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 29th day of July 2022:

WHEREAS, on July 14, 2022, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 84) in this action recommending that the Court deny Defendant Netgear, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) and 35 U.S.C. § 101 (D.I. 32); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 84) is ADOPTED and Defendant Netgear, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) and 35 U.S.C. § 101 (D.I. 32) is DENIED.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court Judge