# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 21-cv-01117-MN-CJB C.A. No. 21-cv-01119-MN-CJB |
| v. | ) ) | C.A. No. 21-cv-01120-MN-CJB |
| NETGEAR, INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION APPENDIX

Pursuant to the Court's Scheduling Order, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant NETGEAR, Inc. ("NETGEAR") jointly submit the attached joint claim construction appendix.

| WSOU EXHIBITS | | |
|---|---|---|
| *Exhibit No.* | *Description* | *Page Nos.* |
| 1 | US 7,512,096 B2 | **JA0001-20** |
| 2 | US 7,551,630 B2 | **JA0021-27** |
| 3 | US 9,338,171 B2 | **JA0028-54** |
| 4 | Netgear's Initial Invalidity Contentions, dated Mar. 31, 2022 | **JA0055-69** |
| 5 | IPR2022-00516, Netgear Petition for *Inter Partes* Review U.S. Patent No. 7,512,096 | **JA0070-128** |
| 6 | IPR2022-00606, Netgear Petition for *Inter Partes* Review U.S. Patent No. 7,551,630 | **JA0129-180** |
| Reply 4 | IPR2022-00516, Exhibit 1003, Declaration of Dr. Robert Akl, D.Sc. | **JA0181-298** |
| Reply 5 | Alastalo and Kahola, "*Smart-Antenna Operation for Indoor Wireless Local-Area Networks Using OFDM*", IEEE Transaction on Wireless Communications, Vol. 2, No. Mar. 2003 | **JA0299-307** |

| NETGEAR EXHIBITS | | |
|---|---|---|
| *Exhibit No.* | *Description* | *Page Nos.* |
| **NTG-1** | June 20, 2008 Response to Office Action | **JA0308-324** |
| **NTG-2** | Sept. 22, 2008 Office Action | **JA0325-332** |
| **NTG-3** | Nov. 13, 2008, Response to Final Office Action | **JA0333-341** |
| **NTG-4** | Oxford English Dictionary definition of "social" | **JA0342-388** |
| **NTG-5** | WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Ninth ed. 2001) | **JA0389-392** |

| EXPERT DECLARATIONS | | |
|---|---|---|
| *Exhibit No.* | *Description* | *Page Nos.* |
| **Akl Decl.** | Sept. 1, 2022, Declaration of Dr. Robert Akl, D.Sc. (submitted by Defendant NETGEAR) | **JA0393-471** |
| **Bates Decl.** | September 7, 2022, Declaration of Regis J. (Bud) Bates, Jr. In Support of Plaintiff's Reply Claim Construction Brief (submitted by Plaintiff Brazos) | **JA0472-515** |

| OTHER EXHIBITS | | |
|---|---|---|
| *Exhibit No.* | *Description* | *Page Nos.* |
| **n/a** | Excerpts from the File History of U.S. Patent Application No. 13/720,339, originally filed at C.A. No. 21-1119, D.I. 86, Ex. E | **JA0517 -586** |

Dated: September 29, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/ Peter A. Mazur* | By: */s/ Jennifer Ying* |
| James M. Lennon (No. 4570) | Jack B. Blumenfeld (#1014) |
| Peter A. Mazur (No. 6732) | Jennifer Ying (#5550) |
| 1526 Gilpin Avenue | 1201 North Market Street |
| Wilmington, DE 19806 | P.O. Box 1347 |
| (302) 449-9010 | Wilmington, DE 19899 |
| jlennon@devlinlawfirm.com | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| *OF COUNSEL:* | jying@morrisnichols.com |
| | |
| Jonathan K. Waldrop | *OF COUNSEL:* |
| Darcy L. Jones | |
| Marcus A. Barber | Amr O. Aly |
| ThucMinh Nguyen | JENNER & BLOCK LLP |
| John W. Downing | 1155 Avenue of the Americas |
| Heather S. Kim | New York, NY 10036 |
| KASOWITZ BENSON TORRES LLP | (212) 891-1600 |
| 333 Twin Dolphin Drive, Suite 200 | |
| Redwood Shores, CA 94065 | Lisa M. Schoedel |
| (650) 453-5170 | Yusuf Esat |
| jwaldrop@kasowitz.com | Mitchell L. Denti |
| djones@kasowitz.com | JENNER & BLOCK LLP |
| mbarber@kasowitz.com | 353 North Clark Street |
| tnguyen@kasowitz.com | Chicago, IL 60654-3456 |
| jdowning@kasowitz.com | (312) 222-9350 |
| hkim@kasowitz.com | |
| | *Attorneys for Defendant* |
| Paul G. Williams | NETGEAR, Inc. |
| KASOWITZ BENSON TORRES LLP | |
| 1230 Peachtree Street, NE, Suite 2445 | |
| Atlanta, GA 30309 | |
| (404) 260-6080 | |
| pwilliams@kasowitz.com | |
| | |
| Hershy Stern | |
| Shelley Ivan | |
| Noah P. Dorman | |
| KASOWITZ BENSON TORRES LLP | |
| 1633 Broadway | |
| New York, NY 10019 | |
| (212) 506-1700 | |

hstern@kasowitz.com
sivan@kasowitz.com
ndorman@kasowitz.com

*Attorneys for Plaintiff*
*WSOU Investments LLC d/b/a*
*Brazos Licensing and Development*